Alan Alexander Beck
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA  92123
(619) 905-9105
CA Bar No. 276646
Alan.alexander.beck@gmail.com

Stephen D. Stamboulieh
Stamboulieh Law, PLLC
P.O. Box 4008
Madison, MS  39130
(601) 852-3440
stephen@sdslaw.us
MS Bar No. 102784
* *Pro Hac Vice Paperwork Forthcoming*

Attorneys for Plaintiffs
RUSSELL FOUTS and TAN MIGUEL TOLENTINO

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RUSSELL FOUTS and TAN MIGUEL TOLENTINO,<br><br>Plaintiffs,<br><br>v.<br><br>XAVIER BECERRA, in his Official Capacity as the Attorney General of the State of California,<br><br>Defendant. | Civil Action No. **'19CV1662 LAB KSC** |

Exhibit "A"

DECLARATION OF RUSSEL FOUTS

# DECLARATION OF RUSSEL FOUTS

**COMES NOW**, Russell Fouts, and states as follows:

1. I am an adult male resident of the State of California and reside in San Diego County and am competent to testify as to matters set forth in this declaration.

2. I am a citizen of the United States of America.

3. I have never been convicted of a felony or a misdemeanor crime of domestic violence and I am not prohibited from owning firearms either at the state or federal level.

4. I have also not been deemed by any mental health professionals to have a mental illness or otherwise have mental health issues.

5. I want to purchase, own, possess and carry the same type of baton/billy that policemen are usually issued and an expandable baton for self-defense both in my home and outside my home.

6. One of the reasons I wish to purchase, own, possess and carry a billy is that they are less dangerous than a handgun and I would rather use the smallest amount of force necessary to repel an attack rather than use lethal force when lethal force may not be the best option.

7. Because California law bans these devices, I have not purchased one because I do not want to break the law and because I do not want to be prosecuted for violations of California law. If California law were to be amended to allow for the purchase of billies, I would purchase one.

**FURTHER, DECLARANT SAYETH NAUGHT**.

I certify under penalty of perjury that the foregoing is true and correct. Executed on August 30, 2019 in San Diego, California.

_____
Russell Fouts