Alan Alexander Beck
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA 92123
(619) 905-9105
CA Bar No. 276646
Alan.alexander.beck@gmail.com

Stephen D. Stamboulieh
Stamboulieh Law, PLLC
P.O. Box 4008
Madison, MS 39130
(601) 852-3440
stephen@sdslaw.us
MS Bar No. 102784
* *Pro Hac Vice Paperwork Forthcoming*

Attorneys for Plaintiffs
RUSSELL FOUTS and TAN MIGUEL TOLENTINO

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RUSSELL FOUTS and TAN MIGUEL TOLENTINO ) ) ) ) Plaintiffs, ) ) v. ) ) XAVIER BECERRA, in his ) Official Capacity as the Attorney General ) of the State of California, ) ) ) ) ) Defendant. ) | Civil Action No. 3:19-cv-1662-LAB-KSC |

NOTICE OF RELATED CASE

TO THE COURT, CLERK OF THE COURT, AND TO ALL PARTIES IN THE RELATED CASES REFERENCED BELOW:

Pursuant to Local Rule 40.1(f), Plaintiffs Russell Fouts and Tan Miguel Tolentino ("Plaintiffs"), through their counsel, note the following as a related case: *Miller et al v. Becerra et al*, Case No. 19-cv-01537-JAH-AGS, filed in the Southern District of California, on August 15, 2019. *Miller* is a case against the same defendant, California Attorney General Xavier Becerra. Like Plaintiffs here, the Miller plaintiffs assert Second Amendment challenges to California's statutory restrictions on a specific type of bearable arm. In Miller the arm before the Court is a type of rifle and in Plaintiffs' matter the arm at issue is a billy/baton. Thus, the legal issues that will need to be decided are similar because the question before the Court in both cases is what arms are protected by the Second Amendment. Assignment of these cases to a single district judge might effect a saving of judicial effort or other economies, as they involve "some of the same parties and are based on . . . similar claims." Local Rule 40.1(g)(1). Like the lower numbered case (Miller), this case also seeks declaratory and injunctive relief pertaining to the constitutionality of a state statute under the Second Amendment

Further, the consideration of this matter alongside the lower numbered case, both involving the constitutionality of banning certain arms under state law, would effect a saving of judicial effort and avoid or minimize the risk of multiple, inconsistent rulings and judgments within the same District. Accordingly, and pursuant to CivLR 40.1.h, the Clerk of the Court is requested to report the related cases to "the judges concerned at the earliest date practicable."

Dated:  September 3rd, 2019.

Respectfully submitted,

/s/ Alan Beck
Counsel for Plaintiffs

| | |
|---|---|
| 1 | Alan Alexander Beck |
| | Law Office of Alan Beck |
| 2 | 2692 Harcourt Drive |
| | San Diego, CA  92123 |
| 3 | (619) 905-9105 |
| | California Bar No. 276646 |
| 4 | Alan.alexander.beck@gmail.com |
| 5 | |
| | Stephen D. Stamboulieh |
| 6 | Stamboulieh Law, PLLC |
| | P.O. Box 4008 |
| 7 | Madison, MS  39130 |
| | (601) 852-3440 |
| 8 | stephen@sdslaw.us |
| | MS Bar No. 102784 |
| 9 | *Pro Hac Vice Paperwork Forthcoming |

-3-
NOTICE OF RELATED CASE