

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Russell Fouts and Tan Miguel Tolentino
_____ Plaintiff,
v.
Xavier Becerra, in his official capacity as the Attorney General of California
_____ Defendant.

Case No. 3:19-cv-01662-LAB-KSC

**PRO HAC VICE APPLICATION**

Party Represented: Russell Fouts and Tan Miguel Tolentino

I, Stephen D. Stambouliéh (Applicant), hereby petition the above entitled court to permit me to appear and participate in this case and in support of petition state:

My firm name: Stambouliéh Law, PLLC
Street address: P.O. Box 4008
City, State, ZIP: Madison, MS 39130
Phone number: 601-852-3440
Email: Stephen@sdslaw.us

That on April 22, 2008 (Date) I was admitted to practice before The Supreme Court of Mississippi (Name of Court) and am currently in good standing and eligible to practice in said court, that I am not currently suspended or disbarred in any other court, and that I ☐ have) ☒ have not) concurrently or within the year preceding this application made any pro hac vice application to this court.

(If previous application made, complete the following)

Title of case: n/a
Case Number: n/a
Date of Application: n/a
Application: ☐ Granted  ☐ Denied

I declare under penalty of perjury that the foregoing is true and correct.

*Stephen Stambouliéh*
(Signature of Applicant)

## DESIGNATION OF LOCAL COUNSEL

I hereby designate the below named as associate local counsel.

Alan Alexander Beck (Name)     619-905-9105 (Telephone)
Law Office of Alan Beck (Firm)
2692 Harcourt Drive (Street)     San Diego, CA (City)     92123 (Zip code)

*Stephen Stambouliéh*
(Signature of Applicant)

I hereby consent to the above designation.

*[signature]*
(Signature of Designee Attorney)

# The Supreme Court of Mississippi



## Certificate of Good Standing

I, D. Jeremy Whitmire, as Clerk of the Supreme Court of Mississippi, do hereby certify that **Stephen Dean Stamboulieh** was duly and legally admitted to practice law before the Supreme Court of Mississippi on April 22, 2008, and is now an attorney in good standing of the Bar of this Court, as shown by the records of said Court on file in this office.

I further certify that the Supreme Court of Mississippi is the highest court of record in this state.

Done on August 12, 2019, with the seal of the Supreme Court of Mississippi affixed.

The Supreme Court of Mississippi

_____
CLERK