Civil Action No. **19CV01662-LAB-KSC**

# PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)* **XAVIER BECERRA, IN HIS OFFICIAL CAPACITY AS THE ATTORNEY GENERAL OF THE STATE OF CALIFORNIA**

**was received by me on September 09, 2019**

☐ I PERSONALLY SERVED THE SUMMONS IN A CIVIL CASE; COMPLAINT; CIVIL COVER SHEET; DECLARATION OF TAN MIGUEL TOLENTINO; DECLARATION OF RUSSELL FOUTS; NOTICE OF RELATED CASE; PRO HAC VICE APPLICATION on the individual at 1300 I St , Sacramento, CA 95814-2919 on September 09, 2019 11:49 AM

☐ I left the SUMMONS IN A CIVIL CASE; COMPLAINT; CIVIL COVER SHEET; DECLARATION OF TAN MIGUEL TOLENTINO; DECLARATION OF RUSSELL FOUTS; NOTICE OF RELATED CASE; PRO HAC VICE APPLICATION at the individual's residence or usual place of abode with   ,a person of suitable age and discretion who resides there, on    , and mailed a copy to the individual's last known address; or

☑ I served the SUMMONS IN A CIVIL CASE; COMPLAINT; CIVIL COVER SHEET; DECLARATION OF TAN MIGUEL TOLENTINO; DECLARATION OF RUSSELL FOUTS; NOTICE OF RELATED CASE; PRO HAC VICE APPLICATION to **B. SILKWOOD, DOJ OFFICER**, who is designated by law to accept service of process on behalf of **XAVIER BECERRA, IN HIS OFFICIAL CAPACITY AS THE ATTORNEY GENERAL OF THE STATE OF CALIFORNIA** on **September 09, 2019  11:49 AM**

☐ I returned the SUMMONS IN A CIVIL CASE; COMPLAINT; CIVIL COVER SHEET; DECLARATION OF TAN MIGUEL TOLENTINO; DECLARATION OF RUSSELL FOUTS; NOTICE OF RELATED CASE; PRO HAC VICE APPLICATION unexecuted because;

other *(specify):*

*My fees are $ .00 for travel and $ 45.00 for services, for a total of $ 45.00*

*I declare under penalty of perjury that this information is true.*

Date: **September 10, 2019**

*Server's signature*

**KATRINA WILLIAMS**
*Printed name and title*

**AFFORDABLE LEGAL SERVICES**
**563 Brunswick Road Suite 7**
**Grass Valley, CA 95945**
**(530) 272-5463**
*Server's Address*

A0440-ALS144926