1  XAVIER BECERRA
   Attorney General of California
2  MARK R. BECKINGTON
   Supervising Deputy Attorney General
3  JOHN D. ECHEVERRIA
   Deputy Attorney General
4  State Bar No. 268843
     300 South Spring Street, Suite 1702
5    Los Angeles, CA  90013
     Telephone:  (213) 269-6249
6    Fax:  (916) 731-2124
     E-mail:  John.Echeverria@doj.ca.gov
7  *Attorneys for Defendant Xavier Becerra, in
   his official capacity as Attorney General of
8  the State of California*

9                IN THE UNITED STATES DISTRICT COURT

10              FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RUSSELL FOUTS and TAN MIGUEL TOLENTINO,**<br><br>Plaintiffs,<br><br>v.<br><br>**XAVIER BECERRA, in his official capacity as the Attorney General of the State of California,**<br><br>Defendant. | 19-cv-01662-BEN-JLB<br><br>**JOINT MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**<br><br>[Fed. R. Civ. P. 6(b)(1); Local Rule 12.1]<br><br>Judge:         Hon. Roger T. Benitez<br>Courtroom:  5A<br>Action Filed: September 1, 2019 |

COME NOW THE PARTIES, Plaintiffs Russell Fouts and Tan Miguel Tolentino (together, "Plaintiffs") and Defendant Xavier Becerra, in his official capacity as the Attorney General of the State of California (the "Attorney General") (collectively, the "Parties"), by and through their respective counsel, and under Federal Rule of Civil Procedure 6(b)(1) and Local Rule 12.1, hereby jointly move the Court to extend the time for the Attorney General to answer or otherwise respond to Plaintiffs' Complaint for Declaratory and Injunctive Relief (the "Complaint") (Dkt. No. 1).

Plaintiffs served the Attorney General with a copy of the Complaint and the Summons on September 9, 2019. *See* Dkt. No. 6. The last day for the Attorney General to answer or otherwise respond to the Complaint is currently September 30, 2019. *See* Fed. R. Civ. P. 12(a)(1)(A)(i). Undersigned counsel for the Attorney General requires additional time to review the Complaint and the underlying legal and factual issues to determine how to respond appropriately to the Complaint. Undersigned counsel for the Attorney General also has commitments on other cases that conflict with the current deadline for responding to the Complaint.

On September 11, 2019, counsel for the Parties met and conferred telephonically to discuss the case and the need for an extension of time to respond to the Complaint, and the Parties agree that good cause exists to extend the deadline for the Attorney General to answer or otherwise respond to the Complaint by two weeks.

No previous extensions of time to answer or otherwise respond to the Complaint have been sought or obtained in this action;

Accordingly, the Parties respectfully request that the Court enter an order, under Federal Rule of Civil Procedure 6(b)(1) and Local Rule 12.1, extending the time for the Attorney General to answer or otherwise respond to the Complaint until October 14, 2019.

| | | |
|---|---|---|
| 1 | Dated: September 17, 2019 | Respectfully Submitted, |

XAVIER BECERRA
Attorney General of California
MARK R. BECKINGTON
Supervising Deputy Attorney General

/s/ John D. Echeverria
JOHN D. ECHEVERRIA
Deputy Attorney General
*Attorneys for Defendant Xavier Becerra, in his official capacity as Attorney General of the State of California*

Dated: September 17, 2019            LAW OFFICE OF ALAN BECK

/s/ Alan Beck (by consent)
ALAN BECK
*Attorneys for Plaintiffs Russell Fouts and Tan Miguel Tolentino*