IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RUSSELL FOUTS and TAN MIGUEL TOLENTINO,**<br><br>Plaintiffs,<br><br>v.<br><br>**XAVIER BECERRA, in his official capacity as the Attorney General of the State of California,**<br><br>Defendant. | 19-cv-01662-BEN-JLB<br><br>**[PROPOSED] ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**<br><br>[Fed. R. Civ. P. 6(b)(1); Local Rule 12.1]<br><br>Judge:   Hon. Roger T. Benitez<br>Courtroom:   5A<br>Action Filed: September 1, 2019 |

1 | Having considered the Joint Motion to Extend Time to Answer or Otherwise Respond to Complaint, filed by Plaintiffs Russell Fouts and Tan Miguel Tolentino and Defendant Xavier Becerra, in his official capacity as the Attorney General of the State of California (the "Attorney General"), and good cause appearing, under Federal Rule of Civil Procedure 6(b)(1) and Local Rule 12.1, the last day for the Attorney General to answer or otherwise respond to the Complaint shall hereby be extended from September 30, 2019 to October 14, 2019.

**IT IS SO ORDERED.**

Dated: _____        _____
                                                        Hon. Roger T. Benitez