# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | **Russell Fouts, et al vs. Xavier Becerra** | Case No.: | **19-cv-01662 LAB KSC** |

I hereby certify that on September 17, 2019, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**JOINT MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

**[PROPOSED] ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on September 17, 2019, at Los Angeles, California.

| | |
|---|---|
| Colby Luong | /s/ Colby Luong |
| Declarant | Signature |

SA2019104813
53745626.docx