**FILED**

SEP 24 2019

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL FOUTS and TAN MIGUEL TOLENTINO,<br><br>Plaintiffs,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as the Attorney General of the State of California,<br><br>Defendant. | 19-cv-01662-BEN-JLB<br><br>**[PROPOSED] ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**<br><br>[Fed. R. Civ. P. 6(b)(1); Local Rule 12.1]<br><br>Judge: Hon. Roger T. Benitez<br>Courtroom: 5A<br>Action Filed: September 1, 2019 |

1  Having considered the Joint Motion to Extend Time to Answer or Otherwise
2  Respond to Complaint, filed by Plaintiffs Russell Fouts and Tan Miguel Tolentino
3  and Defendant Xavier Becerra, in his official capacity as the Attorney General of
4  the State of California (the "Attorney General"), and good cause appearing, under
5  Federal Rule of Civil Procedure 6(b)(1) and Local Rule 12.1, the last day for the
6  Attorney General to answer or otherwise respond to the Complaint shall hereby be
7  extended from September 30, 2019 to October 14, 2019.

**IT IS SO ORDERED.**

Dated: 9/24/2019

Hon. Roger T. Benitez