1  XAVIER BECERRA
   Attorney General of California
2  MARK R. BECKINGTON
   Supervising Deputy Attorney General
3  JOHN D. ECHEVERRIA
   Deputy Attorney General
4  State Bar No. 268843
     300 South Spring Street, Suite 1702
5    Los Angeles, CA  90013
     Telephone:  (213) 269-6249
6    Fax:  (916) 731-2124
     E-mail:  John.Echeverria@doj.ca.gov
7  *Attorneys for Defendant Xavier Becerra, in
   his official capacity as Attorney General of
8  the State of California*

9           IN THE UNITED STATES DISTRICT COURT

10         FOR THE SOUTHERN DISTRICT OF CALIFORNIA

11

12

13
   | | |
   |---|---|
14 | **RUSSELL FOUTS and TAN MIGUEL TOLENTINO,** | 19-cv-01662-BEN-JLB |
15 | Plaintiffs, | **DEFENDANT'S ANSWER TO COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF** |
16 | **v.** | |
17 | | Judge:        Hon. Roger T. Benitez |
18 | **XAVIER BECERRA, in his official capacity as the Attorney General of the State of California,** | Courtroom:   5A<br>Action Filed:  September 1, 2019 |
19 | Defendant. | |
20

21

22

23

24

25

26

27

28

Defendant Xavier Becerra, in his official capacity as Attorney General of the State of California ("Defendant") submits his answer in response to Plaintiffs' Complaint for Declaratory and Injunctive Relief (the "Complaint") (Dkt. 1). Defendant hereby answers the Complaint, in paragraphs that correspond to the Complaint's paragraphs, as follows:

**PARTIES[1]**

1.      Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 1, and on that basis, denies the allegations in paragraph 1.

2.      Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 2, and on that basis, denies the allegations in paragraph 2.

3.      Defendant admits that he is the Attorney General of the State of California, that the Complaint names the Attorney General as a defendant in his official capacity, and that the Attorney General is the chief law enforcement officer of the State of California.  Defendant also admits that article V, section 13, of the California Constitution speaks for itself.  Otherwise, the allegations contained in paragraph 3 are conclusions of law and not averments of fact to which Defendant is required to respond.  To the extent a response is required, and except as specifically admitted, Defendant denies the allegations in paragraph 3.

**JURISDICTION AND VENUE**

4.      Defendant admits that this Court has jurisdiction over this action.  Except as specifically admitted, Defendant denies the allegations in paragraph 4.

5.      Defendant admits that venue is proper in this Court.  Except as specifically admitted, Defendant denies the allegations in paragraph 5.

---

[1] For the convenience of the Court and the parties, Defendant utilizes certain headings set forth in the Complaint.  In doing so, Defendant neither admits nor denies any allegations that may be suggested by the Complaint's headings.

**STATEMENT OF FACTS**

6.    Defendant admits that California Penal Code section 22210, referenced in paragraph 6, speaks for itself.  Except as specifically admitted, Defendant denies the allegations in paragraph 6.

7.    Defendant admits that the judicial opinion quoted in paragraph 7 speaks for itself.  Otherwise, the allegations in paragraph 7 are legal conclusions and not averments of fact to which Defendant is required to respond.  To the extent a response is required, and except as specifically admitted, Defendant denies the allegations in paragraph 7.

8.    Defendant admits that the Second Amendment to the United States Constitution, referenced in paragraph 8, speaks for itself.  Except as specifically admitted, Defendant denies the allegations in paragraph 8.

9.    Defendant admits that the judicial opinions referenced in paragraph 9 speak for themselves.  Otherwise, the allegations in paragraph 9 are legal conclusions and not averments of fact to which Defendant is required to respond.  To the extent a response is required, and except as specifically admitted, Defendant denies the allegations in paragraph 9.

10.    Defendant admits that the judicial opinion quoted in paragraph 10 speaks for itself.  Otherwise, the allegations in paragraph 10 are legal conclusions and not averments of fact to which Defendant is required to respond.  To the extent a response is required, and except as specifically admitted, Defendant denies the allegations in paragraph 10.

11.    Defendant admits that the judicial opinions referenced in paragraph 11 speak for themselves.  Otherwise, the allegations in paragraph 11 are legal conclusions and not averments of fact to which Defendant is required to respond.  To the extent a response is required, and except as specifically admitted, Defendant denies the allegations in paragraph 11.

12.    Defendant admits that the judicial opinion referenced in paragraph 12 speaks for itself.  Otherwise, the allegations in paragraph 12 are legal conclusions and not averments of fact to which Defendant is required to respond.  To the extent a response is required, and except as specifically admitted, Defendant denies the allegations in paragraph 12.

13.    Defendant admits that the judicial opinions referenced in paragraph 13 speak for themselves.  Otherwise, the allegations in paragraph 13 are legal conclusions and not averments of fact to which Defendant is required to respond.  To the extent a response is required, and except as specifically admitted, Defendant denies the allegations in paragraph 13.

14.    The allegations in paragraph 14 are legal conclusions and not averments of fact to which Defendant is required to respond.  To the extent a response is required, Defendant denies the allegations in paragraph 14.

15.    Defendant admits that the judicial opinions referenced in paragraph 15 and the website referenced in footnote 1 speak for themselves.  Otherwise, the allegations in paragraph 15 are legal conclusions and not averments of fact to which Defendant is required to respond.  To the extent a response is required, and except as specifically admitted, Defendant denies the allegations in paragraph 1 and footnote 1.

16.    Defendant admits that the judicial opinion referenced in paragraph 16 speaks for itself.  Otherwise, the allegations in paragraph 16 are legal conclusions and not averments of fact to which Defendant is required to respond.  To the extent a response is required, and except as specifically admitted, Defendant denies the allegations in paragraph 16.

17.    Defendant admits that the judicial opinion referenced in paragraph 17 speaks for itself.  Otherwise, the allegations in paragraph 17 are legal conclusions and not averments of fact to which Defendant is required to respond.  To the extent

a response is required, and except as specifically admitted, Defendant denies the allegations in paragraph 17.

18.   Defendant admits that the judicial opinion referenced in paragraph 18 speaks for itself.  Otherwise, the allegations in paragraph 18 are legal conclusions and not averments of fact to which Defendant is required to respond.  To the extent a response is required, and except as specifically admitted, Defendant denies the allegations in paragraph 18.

19.   Defendant admits that the judicial opinion referenced in paragraph 19 speaks for itself.  Otherwise, the allegations in paragraph 19 are legal conclusions and not averments of fact to which Defendant is required to respond.  To the extent a response is required, and except as specifically admitted, Defendant denies the allegations in paragraph 19.

20.   Defendant admits that the judicial opinion referenced in paragraph 20 speaks for itself.  Otherwise, the allegations in paragraph 20 are legal conclusions and not averments of fact to which Defendant is required to respond.  To the extent a response is required, and except as specifically admitted, Defendant denies the allegations in paragraph 20.

21.   Defendant admits that the judicial opinion referenced in paragraph 21 speaks for itself.  Otherwise, the allegations in paragraph 21 are legal conclusions and not averments of fact to which Defendant is required to respond.  To the extent a response is required, and except as specifically admitted, Defendant denies the allegations in paragraph 21.

22.   Defendant admits that the judicial opinion referenced in paragraph 22 speaks for itself.  Otherwise, the allegations in paragraph 22 are legal conclusions and not averments of fact to which Defendant is required to respond.  To the extent a response is required, and except as specifically admitted, Defendant denies the allegations in paragraph 22.

23.    Defendant admits that the judicial opinion referenced in paragraph 23 speaks for itself.  Otherwise, the allegations in paragraph 23 are legal conclusions and not averments of fact to which Defendant is required to respond.  To the extent a response is required, and except as specifically admitted, Defendant denies the allegations in paragraph 23.

24.    Defendant admits that the judicial opinions referenced in paragraph 24 speak for themselves.  Otherwise, the allegations in paragraph 24 are legal conclusions and not averments of fact to which Defendant is required to respond.  To the extent a response is required, and except as specifically admitted, Defendant denies the allegations in paragraph 24.

25.    The allegations in paragraph 25 characterize Plaintiffs' claims and are not averments of fact to which Defendant is required to respond.  To the extent a response is required, Defendant denies the allegations in paragraph 25.

26.    The allegations in paragraph 26 characterize Plaintiffs' requested relief and are not averments of fact to which Defendant is required to respond.  To the extent a response is required, Defendant denies the allegations in paragraph 26.

27.    The allegations in paragraph 27 characterize Plaintiffs' requested relief and are not averments of fact to which Defendant is required to respond.  To the extent a response is required, Defendant denies the allegations in paragraph 27.

28.    Defendant admits that the judicial opinion referenced in paragraph 28 speaks for itself.  Otherwise, the allegations in paragraph 28 are legal conclusions and not averments of fact to which Defendant is required to respond.  To the extent a response is required, and except as specifically admitted, Defendant denies the allegations in paragraph 28.

29.    Defendant admits that the judicial opinion referenced in paragraph 29 speaks for itself.  Otherwise, the allegations in paragraph 29 are legal conclusions and not averments of fact to which Defendant is required to respond.  To the extent

Defendant's Answer to Complaint for Declaratory and Injunctive Relief
(19-cv-01662-BEN-JLB)

a response is required, and except as specifically admitted, Defendant denies the allegations in paragraph 29.

30.   Defendant admits that the judicial opinion referenced in paragraph 30 speaks for itself.  Otherwise, the allegations in paragraph 30, including those contained in footnote 2, are legal conclusions and not averments of fact to which Defendant is required to respond.  To the extent a response is required, and except as specifically admitted, Defendant denies the allegations in paragraph 30 and footnote 2.

31.   Defendant admits that 18 U.S.C. § 922(*o*), referenced in paragraph 31, speaks for itself.  Otherwise, the allegations in paragraph 31 are legal conclusions and not averments of fact to which Defendant is required to respond.  To the extent a response is required, and except as specifically admitted, Defendant denies the allegations in paragraph 31.

32.   The allegations in paragraph 32 characterize Plaintiffs' claims, are legal conclusions, and are not averments of fact to which Defendant is required to respond.  To the extent a response is required, Defendant denies the allegations in paragraph 32.

33.   Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 33, and on that basis, denies the allegations in paragraph 33.

34.   Defendant admits that the judicial opinion referenced in paragraph 34 speaks for itself.  Otherwise, the allegations in paragraph 34 are legal conclusions and not averments of fact to which Defendant is required to respond.  To the extent a response is required, and except as specifically admitted, Defendant denies the allegations in paragraph 34.

35.   The allegations in the first sentence of paragraph 35 are legal conclusions and are not averments of fact to which Defendant is required to respond.  To the extent a response is required, Defendant denies the allegations in the first sentence

of paragraph 35.  Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in the second sentence of paragraph 35, and on that basis, denies the allegations in the second sentence of paragraph 35.

36.   The allegations in paragraph 36 characterize Plaintiffs' claims, are legal conclusions, and are not averments of fact to which Defendant is required to respond.  To the extent a response is required, Defendant denies the allegations in paragraph 36.

37.   The allegations in paragraph 37 characterize Plaintiffs' claims, are legal conclusions, and are not averments of fact to which Defendant is required to respond.  To the extent a response is required, Defendant denies the allegations in paragraph 37.

38.   Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 38, and on that basis, denies the allegations in paragraph 38.

39.   Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 39, and on that basis, denies the allegations in paragraph 39.

40.   Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 40, and on that basis, denies the allegations in paragraph 40.

41.   Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 41, and on that basis, denies the allegations in paragraph 41.

42.   The allegations in paragraph 42 characterize Plaintiffs' claims, are legal conclusions, and are not averments of fact to which Defendant is required to respond.  To the extent a response is required, Defendant denies the allegations in paragraph 42.

43.   Defendant admits that the judicial opinion referenced in paragraph 43 speaks for itself.  Otherwise, the allegations in paragraph 43 are legal conclusions and not averments of fact to which Defendant is required to respond.  To the extent a response is required, and except as specifically admitted, Defendant denies the allegations in paragraph 43.

44.   Defendant admits that the judicial opinion referenced in paragraph 44 speaks for itself.  Otherwise, the allegations in paragraph 44 are legal conclusions and not averments of fact to which Defendant is required to respond.  To the extent a response is required, and except as specifically admitted, Defendant denies the allegations in paragraph 44.

45.   Defendant admits that the judicial opinion referenced in paragraph 45 speaks for itself.  Otherwise, the allegations in paragraph 45 are legal conclusions and not averments of fact to which Defendant is required to respond.  To the extent a response is required, and except as specifically admitted, Defendant denies the allegations in paragraph 45.

46.   Defendant admits that the judicial opinion referenced in paragraph 46 speaks for itself.  Otherwise, the allegations in paragraph 46 are legal conclusions and not averments of fact to which Defendant is required to respond.  To the extent a response is required, and except as specifically admitted, Defendant denies the allegations in paragraph 46.

47.   Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 47 and the statements contained in Exhibit A, referenced in paragraph 47 and annexed to the Complaint, and on that basis, denies the allegations in paragraph 47 and the statements in Exhibit A.

48.   Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 48, and on that basis, denies the allegations in paragraph 48.

49.   Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 49, and on that basis, denies the allegations in paragraph 49.

50.   Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 50, and on that basis, denies the allegations in paragraph 50.

51.   Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 51, and on that basis, denies the allegations in paragraph 51.

52.   Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 52, and on that basis, denies the allegations in paragraph 52.

53.   Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 53, and on that basis, denies the allegations in paragraph 53.

54.   Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 54, and on that basis, denies the allegations in paragraph 54.

55.   Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 55, and on that basis, denies the allegations in paragraph 55.

56.   Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 56, and on that basis, denies the allegations in paragraph 56.

57.   Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 57, and on that basis, denies the allegations in paragraph 57.

Defendant's Answer to Complaint for Declaratory and Injunctive Relief
(19-cv-01662-BEN-JLB)

58.     Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 58, and on that basis, denies the allegations in paragraph 58.

59.     Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 59 and the statements contained in Exhibit B, referenced in paragraph 59 and annexed to the Complaint, and on that basis, denies the allegations in paragraph 59 and the statements in Exhibit B.

60.     Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 60, and on that basis, denies the allegations in paragraph 60.

61.     Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 61, and on that basis, denies the allegations in paragraph 61.

62.     Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 62, and on that basis, denies the allegations in paragraph 62.

63.     Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 63, and on that basis, denies the allegations in paragraph 63.

64.     Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 64, and on that basis, denies the allegations in paragraph 64.

65.     Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 65, and on that basis, denies the allegations in paragraph 65.

66.     Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 66, and on that basis, denies the allegations in paragraph 66.

67.    Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 67, and on that basis, denies the allegations in paragraph 67.

68.    Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 68, and on that basis, denies the allegations in paragraph 68.

69.    Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 69, and on that basis, denies the allegations in paragraph 69.

70.    Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 70, and on that basis, denies the allegations in paragraph 70.

71.    Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 71, and on that basis, denies the allegations in paragraph 71.

72.    Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 72, and on that basis, denies the allegations in paragraph 72.

73.    Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 73, and on that basis, denies the allegations in paragraph 73.

74.    Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 74, and on that basis, denies the allegations in paragraph 74.

75.    Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 75, and on that basis, denies the allegations in paragraph 75.

Defendant's Answer to Complaint for Declaratory and Injunctive Relief
(19-cv-01662-BEN-JLB)

**FIRST CAUSE OF ACTION**
**U.S. CONST., AMEND. II & VIIII [sic]**

76.    Defendant incorporates by reference herein the responses contained in paragraphs 1 through 75, inclusive.

77.    The allegations in paragraph 77 characterize Plaintiffs' claims and are not averments of fact to which Defendant is required to respond.  To the extent a response is required, Defendant denies the allegations in paragraph 77.

78.    The allegations in paragraph 78 characterize Plaintiffs' claims and requested relief and are not averments of fact to which Defendant is required to respond.  To the extent a response is required, Defendant denies the allegations in paragraph 78.

**SECOND CAUSE OF ACTION**
**DECLARATORY JUDGMENT**

79.    Defendant incorporates by reference herein the responses contained in paragraphs 1 through 78, inclusive.

80.    Defendant admits that 28 U.S.C. 2201(a) speaks for itself.  Otherwise, the allegations contained in paragraph 80 are conclusions of law and not averments of fact to which Defendant is required to respond.  To the extent a response is required, and except as specifically admitted, Defendant denies the allegations in paragraph 80.

81.    The allegations in paragraph 81 characterize Plaintiffs' claims and are not averments of fact to which Defendant is required to respond.  To the extent a response is required, Defendant denies the allegations in paragraph 81.

82.    The allegations in paragraph 82 characterize Plaintiffs' claims and requested relief and are not averments of fact to which Defendant is required to respond.  To the extent a response is required, Defendant denies the allegations in paragraph 82.

83.   The allegations in paragraph 83 characterize Plaintiffs' claims and are not averments of fact to which Defendant is required to respond.  To the extent a response is required, Defendant denies the allegations in paragraph 83.

84.   The allegations in paragraph 84 characterize Plaintiffs' claims and are not averments of fact to which Defendant is required to respond.  To the extent a response is required, Defendant denies the allegations in paragraph 84.

85.   Defendant admits that the statutes referenced in paragraph 85 speak for themselves.  Otherwise, the allegations in paragraph 85 characterize Plaintiffs' claims and requested relief and are not averments of fact to which Defendant is required to respond.  To the extent a response is required, Defendant denies the allegations in paragraph 85.

## PRAYER FOR RELIEF

86.   Defendant denies that Plaintiffs are entitled to any of the relief requested on line 17 on page 13 through line 3 on page 18 of the Complaint, or any relief whatsoever.  To the extent that the Prayer for Relief contains any allegations to which a response is required, Defendant denies them.

## AFFIRMATIVE DEFENSES

In addition to the foregoing responses to the Complaint, and without admitting any allegations contained therein, Defendant asserts the following affirmative defenses based on information and belief:

## FIRST AFFIRMATIVE DEFENSE

The Complaint, and the claims for relief alleged therein, fails to state facts sufficient to constitute a cause of action.

## SECOND AFFIRMATIVE DEFENSE

Plaintiffs' claims in this action are barred because Plaintiffs lack standing to bring them.

**THIRD AFFIRMATIVE DEFENSE**

The Complaint, and each claim for relief alleged therein, is improper because Plaintiffs have an adequate remedy at law.

**FOURTH AFFIRMATIVE DEFENSE**

The Complaint, and each claim for relief alleged therein, is barred by the equitable doctrines of estoppel, laches, unclean hands, and/or waiver.

**FIFTH AFFIRMATIVE DEFENSE**

To the extent Defendant has undertaken any conduct with respect to the subjects and events underlying the Complaint, such conduct was, at all times material thereto, undertaken in good faith and in reasonable reliance on existing law.

**SIXTH AFFIRMATIVE DEFENSE**

Defendant has not knowingly or intentionally waived any applicable affirmative defense.  Defendant reserves the right to assert and rely upon additional affirmative defenses to the extent they are applicable.

**PRAYER FOR RELIEF**

WHEREFORE, Defendant prays that:

1.   Plaintiffs take nothing by reason of their Complaint;

2.   Judgment be entered in favor of Defendant and adverse to Plaintiffs;

3.   Defendant be awarded costs incurred in defending this action; and

4.   Defendant be awarded such further relief that the Court may deem just and proper.

1   Dated:  October 14, 2019                    Respectfully Submitted,

2                                               XAVIER BECERRA
                                                Attorney General of California
3                                               MARK R. BECKINGTON
                                                Supervising Deputy Attorney General
4

5

6                                               /s/ John D. Echeverria    _____
                                                JOHN D. ECHEVERRIA
7                                               Deputy Attorney General
                                                *Attorneys for Defendant Xavier*
8                                               *Becerra, in his official capacity as*
                                                *Attorney General of the State of*
9                                               *California*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Defendant's Answer to Complaint for Declaratory and Injunctive Relief
(19-cv-01662-BEN-JLB)

# CERTIFICATE OF SERVICE

Case Name:   **Russell Fouts, et al vs.**           Case No.   **19-cv-01662 LAB KSC**
           **Xavier Becerra**

I hereby certify that on <u>October 14, 2019</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DEFENDANT'S ANSWER TO COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>October 14, 2019</u>, at Los Angeles, California.


_____                    _____
     Colby Luong                                  /s/ Colby Luong
       Declarant                                      Signature

SA2019104813
53817019.docx