UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL FOUTS, et al.,<br><br>                              Plaintiffs,<br><br>v.<br><br>XAVIER BECERRA,<br><br>                              Defendant. | Case No.:  19-cv-01662-BEN-JLB<br><br>**NOTICE AND ORDER SETTING RULE 26 COMPLIANCE AND CASE MANAGEMENT CONFERENCE** |

   **IT IS HEREBY ORDERED** that a telephonic, counsel only **Case Management Conference** pursuant to Fed. R. Civ. P. 16(b) **is SET for November 15, 2019**, at **11:00 AM** before Magistrate Judge Jill L. Burkhardt.  For purposes of the Conference, counsel shall initiate and coordinate placing a joint call into chambers at (619) 557-6624 with all participating counsel already on the line.

   **IT IS FURTHER ORDERED:**

   1.   The Rule 26(f) conference shall be completed on or before **October 29, 2019**;

   2.   The date of initial disclosure pursuant to Rule 26(a)(1)(A-D) shall occur on or before **November 5, 2019**;

   3.   A **Joint Discovery Plan** shall be filed on the CM/ECF system as well as lodged with Magistrate Judge Burkhardt by emailing the Plan to efile_burkhardt@casd.uscourts.gov, on or before **November 5, 2019**.  The Plan must be

one document and must explicitly cover the parties' views and proposals for each item identified in Fed. R. Civ. P. 26(f)(3). The parties should consult both Judge Burkhardt's and the assigned District Judge's Civil Chambers Rules in drafting their Plan. A courtesy paper copy of the Plan shall be delivered to Judge Burkhardt's Chambers if the Plan with its attachments exceeds 20 pages. In addition to complying with Chambers Rules, the Plan must identify whether and what good cause (specific to this case) exists to modify the Court's tentative schedule for this case. The Court's **tentative** schedule is as follows:

    a.    Filing of any motion for entry of a stipulated protective order governing discovery: **December 6, 2019**;

    b.    Filing of motions to amend pleadings and/or add parties: **December 13, 2019**;

    c.    Completion of fact and expert witness discovery: **May 15, 2020**;

    d.    The designation and service of expert witness reports: **March 20, 2020**;

    e.    The supplemental designation and service of rebuttal expert witness reports: **April 17, 2020**;

    f.    The date by which dispositive motions shall be filed: **June 12, 2020**. Motions in limine are to be filed as directed in the Local Rules, or as otherwise set by the District Judge;

    g.    The date for the Mandatory Settlement Conference: **May 28, 2020**; and

    h.    The date for a Pretrial Conference before the District Judge assigned to the case: **October 12, 2020**.

4.    **Submission of Magistrate Judge Consent Form**: No later than **October 29, 2019**, each party shall provide Plaintiffs' counsel with an executed copy of the attached consent form, titled Notice, Consent, and Reference of a Civil Action to a Magistrate Judge. Pursuant to Civil Local Rule 73.1, if (and only if) **all** parties have consented to the reference to a magistrate judge, then Plaintiff shall file the consent form(s) **in paper format** at the Clerk's Office by **November 1, 2019**. If the paper format filing reflects consent by **all** parties, then the form(s) will be forwarded to the assigned district

judge for approval.  The consent form(s) **should not be filed with the court electronically** through its Case Management/Electronic Case Filing (CM/ECF) system.  No consent form will be made available, nor will its contents be made known to any judicial officer, unless all parties have consented to the reference to a magistrate judge.  The parties are free to withhold consent without adverse substantive consequences.  Questions related to the consent form(s) should be directed only to the clerk's office at 619-557-5600.  Please do not call chambers' staff with questions related to the consent form(s).

Dated:  October 15, 2019

Hon. Jill L. Burkhardt
United States Magistrate Judge

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL FOUTS, et al., <br><br> Plaintiff(s), <br><br> v. <br><br> XAVIER BECERRA, <br><br> Defendant(s). | Case No.: 19-cv-01662-BEN-JLB <br><br> **NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE** |

*Notice of a magistrate judge's availability.* A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment. The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court. A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's authority.* The following parties ☐ Consent  / ☐ Do Not Consent\*

to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| *Printed Names* | *Signatures of all parties **and** counsel for all parties* | *Dates* |
|---|---|---|
| | | |
| | | |
| | | |

## REFERENCE ORDER

**IT IS ORDERED:** This case is referred to United States Magistrate Judge Jill L. Burkhardt to conduct all proceedings and order entry of a final judgment in accordance with 28 U.S.C. § 636(c), Fed. R. Civ. P. 73, and CivLR 73.1.

| | |
|---|---|
| Date | United States District Judge |

\*  Pursuant to Civil Local Rule 73.1, **if (and only if) all parties have consented** to the reference to a magistrate judge, then Plaintiff shall file the consent form(s) in paper format at the Clerk's Office.