Alan Alexander Beck
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA 92123
(619) 905-9105
Hawaii Bar No. 9145
Alan.alexander.beck@gmail.com

Stephen D. Stamboulieh
Stamboulieh Law, PLLC
P.O. Box 4008
Madison, MS 39130
(601) 852-3440
stephen@sdslaw.us
MS Bar No. 102784
*Admitted *Pro Hac Vice*

Attorneys for Plaintiffs
RUSSELL FOUTS and
TAN MIGUEL TOLENTINO

XAVIER BECERRA
Attorney General of California
MARK R. BECKINGTON
Supervising Deputy Attorney General
JOHN D. ECHEVERRIA
Deputy Attorney General
State Bar No. 268843
300 South Spring Street, Suite 1702
Los Angeles, CA 90013
Telephone: (213) 269-6249
Fax: (916) 731-2124
Email: John.Echeverria@doj.ca.gov
*Attorneys for Defendant Xavier Becerra, in his Official Capacity as Attorney General of the State of California*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL FOUTS and TAN MIGUEL TOLENTINO,<br><br>            Plaintiffs,<br><br>      vs.<br><br>XAVIER BECERRA, in his Official Capacity as the Attorney General of the State of California,<br><br>            Defendant. | Case No.: 3:19-cv-01662-BEN-JLB<br><br>JOINT MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE<br><br>Judge: Hon. Jill L. Burkhardt<br>Hearing: November 15, 2019 11:00 AM |

The Parties hereby jointly stipulate, and respectfully request that this Court continue the Case Management Conference date of November 15, 2019 pursuant to Federal Rule of Civil Procedure 6(b), Local Civil Rule 7.2, and for good cause.  Plaintiffs state as follows:

1. Plaintiffs' counsel are unavailable on November 15, 2019.  Mr. Beck will be attending a conference out of state and Mr. Stamboulieh will be out of the country on that date.

2. This is the first request for a continuance requested by the Parties.

3. The Parties are available on November 21, 2019 and any day of the week of December 2, 2019.

4. A proposed order will be submitted simultaneously with the filing of this Joint Motion.

## JOINT MOTION

NOW THEREFORE, the Parties stipulate and request as follows:

1. That the Case Management Conference currently set for November 15, 2019, at 11:00 AM be continued until November 21, 2019 or any day of the week of December 2, 2019.

SO STIPULATED.

Dated: October 17, 2019          By: */s/ Alan Alexander Beck*
ALAN ALEXANDER BECK
Alan.Alexander.Beck@gmail.com

                           */s/ Stephen D. Stamboulieh*
                           STEPHEN D. STAMBOULIEH
                           Stephen@sdslaw.us
                           *Attorneys for Plaintiffs*

Dated: October 17, 2019         By: */s/ John D. Echeverria (by consent)*
                           JOHN ECHEVERRIA
                           John.Echeverria@doj.ca.gov
                           *Attorney for Defendant*

# CERTIFICATE OF SERVICE

Case Name: Russell Fouts, et al. vs                    Case No. 19-cv-01662-BEN-JLB
        Xavier Becerra_____                    _____

I hereby certify that on October 17, 2019, I electronically filed the forgoing document with the Clerk of the Court using the Court's CM/ECF system.  I certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct, and that this declaration was executed on October 17, 2019 in Canton, Mississippi.

Stephen D. Stamboulieh                                        */s/ Stephen D. Stamboulieh*
Declarant                                                                       Signature