XAVIER BECERRA
Attorney General of California
State Bar No. 118517
MARK R. BECKINGTON
Supervising Deputy Attorney General
State Bar No. 126009
JOHN D. ECHEVERRIA
Deputy Attorney General
State Bar No. 268843
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102
  Telephone:  (415) 510-3479
  Fax:  (415) 703-1234
  E-mail:  John.Echeverria@doj.ca.gov
*Attorneys for Defendant Xavier Becerra, in his official capacity as Attorney General of the State of California*

Alan Alexander Beck
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA  92123
Alan.alexander.beck@gmail.com

Stephen D. Stamboulieh
Stamboulieh Law, PLLC
P.O. Box 4008
Madison, MS  39130
stephen@sdslaw.us

*Attorneys for Plaintiffs Russell Fouts and Tan Miguel Tolentino*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RUSSELL FOUTS and TAN MIGUEL TOLENTINO,**<br><br>                           Plaintiffs,<br><br>**v.**<br><br>**XAVIER BECERRA, in his official capacity as the Attorney General of the State of California,**<br><br>                           Defendant. | 19-cv-01662-BEN-JLB<br><br>**JOINT MOTION TO AMEND SCHEDULING ORDER**<br><br>Judge:           Hon. Jill L. Burkhardt<br>Action Filed:  September 1, 2019 |

COME NOW THE PARTIES, Plaintiffs Russell Fouts and Tan Miguel Tolentino (together, "Plaintiffs") and Defendant Xavier Becerra, in his official capacity as the Attorney General of the State of California (the "Attorney General") (collectively, the "Parties"), through their respective attorneys of record, jointly move the Court to amend the Scheduling Order Regulating Discovery and Other

1

Pretrial Proceedings (the "Scheduling Order") (Dkt. 16) and continue the upcoming deadlines in light of the novel coronavirus (COVID-19) pandemic, pursuant to Federal Rule of Civil Procedure 16(b)(4) and Civil Local Rule 7.2, in accordance with the stipulation set forth herein.

WHEREAS, on September 1, 2019, Plaintiffs filed their Complaint for Declaratory and Injunctive Relief (Dkt. 1);

WHEREAS, on November 29, 2019, the Court issued the Scheduling Order setting certain discovery and pre-trial deadlines;

WHEREAS, on March 13, 2020, the President of the United States issued a declaration of national emergency in response to the COVID-19 pandemic under the National Emergencies Act (50 U.S.C. 1601 et seq.);

WHEREAS, on March 17, 2020, the Honorable Larry Alan Burns, Chief United States District Judge for the Southern District of California, issued an order suspending jury trials and other proceedings during the COVID-19 pandemic;

WHEREAS, on March 19, 2020, in response to the rapid spread of COVID-19 in the State of California, California Governor Gavin Newsom issued an executive order requiring all Californians to stay at home until further notice;

WHEREAS, on March 20, 2020, the Attorney General designated an expert witness in accordance with Federal Rules of Civil Procedure 26(a)(2)(A) and (B) and paragraphs 4 and 5 of the Scheduling Order;

WHEREAS, the COVID-19 pandemic has caused significant disruption of the Parties' operations and their ability to satisfy upcoming discovery deadlines; and

WHEREAS, on March 27, 2020, the Parties met and conferred telephonically and agreed that the remaining deadlines in the Scheduling Order should be continued by at least 90 days in light of the COVID-19 pandemic;

NOW, THEREFORE, the Parties jointly move the Court for an order amending the Scheduling Order by resetting the remaining deadlines as follows,

2

Joint Motion to Amend Scheduling Order (19-cv-01662-BEN-JLB)

provided that the Parties may seek further amendment of the Scheduling Order in response to developments in the COVID-19 pandemic:

1. Continue the deadline for the exchange of rebuttal experts from April 17, 2020 to **July 16, 2020**.
2. Continue the deadline for any party to supplement its disclosure regarding contradictory or rebuttal evidence under Federal Rules of Civil Procedure 26(a)(2)(D) and 26(d) from April 17, 2020 to **July 16, 2020**.
3. Continue the deadline for completion of all fact discovery from May 15, 2020 to **August 13, 2020**.
4. Continue the deadline for completion of all expert discovery from May 15, 2020 to **August 13, 2020**.
5. Continue the deadline for all other pretrial motions from June 12, 2020 to **September 10, 2020**.
6. Continue the Mandatory Settlement Conference from May 28, 2020 to **August 27, 2020 at 1:45 p.m.**, or an alternative date that is convenient for the Court.
7. Continue the deadline for the Parties to lodge confidential settlement briefs with the Court from May 18, 2020 to **August 17, 2020**.
8. Continue the deadline for Memoranda of Contentions of Fact and Law and any other action required by Civil Local Rule 16.1(f)(2) from September 21, 2020 to **December 21, 2020**.
9. Continue the deadline for pretrial disclosure requirements of Federal Rule of Civil Procedure 26(a)(3) from September 21, 2020 to **December 21, 2020**.
10. Continue the deadline the Parties to meet and take the action required by Civil Local Rule 16.1(f)(4) from September 28, 2020 to **December 28, 2020**.

11. Continue the deadline for Plaintiffs' counsel to provide the Attorney General's counsel with the proposed pretrial order for review and approval from October 5, 2020 to **January 3, 2021**.

12. Continue the deadline for the Parties to prepare, serve, and lodge the Proposed Final Pretrial Conference Order from October 13, 2020 to **January 11, 2021**.

13. Continue the Final Pretrial Conference before the Honorable Roger T. Benitez from October 19, 2020 at 10:30 a.m. to **January 25, 2021 at 10:30 a.m.**

Respectfully Submitted,

Dated: April 2, 2020

XAVIER BECERRA
Attorney General of California
MARK R. BECKINGTON
Supervising Deputy Attorney General

s/ John D. Echeverria
JOHN D. ECHEVERRIA
Deputy Attorney General
*Attorneys for Defendant Xavier Becerra, in his official capacity as Attorney General of the State of California*

Dated: April 2, 2020

Law Office of Alan Beck

s/ Alan Alexander Beck (by consent)
*Attorneys for Plaintiffs Russell Fouts and Tan Miguel Tolentino*