XAVIER BECERRA
Attorney General of California
State Bar No. 118517
MARK R. BECKINGTON
Supervising Deputy Attorney General
State Bar No. 126009
JOHN D. ECHEVERRIA
Deputy Attorney General
State Bar No. 268843
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102
  Telephone:  (415) 510-3479
  Fax:  (415) 703-1234
  E-mail:  John.Echeverria@doj.ca.gov
*Attorneys for Defendant*

ALAN ALEXANDER BECK
Law Office of Alan Beck
  2692 Harcourt Drive
  San Diego, CA  92123
  Alan.alexander.beck@gmail.com
  State Bar No. 276646

STEPHEN D. STAMBOULIEH
Stamboulieh Law, PLLC
  P.O. Box 4008
  Madison, MS  39130
  stephen@sdslaw.us
  MS Bar No. 102784
  *Admitted Pro Hac Vice*
*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RUSSELL FOUTS and TAN MIGUEL TOLENTINO,**<br><br>                  Plaintiffs,<br><br>v.<br><br>**XAVIER BECERRA, in his official capacity as the Attorney General of the State of California,**<br><br>                  Defendant. | 19-cv-01662-BEN-JLB<br><br>**JOINT MOTION TO AMEND SCHEDULING ORDER**<br><br>Judge:     Hon. Jill L. Burkhardt<br>Action Filed: September 1, 2019 |

1

Plaintiffs Russell Fouts and Tan Miguel Tolentino (together, "Plaintiffs") and Defendant Xavier Becerra, in his official capacity as the Attorney General of the State of California (the "Attorney General") (collectively, the "Parties"), through their respective attorneys of record, jointly move the Court to amend the Scheduling Order Regulating Discovery and Other Pretrial Proceedings (the "Scheduling Order") (Dkt. 16) and continue the upcoming deadlines light of the novel coronavirus (COVID-19) pandemic, pursuant to Federal Rule of Civil Procedure 16(b)(4) and Civil Local Rule 7.2, in accordance with the stipulation set forth herein. This joint motion is based on the following facts:

WHEREAS, on September 1, 2019, Plaintiffs filed their Complaint for Declaratory and Injunctive Relief (Dkt. 1);

WHEREAS, on November 29, 2019, the Court issued the Scheduling Order setting certain discovery and pre-trial deadlines;

WHEREAS, on April 7, 2020, the Court granted the parties' joint motion to amend the Scheduling Order in light of the COVID-19 pandemic (Dkt. 18);

WHEREAS, the Court amended the Scheduling Order as follows:

1. The date for exchange of rebuttal experts shall be by **July 17, 2020**;
2. Any party shall supplement its disclosure regarding contradictory or rebuttal evidence under Federal Rule of Civil Procedure 26(a)(2)(D) and 26(e) by **July 17, 2020**;
3. All expert discovery shall be completed by all parties by **August 14, 2020**;
4. All other pretrial motions must be filed by **September 11, 2020**;
5. A Mandatory Settlement Conference shall be conducted on **August 26, 2020**;
6. Any party shall lodge confidential settlement briefs directly to chambers by **August 17, 2020**;

7. The Parties shall file their Memoranda of Contentions of Fact and Law and take any other action required by Civil Local Rule 16.1(f)(2) by **December 28, 2020**;

8. Counsel shall comply with the pretrial disclosure requirements of Federal Rule of Civil Procedure 26(a)(3) by **December 28, 2020**;

9. Counsel shall meet and take the action required by Civil Local Rule 16.1(f)(4) by **January 4, 2021**;

10. Counsel for plaintiff must provide opposing counsel with a proposed pretrial order for review and approval by **January 11, 2021**;

11. The Proposed Final Pretrial Conference Order, including objections to any other parties' Federal Rule of Civil Procedure 26(a)(3) Pretrial Disclosures shall be prepared, served and lodged with the assigned district judge by **January 18, 2021**; and

12. The Final Pretrial Conference is scheduled on the calendar of the Honorable Roger T. Benitez on **January 25, 2021, at 10:30 a.m.**

WHEREAS, the Court's April 7, 2020 Order has been the only modification of the Scheduling Order in this action to date;

WHEREAS, throughout the course of this action, the Parties have worked diligently to proceed through discovery, including serving and responding to written discovery requests and exchanging reports of an expert witness designated by Defendant and a rebuttal expert witness designated by Plaintiffs;

WHEREAS, the COVID-19 pandemic has continued to cause significant disruption of the Parties' operations and their ability to satisfy upcoming discovery and pretrial deadlines;

WHEREAS, the Parties have met and conferred telephonically and agreed that good cause exists to continue the remaining deadlines in the Scheduling Order by at least an additional 90 days in light of the ongoing pandemic to afford the Parties

additional time to complete discovery in a safe and thorough manner and prepare dispositive motions;

WHEREAS, the Parties also agree that this case is not amenable to settlement, as Plaintiffs are asserting a facial and as-applied constitutional challenge to a criminal statute;

WHEREAS, the Parties agree that this action will likely be resolved on cross-motions for summary judgment under Federal Rule of Civil Procedure 56, which would obviate the need for other pretrial proceedings in this case; and

WHEREAS, the Parties agree that good cause exists to vacate the other pretrial deadlines, subject to resetting if the action is not fully resolved on cross-motions for summary judgment,

NOW, THEREFORE, the Parties jointly move the Court, on good cause shown, for an order amending the Scheduling Order as follows:

1. Continue the deadline for completion of all fact discovery to November 13, 2020.
2. Continue the deadline for completion of all expert discovery from August 14, 2020 to November 13, 2020.
3. Continue the deadline for other pretrial motions, including motions for summary judgment, from September 11, 2020 to December 11, 2020;
4. Vacate all other pretrial deadlines to be reset in the event the action is not fully resolved by cross-motions for summary judgment.

| | | |
|---|---|---|
| 1 | Dated: August 4, 2020 | Respectfully Submitted, |
| 2 | | XAVIER BECERRA<br>Attorney General of California |
| 3 | | MARK R. BECKINGTON<br>Supervising Deputy Attorney General |
| 4 | | |
| 5 | | |
| 6 | | s/ John D. Echeverria _____ |
| 7 | | JOHN D. ECHEVERRIA<br>Deputy Attorney General<br>*Attorneys for Defendant Xavier* |
| 8 | | *Becerra, in his official capacity as Attorney General of the State of* |
| 9 | | *California* |
| 10 | | |
| 11 | Dated: August 4, 2020 | Law Office of Alan Beck |
| 13 | | s/ Alan Alexander Beck (by consent)_ |
| 14 | | *Attorneys for Plaintiffs Russell Fouts and Tan Miguel Tolentino* |

5

# CERTIFICATE OF SERVICE

| Case Name: | **Fouts, Russell, et al v. Xavier Becerra** | No. | **3:19-cv-01662-BEN-JLB** |
|---|---|---|---|

I hereby certify that on <u>August 4, 2020</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**JOINT MOTION TO AMEND SCHEDULING ORDER**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>August 4, 2020</u>, at San Francisco, California.

| Robert Hallsey | /s/ Robert Hallsey |
|---|---|
| Declarant | Signature |

SA2019104813
42293747.docx