| | |
|---|---|
| ALAN ALEXANDER BECK<br>LAW OFFICE OF ALAN BECK<br>2692 HARCOURT DRIVE<br>SAN DIEGO, CA  92123<br>(619) 905-9105<br>STATE BAR NO. 276646<br>ALAN.ALEXANDER.BECK@GMAIL.COM<br>ATTORNEYS FOR PLAINTIFFS<br>RUSSELL FOUTS AND<br>TAN MIGUEL TOLENTINO | STEPHEN D. STAMBOULIEH<br>STAMBOULIEH LAW, PLLC<br>P.O. BOX 4008<br>MADISON, MS  39130<br>(601) 852-3440<br>STEPHEN@SDSLAW.US<br>MS BAR NO. 102784<br>  *ADMITTED PRO HAC VICE |

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RUSSELL FOUTS and TAN MIGUEL TOLENTINO,**<br><br>                              Plaintiffs,<br><br>**v.**<br><br>**XAVIER BECERRA, in his official capacity as the Attorney General of the State of California,**<br><br>                              Defendant. | 19-cv-01662-BEN-JLB<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**<br><br>Judge:         Hon. Roger T. Benitez<br>Courtroom:  5A<br>Hearing Date: October 19, 2020<br>Hearing Time: 10:30 AM |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

     Please take notice that on October 19, 2020, at 10:30 AM or as soon thereafter as counsel may be heard in Courtroom 5A of the above-captioned court, located at 221 West Broadway, San Diego, California 92101, Plaintiffs Russell Fouts and Tan Miguel Tolentino, will and hereby do move for summary judgment under Rule 56 of the Federal Rules of Civil Procedure as to each claim asserted in Plaintiffs' Complaint for Declaratory and Injunctive Relief.

Plaintiffs bring this motion because there is no genuine dispute of material fact that the Second Amendment to the United States Constitution protects the right of all law-abiding citizens to possess and acquire billies/batons which are typically possessed for lawful purposes and that California cannot establish the required reasonable fit between its complete ban on billies/batons and its interest in public safety. The State's ban on billies/batons cannot survive constitutional scrutiny and thus, Plaintiffs are entitled to judgment as a matter of law.

This motion is based on this notice, as well as the memorandum of points and authorities, the declaration of Stephen D. Stamboulieh and attached exhibits, and the declarations of Russell Fouts and Tan Miguel Tolentino, filed herewith. This motion is also based on the papers and pleadings already on file in this motion and such matters as may be presented to the Court at the hearing.[1]

DATED: September 11, 2020

*/s/ Alan Alexander Beck*

Alan Alexander Beck
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA  92123
(619) 905-9105
State Bar No. 276646
Alan.alexander.beck@gmail.com
Attorneys for Plaintiffs
RUSSELL FOUTS and
TAN MIGUEL TOLENTINO

*/s/ Stephen D. Stamboulieh*

Stephen D. Stamboulieh
Stamboulieh Law, PLLC
P.O. Box 4008
Madison, MS  39130
(601) 852-3440
stephen@sdslaw.us
MS Bar No. 102784
*Admitted Pro Hac Vice

---

[1] Plaintiffs respectfully request that due to changing COVID-19 travel/quarantine restrictions, out of state counsel be allowed to attend telephonically if he otherwise cannot attend in person.