ALAN ALEXANDER BECK
LAW OFFICE OF ALAN BECK
2692 HARCOURT DRIVE
SAN DIEGO, CA 92123
(619) 905-9105
STATE BAR NO. 276646
ALAN.ALEXANDER.BECK@GMAIL.COM
ATTORNEYS FOR PLAINTIFFS
RUSSELL FOUTS AND
TAN MIGUEL TOLENTINO

STEPHEN D. STAMBOULIEH
STAMBOULIEH LAW, PLLC
P.O. BOX 4008
MADISON, MS 39130
(601) 852-3440
STEPHEN@SDSLAW.US
MS BAR NO. 102784

*ADMITTED PRO HAC VICE

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RUSSELL FOUTS and TAN MIGUEL TOLENTINO,**<br><br>                    Plaintiffs,<br><br>          v.<br><br>**XAVIER BECERRA, in his official capacity as the Attorney General of the State of California,**<br><br>                    Defendant. | 19-cv-01662-BEN-JLB<br><br>**CERTIFICATE OF SERVICE**<br><br>Judge:          Hon. Roger T. Benitez<br>Courtroom:    5A<br>Hearing Date: October 19, 2020<br>Hearing Time: 10:30 AM |

CERTIFICATE OF SERVICE
(19-cv-01662-BEN-JLB)

# CERTIFICATE OF SERVICE

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

Case Name: Russell Fouts, et al. vs
              Xavier Becerra_____

Case No. 19-cv-01662-BEN-JLB
_____

I declare:

I am a licensed attorney in good standing in the State of California and licensed in this Court. I am 18 years of age or older and not a party to this matter. I have caused service of the following documents, described as:

- Plaintiffs' Notice of Motion and Motion for Summary Judgment

- Memorandum of Points and Authorities in Support of Plaintiffs' Motion for Summary Judgment

- Declaration of Stephen D. Stamboulieh in Support of Plaintiffs' Motion for Summary Judgment; Exhibits A-G

- Declaration of Russell Fouts

- Declaration of Tan Miguel Tolentino

- Plaintiffs' Expert Rebuttal Report and Declaration of Leofuldo Tablanza II

- Defendant's Expert Report and Declaration of Brian Fichtner

- Defendant's Response to Plaintiffs' First Set of Interrogatories, No. 6.

- Plaintiff Fouts' Responses to Defendant's First Set of Interrogatories

- Plaintiff Tolentino's Responses to Defendant's First Set of Interrogatories

CERTIFICATE OF SERVICE

(19-cv-01662-BEN-JLB)

On the following parties by electronically filing the foregoing on September 11, 2020, with the Clerk of the District Court using its ECF System, which electronically notifies them:

    John D. Echeverria
    Deputy Attorney General
    300 South Spring Street, Suite 1702
    Los Angeles, CA 90013
    John.Echeverria@doj.ca.gov
    Attorney for Defendant

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on September 11, 2020 in San Diego, California.

                              */s/ Alan Alexander Beck*
                              Alan Alexander Beck
                              Alan.Alexander.Beck@gmail.com
                              *Attorney for Plaintiffs*