XAVIER BECERRA
Attorney General of California
State Bar No. 118517
MARK R. BECKINGTON
Supervising Deputy Attorney General
State Bar No. 126009
JOHN D. ECHEVERRIA
Deputy Attorney General
State Bar No. 268843
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 510-3479
  Fax:  (415) 703-1234
  E-mail:  John.Echeverria@doj.ca.gov
*Attorneys for Defendant Xavier Becerra, in his official capacity as Attorney General of the State of California*

*Video or Telephonic Appearance Requested*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RUSSELL FOUTS et al.,**<br><br>                 Plaintiff,<br><br>v.<br><br>**XAVIER BECERRA, in his official capacity as Attorney General of the State of California,**<br><br>                Defendant. | 3:19-cv-01662-BEN-JLB<br><br>**DEFENDANT'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**<br><br>Date:            October 19, 2020<br>Time:          10:30 a.m.<br>Courtroom:  5A<br>Judge:         Hon. Roger T. Benitez<br>Action Filed: September 1, 2019 |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that, on October 19, 2020, at 10:30 a.m., or as soon thereafter as the matter may be heard, in Courtroom 5A of the above-titled court, located at 221 West Broadway, San Diego, California 92101, Defendant Xavier Becerra, in his official capacity as the Attorney General of the State of California ("Defendant"), shall and hereby does move this Court for summary judgment under Federal Rule of Civil Procedure 56(a).  Defendant brings this motion because California's restrictions on civilian possession of billies, *see* Cal.

Penal Code § 22210, comports with the Second Amendment of the United States Constitution.

This motion is based on this Notice of Motion and Motion for Summary Judgment, the accompanying Memorandum of Points and Authorities, the accompanying Expert Report and Declaration of Brian Fichtner, the accompanying declaration of undersigned counsel, the accompanying Request for Judicial Notice, the pleadings and papers on file in this action, and such further evidence, both oral and documentary, that may be offered at the time of the hearing on this motion.

In light of the ongoing COVID-19 pandemic, and the need for undersigned counsel to travel from San Francisco, counsel respectfully requests leave to appear at the hearing on Defendant's motion by video conference or telephonic conference, as the Court prefers.

Dated: September 11, 2020

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
MARK R. BECKINGTON
Supervising Deputy Attorney General

s/ John D. Echeverria

JOHN D. ECHEVERRIA
Deputy Attorney General
*Attorneys for Defendant Xavier Becerra, in his official capacity as Attorney General of the State of California*