XAVIER BECERRA
Attorney General of California
State Bar No. 118517
MARK R. BECKINGTON
Supervising Deputy Attorney General
State Bar No. 126009
JOHN D. ECHEVERRIA
Deputy Attorney General
State Bar No. 268843
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102
  Telephone: (415) 510-3479
  Fax: (415) 703-1234
  E-mail: John.Echeverria@doj.ca.gov
*Attorneys for Defendant*

ALAN ALEXANDER BECK
Law Office of Alan Beck
  2692 Harcourt Drive
  San Diego, CA 92123
  Alan.alexander.beck@gmail.com
  State Bar No. 276646

STEPHEN D. STAMBOULIEH
Stamboulieh Law, PLLC
  P.O. Box 4008
  Madison, MS 39130
  stephen@sdslaw.us
  MS Bar No. 102784
  *Admitted Pro Hac Vice*
*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RUSSELL FOUTS and TAN MIGUEL TOLENTINO,**<br><br>                    Plaintiffs,<br><br>   v.<br><br>**XAVIER BECERRA, in his official capacity as the Attorney General of the State of California,**<br><br>                    Defendant. | 19-cv-01662-BEN-JLB<br><br>**JOINT MOTION TO AMEND SCHEDULING ORDER**<br><br>Judge:     Hon. Jill L. Burkhardt<br>Action Filed: September 1, 2019 |

Plaintiffs Russell Fouts and Tan Miguel Tolentino (together, "Plaintiffs") and Defendant Xavier Becerra, in his official capacity as the Attorney General of the State of California (the "Attorney General") (collectively, the "Parties"), through their respective attorneys of record, jointly move the Court to amend the Scheduling Order Regulating Discovery and Other Pretrial Proceedings (the "Scheduling Order") (Dkt. 16) and continue the upcoming pretrial deadlines, pursuant to Federal Rule of Civil Procedure 16(b)(4) and Civil Local Rule 7.2, in accordance with the stipulation set forth herein. This joint motion is based on the following facts:

WHEREAS, on September 1, 2019, Plaintiffs filed their Complaint for Declaratory and Injunctive Relief (Dkt. 1);

WHEREAS, on November 29, 2019, the Court issued the Scheduling Order setting certain discovery and pre-trial deadlines (Dkt. 16);

WHEREAS, on April 7, 2020, the Court granted the parties' joint motion to amend the Scheduling Order (Dkt. 18);

WHEREAS, the Court amended the Scheduling Order as follows:

1. The date for exchange of rebuttal experts shall be by **July 17, 2020**;
2. Any party shall supplement its disclosure regarding contradictory or rebuttal evidence under Federal Rule of Civil Procedure 26(a)(2)(D) and 26(e) by **July 17, 2020**;
3. All expert discovery shall be completed by all parties by **August 14, 2020**;
4. All other pretrial motions must be filed by **September 11, 2020**;
5. A Mandatory Settlement Conference shall be conducted on **August 26, 2020**;
6. Any party shall lodge confidential settlement briefs directly to chambers by **August 17, 2020**;

7. The Parties shall file their Memoranda of Contentions of Fact and Law and take any other action required by Civil Local Rule 16.1(f)(2) by **December 28, 2020**;

8. Counsel shall comply with the pretrial disclosure requirements of Federal Rule of Civil Procedure 26(a)(3) by **December 28, 2020**;

9. Counsel shall meet and take the action required by Civil Local Rule 16.1(f)(4) by **January 4, 2021**;

10. Counsel for plaintiff must provide opposing counsel with a proposed pretrial order for review and approval by **January 11, 2021**;

11. The Proposed Final Pretrial Conference Order, including objections to any other parties' Federal Rule of Civil Procedure 26(a)(3) Pretrial Disclosures shall be prepared, served and lodged with the assigned district judge by **January 18, 2021**; and

12. The Final Pretrial Conference is scheduled on the calendar of the Honorable Roger T. Benitez on **January 25, 2021, at 10:30 a.m.**

WHEREAS, on August 4, 2020, the Parties filed a joint motion to further amend the Scheduling Order in light of the COVID-19 pandemic (Dkt. 19);

WHEREAS, on August 21, 2020, the Court granted in part and denied in part the Parties' joint motion, vacating the Mandatory Settlement Conference while denying without prejudice the Parties' request to extend the discovery cut-off date and to vacate the Final Pretrial Conference and related deadlines;

WHEREAS, on September 11, 2020, the Parties filed cross-motions for summary judgment, originally noticed for hearing on October 19, 2020 (Dkt. 21, 22);

WHEREAS, on September 29, 2020, the Court *sua sponte* changed the hearing date on the cross-motions for summary judgment from October 19, 2020 to December 7, 2020 (Dkt. 23);

1  WHEREAS, on December 6, 2020, the Court *sua sponte* changed the hearing date on the cross-motions for summary judgment from December 7, 2020 to January 13, 2021 in light of California's COVID-19 public-health directives (Dkt. 28);

WHEREAS, certain pretrial deadlines are currently set for dates before the Parties' cross-motions for summary judgment are to be heard by the Court, including the deadline for the Parties to file their respective Memoranda of Contention of Fact and Law;

WHEREAS, either Parties' motion for summary judgment, if granted, would dispose of this entire action and render moot all pretrial deadlines

WHEREAS, even if the Court were to deny both of the Parties' cross-motions for summary judgment, its order may provide helpful guidance to the Parties in preparing their pretrial materials, including by narrowing the issues of law and fact for trial; and

WHEREAS, the Parties agree that it is in their best interests and the interest of the Court to extend the pretrial deadlines remaining on calendar until the Court has had an opportunity to rule on the pending cross-motions for summary judgment;

NOW, THEREFORE, the Parties jointly move the Court, on good cause shown, for an order amending the Scheduling Order as follows:

1. Continue the deadline for the Parties to file their Memoranda of Contentions of Fact and Law and take any other action required by Civil Local Rule 16.1(f)(2) to **March 22, 2021**;

2. Continue the deadline for counsel to comply with the pretrial disclosure requirements of Federal Rule of Civil Procedure 26(a)(3) to **March 22, 2021**;

3. Continue the deadline for counsel to meet and take the action required by Civil Local Rule 16.1(f)(4) to **March 29, 2021**;

4. Continue the deadline for Plaintiffs' counsel to provide Defendants' counsel with a proposed pretrial order for review and approval to **April 5, 2021**;

5. Continue the deadline for the Proposed Final Pretrial Conference Order, including objections to any other Parties' Federal Rule of Civil Procedure 26(a)(3) Pretrial Disclosures, to be prepared, served, and lodged with the Honorable Roger T. Benitez to **April 12, 2021**; and

6. Continue the Final Pretrial Conference before the Honorable Roger T. Benitez to **April 19, 2021, at 10:30 a.m.**.

Dated: December 10, 2020                    Respectfully Submitted,

XAVIER BECERRA
Attorney General of California
MARK R. BECKINGTON
Supervising Deputy Attorney General


s/ John D. Echeverria  _____
JOHN D. ECHEVERRIA
Deputy Attorney General
*Attorneys for Defendant Xavier Becerra, in his official capacity as Attorney General of the State of California*

Dated: December 10, 2020                    Law Office of Alan Beck


s/ Alan Alexander Beck (by consent)_
*Attorneys for Plaintiffs Russell Fouts and Tan Miguel Tolentino*

# CERTIFICATE OF SERVICE

Case Name:  *Russell Fouts et al. v. Xavier Becerra*
Case No.    **3:19-cv-01662-BEN-JLB**

I hereby certify that on <u>December 10, 2020</u>, I electronically filed the following document with the Clerk of the Court by using the CM/ECF system:

**JOINT MOTION TO AMEND SCHEDULING ORDER**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>December 10, 2020</u>, at San Francisco, California.

| John D. Echeverria | s/ John D. Echeverria |
|---|---|
| Declarant | Signature |