XAVIER BECERRA
Attorney General of California
State Bar No. 118517
HEATHER B. HOESTEREY
Supervising Deputy Attorney General
State Bar No. 201254
JOHN D. ECHEVERRIA
Deputy Attorney General
State Bar No. 268843
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102
 Telephone:  (415) 510-3479
 Fax:  (415) 703-1234
 E-mail:  John.Echeverria@doj.ca.gov
*Attorneys for Defendant*

ALAN ALEXANDER BECK
Law Office of Alan Beck
 2692 Harcourt Drive
 San Diego, CA  92123
 Alan.alexander.beck@gmail.com
 State Bar No. 276646

STEPHEN D. STAMBOULIEH
Stamboulieh Law, PLLC
 P.O. Box 428
 Olive Branch, MS  38654
 stephen@sdslaw.us
 MS Bar No. 102784
 *Admitted *Pro Hac Vice*
*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RUSSELL FOUTS and TAN MIGUEL TOLENTINO,**<br><br>Plaintiffs,<br><br>v.<br><br>**XAVIER BECERRA, in his official capacity as the Attorney General of the State of California,**<br><br>Defendant. | 19-cv-01662-BEN-JLB<br><br>**JOINT MOTION TO PERMIT VIDEO APPEARANCES AT SUMMARY JUDGMENT HEARING**<br><br>Date:      January 13, 2021<br>Time:     10:30 a.m.<br>Courtroom: 5A<br>Judge:    Hon. Roger T. Benitez |

1

1       Plaintiffs Russell Fouts and Tan Miguel Tolentino (together, "Plaintiffs") and Defendant Xavier Becerra, in his official capacity as the Attorney General of the State of California (the "Attorney General") (collectively, the "Parties"), through their respective attorneys of record, jointly move the Court for an Order permitting their respective counsel to appear by video at the hearing on the Parties' cross-motions for summary judgment, currently set for January 13, 2021 at 10:30 a.m. in light of the novel coronavirus (COVID-19) pandemic.

      This joint motion is based on the following facts:

      WHEREAS, on September 1, 2019, Plaintiffs filed their Complaint for Declaratory and Injunctive Relief (Dkt. 1);

      WHEREAS, on September 11, 2020, the Parties filed cross-motions for summary judgment (Dkt. 21, 22), noticing the motions for hearing on October 19, 2020;

      WHEREAS, on September 29, 2020, the Court *sua sponte* reset the hearing for December 7, 2020 (Dkt. 23);

      WHEREAS, on December 6, 2020, the Court *sua sponte* reset the hearing for January 13, 2021 "[d]ue to the COVID-19 lockdown measures imposed by California Governor Gavin Newsom" (Dkt. 28);

      WHEREAS, on December 7, 2020, the Chief Judge issued Chief Judge Order (CJO) No. 52, followed by CJO No. 52A on December 9, 2020;

      WHEREAS, CJO No. 52A states that the resurgence of COVID-19 has caused the Chief Judge to "reevaluate whether to continue to conduct in-person court proceedings without seriously jeopardizing public health and safety," CJO No. 52A at 1;

      WHEREAS, CJO No. 52A notes that the COVID-19 resurgence has caused, *inter alia*, "increased apprehension on the part of counsel, witnesses, parties, the public, and Court staff of being personally present in the courtroom," *id.*;

WHEREAS, CJO No. 52A includes the following provision:

> Except for convening jury trials, individual district judges retain discretion, on a case by case basis, to schedule in-person criminal and civil proceedings, hold hearings, conferences, and bench trials, and otherwise take such actions as may be lawful and appropriate to ensure the fairness of the proceedings and preserve the rights of the parties. In doing so, judges must consider in each individual case whether convening an in-person hearing poses a serious threat to health and safety. Judges may conduct court proceedings by telephone or videoconferencing where practicable and consistent with the law. Except in instances in which a district judge has scheduled in-person proceedings in an individual case, the requirement for counsel to file a request to appear via videoconferencing is suspended during the period that this interim Order is in place.

*Id.* ¶ 5;

WHEREAS, prior CJO No. 18 provided the district courts with guidance to conduct court proceedings by telephone or video conferencing where practicable in light of the COVID-19 pandemic, *see* CJO No. 18 ¶ 4;

WHEREAS, Plaintiffs' out-of-state counsel, Mr. Stamboulieh, will have difficulty traveling to the hearing for an in-person appearance given COVID-19 travel restrictions;

WHEREAS, Defendants' counsel, Mr. Echeverria, represents that he is concerned about potential exposure to the virus and has a medical condition that is known to increase the risk for severe illness from COVID-19;

WHEREAS, Mr. Echeverria must travel to the hearing from San Francisco by car to avoid air travel and minimize the likelihood of exposure to the virus; and

WHEREAS, all counsel wish to minimize the risk of community spread and exposure to COVID-19 and to abide by all local and county public-health directives;

NOW, THEREFORE, the Parties jointly move the Court for an Order permitting their counsel to appear at the upcoming summary judgment hearing by video conference.

Dated:  January 4, 2021                           Respectfully Submitted,

XAVIER BECERRA
Attorney General of California
MARK R. BECKINGTON
Supervising Deputy Attorney General


s/ John D. Echeverria  _____
JOHN D. ECHEVERRIA
Deputy Attorney General
*Attorneys for Defendant Xavier Becerra, in his official capacity as Attorney General of the State of California*

Dated:  January 4, 2021                           Law Office of Alan Beck


s/ Alan Alexander Beck (by consent)_
*Attorneys for Plaintiffs Russell Fouts and Tan Miguel Tolentino*

4

# CERTIFICATE OF SERVICE

Case Name: ***Russell Fouts et al. v. Xavier Becerra***
Case No.   **3:19-cv-01662-BEN-JLB**

I hereby certify that on <u>January 4, 2021</u>, I electronically filed the following document with the Clerk of the Court by using the CM/ECF system:

**JOINT MOTION TO PERMIT VIDEO APPEARANCES AT SUMMARY JUDGMENT HEARING**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>January 4, 2021</u>, at San Francisco, California.

| John D. Echeverria | s/ John D. Echeverria |
|---|---|
| Declarant | Signature |