XAVIER BECERRA
Attorney General of California
State Bar No. 118517
HEATHER B. HOESTEREY
Supervising Deputy Attorney General
State Bar No. 201254
JOHN D. ECHEVERRIA
Deputy Attorney General
State Bar No. 268843
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102
  Telephone:  (415) 510-3479
  Fax:  (415) 703-1234
  E-mail:  John.Echeverria@doj.ca.gov
*Attorneys for Defendant*

ALAN ALEXANDER BECK
Law Office of Alan Beck
  2692 Harcourt Drive
  San Diego, CA  92123
  Alan.alexander.beck@gmail.com

STEPHEN D. STAMBOULIEH
Stamboulieh Law, PLLC
  P.O. Box 428
  Olive Branch, MS  38654
  stephen@sdslaw.us
*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RUSSELL FOUTS and TAN MIGUEL TOLENTINO,**<br><br>                              Plaintiffs,<br><br>         **v.**<br><br>**XAVIER BECERRA, in his official capacity as the Attorney General of the State of California,**<br><br>                              Defendant. | 3:19-cv-01662-BEN-JLB<br><br>**JOINT MOTION TO AMEND SCHEDULING ORDER**<br><br>Judge:          Hon. Jill L. Burkhardt<br>Action Filed:   September 1, 2019 |

Plaintiffs Russell Fouts and Tan Miguel Tolentino (together, "Plaintiffs") and Defendant Xavier Becerra, in his official capacity as the Attorney General of the State of California (the "Attorney General") (collectively, the "Parties"), through their respective attorneys of record, jointly move the Court to amend the operative Scheduling Order (the "Scheduling Order") (Dkt. 30) and continue the upcoming pretrial deadlines, pursuant to Federal Rule of Civil Procedure 16(b)(4) and Civil Local Rule 7.2, to accommodate the Court's ruling on pending cross-motions for summary judgment.  This joint motion is based on the following facts:

WHEREAS, on September 1, 2019, Plaintiffs filed their Complaint for Declaratory and Injunctive Relief (Dkt. 1);

WHEREAS, on September 11, 2020, the Parties filed cross-motions for summary judgment, originally noticing the motions for hearing on October 19, 2020 (Dkts. 21, 22);

WHEREAS, on September 29, 2020, the Court *sua sponte* changed the hearing date on the cross-motions for summary judgment from October 19, 2020 to December 7, 2020 (Dkt. 23);

WHEREAS, on December 6, 2020, the Court *sua sponte* changed the hearing date on the cross-motions for summary judgment from December 7, 2020 to January 13, 2021 (Dkt. 28);

WHEREAS, on December 10, 2020, the Parties filed a joint motion to continue certain pretrial deadlines by three months to accommodate the pending cross-motions for summary judgment (Dkt. 29);

WHEREAS, on December 14, 2020, the Court granted the Parties' joint motion to amend the Scheduling Order, for good cause shown, "so the Court may rule on the pending cross-motions for summary judgment" (Dkt. 30);

1      WHEREAS, the Court issued an amended Scheduling Order, setting forth the

2  following pretrial deadlines:

3      1.      The Parties shall file their Memoranda of Contentions of Fact and Law

4             and take any other action required by Civil Local Rule 16.1(f)(2) by

5             **March 22, 2021**;

6      2.      Counsel shall comply with the pretrial disclosure requirements of

7             Federal Rule of Civil Procedure 26(a)(3) by **March 22, 2021**;

8      3.      Counsel shall meet and take the action required by Civil Local Rule

9             16.1(f)(4) by **March 29, 2021**;

10     4.      Counsel for plaintiff must provide opposing counsel with a proposed

11            pretrial order for review and approval by **April 5, 2021**;

12     5.      The Proposed Final Pretrial Conference Order, including objections to

13            any other parties' Federal Rule of Civil Procedure 26(a)(3) Pretrial

14            Disclosures, shall be prepared, served and lodged with the assigned

15            district judge by **April 12, 2021**; and

16     6.      The Final Pretrial Conference is scheduled on the calendar of the

17            Honorable Roger T.  Benitez on **April 19, 2021, at 10:30 a.m.**

18      WHEREAS, on January 11, 2021, the Court *sua sponte* changed the hearing

19  date for the Parties' cross-motions for summary judgment from January 13, 2021 to

20  March 24, 2021 (Dkt. 32);

21      WHEREAS, the current pretrial deadlines are set for dates before the Parties'

22  cross-motions for summary judgment are to be heard by the Court, including the

23  deadline for the Parties' respective Memoranda of Contentions of Fact and Law;

24      WHEREAS, either Party's motion for summary judgment, if granted, would

25  dispose of this action in its entirety and render all pretrial deadlines moot;

26      WHEREAS, even if the Court were to deny both cross-motions, any such

27  order may provide helpful guidance to the Parties in preparing pretrial materials,

28  including by narrowing the issues of fact and law for trial; and

WHEREAS, the Parties stipulate and agree that good cause exists to continue the pretrial deadlines by an additional three months to accommodate the Court's ruling on the pending cross-motions for summary judgment;

NOW, THEREFORE, the Parties jointly move the Court, on good cause shown, for an order amending the operative Scheduling Order as follows:

1. Continue the deadline for the Parties to file their Memoranda of Contentions of Fact and Law and to take any other action required by Civil Local Rule 16.1(f)(2) to **June 21, 2021**;

2. Counsel shall comply with the pretrial disclosure requirements of Federal Rule of Civil Procedure 26(a)(3) by **June 21, 2021**;

3. Counsel shall meet and take the action required by Civil Local Rule 16.1(f)(4) by **June 28, 2021**;

4. Counsel for plaintiff must provide opposing counsel with a proposed pretrial order for review and approval by **July 5, 2021**;

5. The Proposed Final Pretrial Conference Order, including objections to any other parties' Federal Rule of Civil Procedure 26(a)(3) Pretrial Disclosures, shall be prepared, served and lodged with the assigned district judge by **July 12, 2021**; and

6. The Final Pretrial Conference is scheduled on the calendar of the Honorable Roger T.  Benitez on **July 19, 2021, at 10:30 a.m.**

Dated:  March 9, 2021

Respectfully Submitted,

XAVIER BECERRA
Attorney General of California
MARK R. BECKINGTON
Supervising Deputy Attorney General

s/ John D. Echeverria
JOHN D. ECHEVERRIA
Deputy Attorney General
*Attorneys for Defendant Xavier
Becerra, in his official capacity as
Attorney General of the State of
California*

Dated:  March 9, 2021

Law Office of Alan Beck

s/ Alan Beck (by consent)
*Attorneys for Plaintiffs Russell Fouts
and Tan Miguel Tolentino*

SA2019104813
42586662.docx

## CERTIFICATE OF SERVICE

Case Name:  **Russell Fouts et al. v. Xavier Becerra**
Case No.    **3:19-cv-01662-BEN-JLB**

I hereby certify that on <u>March 9, 2021</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

### JOINT MOTION TO AMEND SCHEDULING ORDER

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>March 9, 2021</u>, at San Francisco, California.

| | |
|---|---|
| Robert Hallsey | /s/ Robert Hallsey |
| Declarant | Signature |

SA2019104813
42586668.docx