ROB BONTA
Attorney General of California
HEATHER B. HOESTEREY
Supervising Deputy Attorney General
JOHN D. ECHEVERRIA
Deputy Attorney General
State Bar No. 268843
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102
  Telephone:  (415) 510-3479
  Fax:  (415) 703-1234
  E-mail:  John.Echeverria@doj.ca.gov
*Attorneys for Defendant*

ALAN ALEXANDER BECK
Law Office of Alan Beck
  2692 Harcourt Drive
  San Diego, CA  92123
  Alan.alexander.beck@gmail.com

STEPHEN D. STAMBOULIEH
Stamboulieh Law, PLLC
  P.O. Box 428
  Olive Branch, MS  38654
  stephen@sdslaw.us
*Attorneys for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RUSSELL FOUTS and TAN MIGUEL TOLENTINO,**<br><br>Plaintiffs,<br><br>**v.**<br><br>**ROB BONTA, in his official capacity as the Attorney General of the State of California,**<br><br>Defendant. | 19-cv-01662-BEN-JLB<br><br>**JOINT MOTION TO AMEND SCHEDULING ORDER**<br><br>Judge:       Hon. Jill L. Burkhardt<br>Action Filed:  September 1, 2019 |

Plaintiffs Russell Fouts and Tan Miguel Tolentino (together, "Plaintiffs") and

Defendant Rob Bonta, in his official capacity as the Attorney General of the State

1

of California (the "Attorney General")[1] (collectively, the "Parties"), through their respective attorneys of record, jointly move the Court to amend the operative Scheduling Order (the "Scheduling Order") (Dkt. 38) and continue the upcoming pretrial deadlines, pursuant to Federal Rule of Civil Procedure 16(b)(4) and Civil Local Rule 7.2, to accommodate the Court's ruling on pending cross-motions for summary judgment.  This joint motion is based on the following facts:

WHEREAS, on September 1, 2019, Plaintiffs filed their Complaint for Declaratory and Injunctive Relief (Dkt. 1);

WHEREAS, on September 11, 2020, the Parties filed cross-motions for summary judgment, originally noticing the motions for hearing on October 19, 2020 (Dkts. 21, 22);

WHEREAS, on September 29, 2020, the Court *sua sponte* changed the hearing date on the cross-motions for summary judgment from October 19, 2020 to December 7, 2020 (Dkt. 23);

WHEREAS, on December 6, 2020, the Court *sua sponte* changed the hearing date on the cross-motions for summary judgment from December 7, 2020 to January 13, 2021 (Dkt. 28);

WHEREAS, on December 10, 2020, the Parties filed a joint motion to continue certain pretrial deadlines by three months to accommodate the pending cross-motions for summary judgment (Dkt. 29);

WHEREAS, on December 14, 2020, the Court granted the Parties' joint motion to amend the Scheduling Order, for good cause shown, "so the Court may rule on the pending cross-motions for summary judgment" (Dkt. 30);

---

[1] Rob Bonta has succeeded Xavier Becerra as Attorney General of the State of California.  Pursuant to Federal Rule of Civil Procedure 43(c)(2), Attorney General Rob Bonta, in his official capacity, is automatically substituted as the defendant in this action.

1    WHEREAS, on March 9, 2021, the Parties again filed a joint motion to
2  continue certain pretrial deadlines by three months to accommodate the pending
3  cross-motions for summary judgment (Dkt. 33);

4    WHEREAS, on March 17, 2021, the Court granted the Parties' joint motion to
5  amend the Scheduling Order, for good cause shown, "so the Court may rule on the
6  pending cross-motions for summary judgment" (Dkt. 35);

7    WHEREAS, on June 8, 2021, the Parties again filed a joint motion to continue
8  certain pretrial deadlines by three months to accommodate the pending cross-
9  motions for summary judgment (Dkt. 37);

10    WHEREAS, on June 15, 2021, the Court granted the Parties' joint motion to
11  amend the Scheduling Order, for good cause shown, "so the Court may rule on the
12  pending cross-motions for summary judgment" (Dkt. 38);

13    WHEREAS, the Court issued an amended Scheduling Order (Dkt. 38), setting
14  forth the following pretrial deadlines:

15    1.    The Parties shall file their Memoranda of Contentions of Fact and Law
16         and take any other action required by Civil Local Rule 16.1(f)(2) by
17         **September 20, 2021**;

18    2.    Counsel shall comply with the pretrial disclosure requirements of
19         Federal Rule of Civil Procedure 26(a)(3) by **September 20, 2021**;

20    3.    Counsel shall meet and take the action required by Civil Local Rule
21         16.1(f)(4) by **September 27, 2021**;

22    4.    Counsel for plaintiff must provide opposing counsel with a proposed
23         pretrial order for review and approval by **October 4, 2021**;

24    5.    The Proposed Final Pretrial Conference Order, including objections to
25         any other parties' Federal Rule of Civil Procedure 26(a)(3) Pretrial
26         Disclosures, shall be prepared, served and lodged with the assigned
27         district judge by **October 12, 2021**; and

28

6. The Final Pretrial Conference is scheduled on the calendar of the Honorable Roger T. Benitez on **October 18, 2021, at 10:30 a.m.**

WHEREAS, on March 18, 2021, the Court *sua sponte* submitted a Minute Order submitting the parties' Motions for Summary Judgment and vacated the Motion Hearing date of March 24, 2021 (Dkt. 36);

WHEREAS, the current pretrial deadlines are set for dates before the Parties' cross-motions for summary judgment have been ruled upon by the Court, including the deadline for the Parties' respective Memoranda of Contentions of Fact and Law;

WHEREAS, either Party's motion for summary judgment, if granted, would dispose of this action in its entirety and render all pretrial deadlines moot;

WHEREAS, even if the Court were to deny both cross-motions, any such order may provide helpful guidance to the Parties in preparing pretrial materials, including by narrowing the issues of fact and law for trial; and

WHEREAS, the Parties stipulate and agree that good cause exists to continue the pretrial deadlines by an additional four months to accommodate the Court's ruling on the pending cross-motions for summary judgment;

NOW, THEREFORE, the Parties jointly move the Court, on good cause shown, for an order amending the operative Scheduling Order as follows:

1. Continue the deadline for the Parties to file their Memoranda of Contentions of Fact and Law and to take any other action required by Civil Local Rule 16.1(f)(2) to **January 24, 2022**;

2. Counsel shall comply with the pretrial disclosure requirements of Federal Rule of Civil Procedure 26(a)(3) by **January 24, 2021**;

3. Counsel shall meet and take the action required by Civil Local Rule 16.1(f)(4) by **January 31, 2021**;

4. Counsel for plaintiff must provide opposing counsel with a proposed pretrial order for review and approval by **February 7, 2022**;

5.  The Proposed Final Pretrial Conference Order, including objections to any other parties' Federal Rule of Civil Procedure 26(a)(3) Pretrial Disclosures, shall be prepared, served and lodged with the assigned district judge by **February 14, 2022**; and

6.  The Final Pretrial Conference is scheduled on the calendar of the Honorable Roger T.  Benitez on **February 21, 2022, at 10:30 a.m.**

Dated:  September 8, 2021                    Respectfully Submitted,

ROB BONTA
Attorney General of California
MARK R. BECKINGTON
Supervising Deputy Attorney General


s/ John D. Echeverria
JOHN D. ECHEVERRIA
Deputy Attorney General
*Attorneys for Defendant Rob Bonta, in his official capacity as Attorney General of the State of California*

Dated:  September 8, 2021                    Law Office of Alan Beck


s/ Alan Beck [*]
*Attorneys for Plaintiffs Russell Fouts and Tan Miguel Tolentino*

SA2019104813
42858366.docx

---

[*] The filer hereby certifies that the content of this joint motion is acceptable to Mr. Beck and that Mr. Beck authorized this filing.

# CERTIFICATE OF SERVICE

Case Name:  **Russell Fouts et al. v. Xavier Becerra**  No.  **3:19-cv-01662-BEN-JLB**

I hereby certify that on September 8, 2021, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

### JOINT MOTION TO AMEND SCHEDULING ORDER

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on September 8, 2021, at San Francisco, California.

| Robert Hallsey | /s/ Robert Hallsey |
|:---:|:---:|
| Declarant | Signature |

SA2019104813
42858377.docx