UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
Form 1. Notice of Appeal from a Judgment or Order of a
United States District Court

Name of U.S. District Court: Southern District of California

U.S. District Court case number: 19-1662 BEN-JLB

Date case was first filed in U.S. District Court: 9/1/2019

Date of judgment or order you are appealing: 9/22/2021

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

⦿ Yes    ○ No    ○ IFP was granted by U.S. District Court

**List all Appellants** *(List **each** party filing the appeal. Do not use "et al." or other abbreviations.)*

Russell Fouts, Tan Miguel Tolentino

Is this a cross-appeal?   ○ Yes   ⦿ No

If Yes, what is the first appeal case number?

Was there a previous appeal in this case?   ○ Yes   ⦿ No

If Yes, what is the prior appeal case number?

Your mailing address:

PO Box 428

City: Olive Branch    State: MS    Zip Code: 38654

Prisoner Inmate or A Number (if applicable):

Signature: /s/ Stephen D. Stamboulieh    Date: 9/23/2021

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 1**    Rev. 12/01/2018

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:
Rob Bonta, in his official capacity as the Attorney General of the State of California

Name(s) of counsel (if any):
John D. Echeverria

Address: 455 Golden Gate Ave., Suite 11000, San Francisco, CA 94102

Telephone number(s): 415-510-3479

Email(s): John.Echeverria@doj.ca.gov

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**              *1*              *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**<u>Appellants</u>**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?  ○ Yes   ○ No

**<u>Appellees</u>**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at [forms@ca9.uscourts.gov](mailto:forms@ca9.uscourts.gov)*

**Form 6**                                                    2                                                    *New 12/01/2018*