IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RUSSELL FOUTS and TAN MIGUEL TOLENTINO,** | Case No. 19-cv-1662-BEN (JLB) |
| Plaintiffs, | |
| **v.** | |
| | **ORDER** |
| **ROB BONTA, in his official capacity as Attorney General of the State of California,** | **SPREADING THE MANDATE** |
| Defendant. | |

The September 22, 2021 judgment has been vacated by order of the Court of Appeals.  This case has been remanded for further proceedings consistent with the United States Supreme Court's decision in *New York State Rifle & Pistol Ass'n, Inc. v. Bruen*, 142 S. Ct. 2228 (2022).

This Court hereby spreads the mandate upon the minutes of this Court.

The Defendant shall file any additional briefing that is necessary to decide this case in light of *Bruen* within 45 days of this Order.  Plaintiffs shall file any responsive briefing within 21 days thereafter.  This Court will then decide the case on the briefs and the prior record or schedule additional hearings.

Dated:  October 17, 2022

_____
ROGER T. BENITEZ
UNITED STATES DISTRICT JUDGE

1