*Fouts v. Bonta*, No. 3:19-cv-01662-BEN-JLB
**Plaintiffs' Disagreements re Defendant's Survey of Relevant Statutes (Pre-Founding–1930s)[1,2]**

| No. | Year | Jurisdiction | Citation | Plaintiffs' Position |
|---|---|---|---|---|
| | | | **Defendant's Survey of Statutes (Pre-Founding – 1888)** | |
| 1. | 1383 | England | 7 Rich. 2, ch. 13 (1383) | Pre-ratification; outside the time period; has nothing to do with the type of weapon at issue. |
| 2. | 1396 | England | 20 Rich. 2, ch. 1 (1396) | Pre-ratification; outside the time period; has nothing to do with the type of weapon at issue. |
| 3. | 1541 | England | 33 Hen. 8, ch. 6 §§ 1, 18 (1541) | Pre-ratification; outside the time period; has nothing to do with the type of weapon at issue. |
| 4. | 1606 | England | 4 Jac. I, ch. 1 (1606) | Pre-ratification; outside the time period; has nothing to do with the type of weapon at issue. |
| 5. | 1664 | New York | The Colonial Laws of New York from the Year 1664 to the Revolution, at 687 (1894) | Pre-ratification; outside the time period; has nothing to do with the type of weapon at issue; only deals with slaves owning them but still allows them to use them if directed by their masters. |
| 6. | 1686 | New Jersey | The Grants, Concessions, and Original Constitutions of the Province of New Jersey 289-90 (1881) (1686) | Pre-ratification.  Irrelevant. |
| 7. | 1689 | England | English Bill of Rights of 1689, 1 Wm. & Mary ch. 2, § 7 | Pre-ratification and outside the time period ordered by the court. |
| 8. | 1750 | Massachusetts | 1750 Mass. Acts 544, An Act for Preventing and Suppressing of Riots, Routs and Unlawful Assemblies, ch. 17, § 1 | Pre-ratification; outside the time period; has nothing to do with the type of weapon at issue; deals with riots and such. |
| 9. | 1769 | England | 1 Blackstone ch. 1 (1769) | Pre-ratification and outside the time period ordered by the court; is wholly irrelevant to the issue at hand. |
| 10. | 1786 | Massachusetts | An Act to Prevent Routs, Riots, and Tumultuous assemblies, and the Evil Consequences Thereof, | Pre-ratification; outside the time period; has nothing to do with the type of weapon at issue; deals with riots and such. |

[1] In compliance with the Court's Order dated December 15, 2022 (Dkt. 57), Defendant created surveys of statutes, laws, and regulations that Defendant has determined are relevant to this action.  Plaintiffs disagree that these statutes, laws, and regulations are relevant, and in compliance with the Court's December 15 Order, their disagreement is reflected in this separate list.

[2] The surveys have been filed in compliance with the Court's Order directing the parties to identify all relevant laws, statutes, and regulations from the time of the Second Amendment to twenty years after adoption of the Fourteenth Amendment.  In compliance with that Order and in recognition of the historical inquiry mandated by *Bruen*, the spreadsheets identify hundreds of relevant firearms laws, some of which were drafted well before the Thirteenth Amendment's abolition of slavery and the Fourteenth Amendment's Equal Protection Clause.  While our subsequent briefing, as ordered by the Court, will explain in more detail the historical context and relevance of such laws, the Attorney General emphasizes his strong disagreement with racial and other improper discrimination that existed in some such laws, and which stand in stark contrast to California's commonsense firearm laws, which are designed to justly and equitably protect all Californians.  The listing of such racist and discriminatory statutes should in no way be construed as an endorsement of such laws by the Attorney General or his counsel in this matter.

*Fouts v. Bonta*, No. . 3:19-cv-01662-BEN-JLB
**Plaintiffs' Disagreements re Defendant's Survey of Relevant Statutes (Pre-Founding–1930s)**

| No. | Year | Jurisdiction | Citation | Plaintiffs' Position |
|-----|------|--------------|----------|----------------------|
| | | | reprinted in Cumberland Gazette (Portland, MA), Nov. 17, 1786, at 1 | |
| 11. | 1788 | Ohio [Territory] | 1788-1801 Ohio Laws 20, A Law Respecting Crimes and Punishments . . ., ch. 6 | Pre-ratification; outside the time period; has nothing to do with the type of weapon at issue; deals burglary tools, Ohio wasn't a state until 1802. |
| 12. | 1792 | Virginia | Collection of All Such Acts of the General Assembly of Virginia, of a Public and Permanent Nature, as Are Now in Force; with a New and Complete Index.  To Which are Prefixed the Declaration of Rights, and Constitution, or Form of Government, at 187 (1803), [An Act to Reduce into one, the Several Acts Concerning Slaves, Free Negroes, and Mulattoes (1792),] §§ 8-9 | Just barely outside ratification, but wholly irrelevant. Deals with slaves, but at least in the right time period per the Court's order. Blatantly racist law. |
| 13. | 1797 | Delaware | Del. Laws 104, An Act for the Trial of Negroes, ch. 43, § 6 | Outside ratification. Deals with slaves; not a complete ban as slaves could still own with a license. Blatantly racist law. |
| 14. | 1798 | Kentucky | 1798 Ky. Acts 106 | Outside ratification. Prohibition on slave ownership only, irrelevant to what we are dealing with. Blatantly racist law. |
| 15. | 1799 | Mississippi [Territory] | 1799 Miss. Laws 113, A Law for The Regulation of Slaves | Outside ratification. Prohibition on slave ownership only, irrelevant to what we are dealing with. MS wasn't a state until 1817. Blatantly racist law. |
| 16. | 1799 | New Jersey | Charles Nettleton, Laws of the State of New-Jersey, at 474 (1821), [An Act to Describe, Apprehend and Punish Disorderly Persons (1799)], § 2 | Outside ratification. Only deals with intent to assault ban. Irrelevant. |
| 17. | 1801 | Tennessee | 1801 Tenn. Act 260-61 | Outside ratification.  Surety type law and statute of Northampton type law which does not prohibit carry. |
| 18. | 1804 | Indiana [Territory] | 1804 Ind. Acts 108, A Law Entitled a Law Respecting Slaves, § 4 | Outside ratification. Indiana not a state until 1816.  Blatantly racist law that only deals with slaves and blacks keeping weapons. |
| 19. | 1804 | Mississippi [Territory] | 1804 Miss. Laws 90, An Act Respecting Slaves, § 4 | Outside ratification. Prohibition on slave ownership only, irrelevant to what we are dealing with. MS wasn't a state until 1817. Blatantly racist law. |
| 20. | 1811 | Maryland | The Laws of Maryland, with the Charter, the Bill Of Rights, the Constitution of the State, and Its Alterations, the Declaration of Independence, and the | Outside ratification. Only prohibits unlawful carry with intent to commit crimes.  Plaintiffs here are law abiding and do not want to commit crimes. |

*Fouts v. Bonta*, No. . 3:19-cv-01662-BEN-JLB
**Plaintiffs' Disagreements re Defendant's Survey of Relevant Statutes (Pre-Founding–1930s)**

| No. | Year | Jurisdiction | Citation | Plaintiffs' Position |
|---|---|---|---|---|
| | | | Constitution of the United States, and Its Amendments, at 465 (1811) | |
| 21. | 1813 | Louisiana | 1813 La. Acts 172, An Act Against Carrying Concealed Weapons, and Going Armed in Public Places in an Unnecessary Manner, § 1 | Outside ratification. Does not ban billies. Does not ban openly carried items. Irrelevant to the issues here. |
| 22. | 1816 | Georgia | Lucius Q.C. Lamar, A Compilation of the Laws of the State of Georgia, Passed by the Legislature since the Year 1810 to the Year 1819, Inclusive. Comprising all the Laws Passed within those Periods, Arranged under Appropriate Heads, with Notes of Reference to those Laws, or Parts of Laws, which are Amended or Repealed to which are Added such Concurred and Approved Resolutions, as are Either of General, Local, or Private Moment. Concluding with a Copious Index to the Laws, a Separate one to the Resolutions, at 599 (1821), Offences Against the Public Peace, (1816) § 19 | Irrelevant. Outside ratification. Burglary tools and intent to assault prohibition. Has nothing to do with the issues here.  Also only bans carry for those with "intent to assault". |
| 23. | 1818 | Missouri [Territory] | Organic Laws:-Laws of Missouri Territory, (Alphabetically Arranged):-Spanish Regulations for the Allotment of Lands:- Laws of the United States, for Adjusting Titles to Lands, &c. to Which are Added, a Variety of Forms, Useful to Magistrates, at 374 (1818), Slaves, § 3 | Outside ratification; MO not a state until 1821; prohibits slaves and blacks only. Irrelevant. |
| 24. | 1835 | Arkansas [Territory] | Slaves, in Laws of the Arkansas Territory 521 (J. Steele & J. M'Campbell, Eds., 1835) | Outside ratification; AR not a state until 1836; prohibits slaves only. Irrelevant. |
| 25. | 1836 | Massachusetts | Mass. Rev. Stat., ch. 134, § 16 (1836) | Outside ratification. Would still allow carry with unconstitutional "reasonable cause." Surety law, and would still allow carry with a surety. |
| 26. | 1837 | Alabama | 1837 Ala. Acts 7, §§ 1, 2 | Outside ratification. Has nothing to do with billies. |
| 27. | 1837 | Arkansas | Josiah Gould, A Digest of the Statutes of Arkansas Embracing All Laws of a General and Permanent Character in Force the Close of the Session of the General Assembly of 1856 380 381–82 (1837) | Outside ratification. Still allows open carry of these weapons. Does not ban billies.  Allows carry on a "journey" which would mean that the person would be also able to own them at home, which CA bans. |

*Fouts v. Bonta*, No. . 3:19-cv-01662-BEN-JLB
**Plaintiffs' Disagreements re Defendant's Survey of Relevant Statutes (Pre-Founding–1930s)**

| No. | Year | Jurisdiction | Citation | Plaintiffs' Position |
|---|---|---|---|---|
| 28. | 1837 | Georgia | Acts of the General Assembly of the State of Georgia Passed in Milledgeville at an Annual Session in November and December 1837, at 90-91 (1838) | Outside ratification. Irrelevant. Does not deal with billies. |
| 29. | 1837 | Mississippi | 1837 Miss. L. 291-92 | Outside ratification. Irrelevant as it does not ban billies and still allows self-defense. |
| 30. | 1837 | Mississippi – Town of Sharon | 1837 Miss. L. 294 | Town law. Outside of ratification. Irrelevant. Doesn't ban billies. |
| 31. | 1837 | Tennessee | 1837-38 Tenn. Pub. Acts 200-01, An Act to Suppress the Sale and Use of Bowie Knives and Arkansas Tooth Picks in this State, ch. 137, § 2 | Outside of ratification. Irrelevant. Doesn't ban billies. Would allow open carry. |
| 32. | 1837 | Tennessee | 1837-1838 Tenn. Pub. Acts 200, An Act to Suppress the Sale and Use of Bowie Knives and Arkansas Tooth Picks in this State, ch. 137, § 1. | Outside of ratification. Irrelevant. Doesn't ban billies. |
| 33. | 1837 | Tennessee | 1837-1838 Tenn. Pub. Acts 201, An Act to Suppress the Sale and Use of Bowie Knives and Arkansas Tooth Picks in the State, ch. 137, § 4 | Outside of ratification. Irrelevant. Doesn't ban billies. Deals with knives. |
| 34. | 1838 | Tennessee | Acts Passed at the First Session of the Twenty-Second General Assembly of the State of Tennessee: 1837-38, at 200-01, ch. 137 | Outside of ratification. Irrelevant. Doesn't ban billies. |
| 35. | 1838 | Virginia | Acts of the General Assembly of Virginia, Passed at the Session of 1838, at 76-77, ch. 101 (1838) | Outside of ratification. Irrelevant. Doesn't ban billies. Would still allow open carry of the banned items. |
| 36. | 1839 | Alabama | 1839 Ala. Acts 67, § 1 | Outside of ratification. Irrelevant. Doesn't ban billies. Would allow open carry. |
| 37. | 1839 | Florida [Territory] | John P. Duval, Compilation of the Public Acts of the Legislative Council of the Territory of Florida, Passed Prior to 1840, at 423 (1839), An Act to Prevent any Person in this Territory from Carrying Arms Secretly | Outside of ratification. Irrelevant. Doesn't ban billies.  FL wasn't a state until 1845. Only bans concealed carry. |
| 38. | 1839 | Mississippi – Town of Emery | 1839 Miss. L. 385, ch. 168 | Town law. Irrelevant. Outside ratification. |
| 39. | 1840 | Mississippi – Town of Hernando | 1840 Miss. L. 181, ch. 111 | Town law. Irrelevant. Outside ratification. |

*Fouts v. Bonta*, No. . 3:19-cv-01662-BEN-JLB
**Plaintiffs' Disagreements re Defendant's Survey of Relevant Statutes (Pre-Founding–1930s)**

| No. | Year | Jurisdiction | Citation | Plaintiffs' Position |
|---|---|---|---|---|
| 40. | 1841 | Alabama | 1841 Ala. Acts 148–49, Of Miscellaneous Offences, ch. 7, § 4 | Outside ratification. Irrelevant as not a billy ban.  Allows open carry. Still allows traveling exception and thus ownership in the home. |
| 41. | 1841 | Maine | 1841 Me. Laws 709, ch. 169, § 16. | Outside ratification. Irrelevant. Still allows possession in the home. Allows carry if "reasonable cause." Not a ban on billies. Surety law. |
| 42. | 1841 | Mississippi | 1841 Miss. 52, ch. 1 | Outside ratification. Irrelevant. Taxing statute. Not a ban. |
| 43. | 1842 | Louisiana | Henry A. Bullard & Thomas Curry, 1 A New Digest of the Statute Laws of the State of Louisiana, from the Change of Government to the Year 1841 at 252 (E. Johns & Co., New Orleans, 1842) | Outside ratification. Irrelevant. Concealed ban only. Not a billy ban. |
| 44. | 1845 | Illinois | Mason Brayman, Revised Statutes of the State of Illinois: Adopted by the General Assembly of Said State, at Its Regular Session, Held in the Years A.D. 1844-45: Together with an Appendix Containing Acts Passed at the Same and Previous Sessions, Not Incorporated in the Revised Statutes, but Which Remain in Force , at 176 (1845), Criminal Jurisprudence, § 139 | Ban on intent to assault carry.  Seems like people could carry lawfully though.  Outside ratification and irrelevant. |
| 45. | 1846 | North Carolina | 1846 N.C. L., ch. 42 | Anti-slave law.  Plaintiffs are not currently and have never been slaves. Outside ratification. Irrelevant. Could still have "written permission" and own prohibited arms. |
| 46. | 1847 | Maine | The Revised Statutes of the State of Maine, Passed October 22, 1840; To Which are Prefixed the Constitutions of the United States and of the State of Maine, and to Which Are Subjoined the Other Public Laws of 1840 and 1841, with an Appendix, at 709 (1847), Justices of the Peace, § 16 | Outside ratification. Irrelevant. "Reasonable cause" law. Doesn't ban billies. Surety law. |
| 47. | 1849 | California – City of San Francisco | 1849 Cal. Stat. 245, An Act to Incorporate the City of San Francisco, § 127 | Town law. Irrelevant. Outside ratification. Allows carry without "intent to assault." |
| 48. | 1850 | Mississippi | 1850 Miss. 43, ch. 1 | Tax law. Not a billy ban. Irrelevant. Outside ratification. |
| 49. | 1851 | Alabama | 1851-52 Ala. 3, ch. 1 | Tax law. Not a billy ban. Irrelevant. Outside ratification. |

*Fouts v. Bonta*, No. . 3:19-cv-01662-BEN-JLB
**Plaintiffs' Disagreements re Defendant's Survey of Relevant Statutes (Pre-Founding–1930s)**

| No. | Year | Jurisdiction | Citation | Plaintiffs' Position |
|-----|------|--------------|----------|----------------------|
| 50. | 1851 | Illinois – City of Chicago | Ordinances of the City of Chicago, Ill., ch. 16, § 1 | Town law. Outside ratification. Irrelevant. Not a billy ban. |
| 51. | 1851 | Pennsylvania – City of Philadelphia | 1851 Pa. Laws 382, An Act Authorizing Francis Patrick Kenrick, Bishop of Philadelphia, to Convey Certain Real Estate in the Borough of York, and a supplement to the Charter of Said Borough, § 4 | Town law. Outside ratification. Irrelevant. Not a billy ban. |
| 52. | 1853 | California | S. Garfielde, Compiled Laws of the State of California: Containing All the Acts of the Legislature of a Public and General Nature, Now in Force, Passed at the Sessions of 1850-51-52-53, § 127 | Intent to assault ban.  Still allowed carry.  Outside ratification and not a complete ban.  Irrelevant. Does not ban billies. |
| 53. | 1853 | New Mexico [Territory] | 1853 N.M. Laws 406, An Act Prohibiting the Carrying of Weapons Concealed or Otherwise, § 25. | NM not a state until 1912.  Irrelevant. Outside ratification. Concealed ban only. |
| 54. | 1854 | Mississippi | 1854 Miss. 50, ch. 1 | Tax law. Outside ratification.  Irrelevant. |
| 55. | 1854 | Washington [Territory] | 1854 Wash. Sess. Law 80, An Act Relative to Crimes and Punishments, and Proceedings in Criminal Cases, ch. 2, § 30 | WA not a state until 1889.  Brandishing type law.  Outside ratification.  Irrelevant.  Doesn't prevent carry. |
| 56. | 1855 | California | 1855 Cal. L. 152-53, ch. 127 | Outside ratification. Anti-dueling law. Plaintiffs are not seeking to duel.  Wholly irrelevant. |
| 57. | 1855 | Indiana | 1855 Ind. Acts 153, An Act to Provide for the Punishment of Persons Interfering with Trains or Railroads, ch. 79, § 1 | Outside ratification. Not a billy ban. Allowed carry without intent to injure someone else.  Irrelevant. |
| 58. | 1855 | Louisiana | 1855 La. L. 148, ch. 120 | Outside ratification. Allowed open carry. Not a billy ban. Irrelevant. |
| 59. | 1856 | Mississippi | 1856-1857 Miss. L. 36, ch. 1 | Tax law. And not dealing with billies.  Outside ratification. Irrelevant. |
| 60. | 1856 | Tennessee | 1855-56 Tenn. L. 92, ch. 81 | Outside ratification. Not a ban on firearm if hunting. Not remotely an analogue like most of these cited. Not a billy ban. Irrelevant. |
| 61. | 1856 | Texas | Tex. Penal Code arts. 611-12 (enacted Aug. 28, 1856) | Outside ratification. Murder statute.  Irrelevant.  "The right to carry a bowie-knife for lawful defence is secured, and must be admitted." *Cockrum v. State*, 24 Tex. 394, 402 (1859) |
| 62. | 1858 | Nebraska [Territory] | 1858 Neb. Laws 69, An Act to Adopt and Establish a Criminal code for the Territory of Nebraska, § 135 | NE not a state until 1867. Irrelevant. Outside ratification. Not a billy ban but an "intent to assault" ban. |

*Fouts v. Bonta*, No. . 3:19-cv-01662-BEN-JLB
**Plaintiffs' Disagreements re Defendant's Survey of Relevant Statutes (Pre-Founding–1930s)**

| No. | Year | Jurisdiction | Citation | Plaintiffs' Position |
|---|---|---|---|---|
| 63. | 1859 | Kentucky – Town of Harrodsburg | 1859 Ky. Acts 245, An Act to Amend An Act Entitled "An Act to Reduce to One the Several Acts in Relation to the Town of Harrodsburg, § 23 | Anti-slave carry law, but also anti free black law.  Outside ratification. Irrelevant. |
| 64. | 1859 | Ohio | 1859 Ohio Laws 56, An Act to Prohibit the Carrying or Wearing of Concealed Weapons, § 1 | Open carry allowed.  Not a billy ban.  Outside ratification. Irrelevant. |
| 65. | 1859 | Washington [Territory] | 1859 Wash. Sess. Laws 109, An Act Relative to Crimes and Punishments, and Proceedings in Criminal Cases, ch. 2, § 30 | Anti-brandishing law. Outside ratification. Irrelevant. |
| 66. | 1860 | Georgia | 1860 Ga. Laws 56, An Act to add an additional Section to the 13th Division of the Penal Code, making it penal to sell to or furnish slaves or free persons of color, with weapons of offence and defence; and for other purposes therein mentioned, § 1. | Anti-slave and anti-free black law. Irrelevant. Blatantly racist. Outside ratification. |
| 67. | 1861 | California | William H. R. Wood, Digest of the Laws of California: Containing All Laws of a General Character Which were in Force on the First Day of January, 1858; Also, the Declaration of Independence, Constitution of the United States, Articles of Confederation, Kentucky and Virginia Resolutions of 1798-99, Acts of Congress Relative to Public Lands and Pre-Emptions. Together with Judicial Decisions, Both of the Supreme Court of the United States and of California, to Which are Also Appended Numerous Forms for Obtaining Pre-Emption and Bounty Lands, Etc., at 334 (1861) | Anti-brandishing law. Outside ratification. Irrelevant. |
| 68. | 1861 | Nevada [Territory] | 1861 Nev. L. 61 | Outside ratification.  Anti-murder law.  Irrelevant. |
| 69. | 1862 | Colorado [Territory] | 1862 Colo. Sess. Laws 56, § 1 | Outside ratification. Open carry allowed.  Irrelevant. |
| 70. | 1863 | Kansas – City of Leavenworth | C. B. Pierce, Charter and Ordinances of the City of Leavenworth, with an Appendix, at 45 (1863), An Ordinance Relating to Misdemeanors, § 23 | Town law.  Irrelevant. Outside ratification. Looks to be the first use of "billy."   Only bans concealed carry. |

*Fouts v. Bonta*, No. . 3:19-cv-01662-BEN-JLB
**Plaintiffs' Disagreements re Defendant's Survey of Relevant Statutes (Pre-Founding–1930s)**

| No. | Year | Jurisdiction | Citation | Plaintiffs' Position |
|-----|------|--------------|----------|----------------------|
| 71. | 1863 | Tennessee – City of Memphis | William H. Bridges, Digest of the Charters and Ordinances of the City of Memphis, Together with the Acts of the Legislature Relating to the City, with an Appendix, at 190 (1863), Offences Affecting Public Safety: Carrying Concealed Weapons, § 3 | Outside ratification.  Town law. Irrelevant. Not a billy ban. |
| 72. | 1864 | California | Theodore Henry Hittell, The General Laws of the State of California, from 1850 to 1864, Inclusive: Being a Compilation of All Acts of a General Nature Now in Force, with Full References to Repealed Acts, Special and Local Legislation, and Statutory Constructions of the Supreme Court. To Which are Prefixed the Declaration of Independence, Constitution of the United States, Treaty of Guadalupe Hidalgo, Proclamations to the People of California, Constitution of the State of California, Act of Admission, and United States Naturalization Laws, with Notes of California Decisions Thereon, at 261, § 1 (1868) | Outside ratification. Not a billy ban.  Irrelevant. Open carry allowed. Repealed in 1870 California sess. laws (1869-70), ch. 63. |
| 73. | 1864 | Montana [Territory] | 1864 Mont. Laws 355, An Act to Prevent the Carrying of Concealed Deadly Weapons in the Cities and Towns of This Territory, § 1 | MT not a state until 1889.  Outside ratification of 2nd, pre ratification of 14th. Only deals with concealed carry. Irrelevant. |
| 74. | 1866 | New York | Montgomery Hunt Throop, The Revised Statutes of the State of New York; As Altered by Subsequent Legislation; Together with the Other Statutory Provisions of a General and Permanent Nature Now in Force, Passed from the Year 1778 to the Close of the Session of the Legislature of 1881, Arranged in Connection with the Same or kindred Subjects in the Revised Statutes; To Which are Added References to Judicial Decisions upon the Provisions Contained in the Text, Explanatory Notes, and a Full and Complete Index, at 2512 (Vol. 3, 1882), An Act to Prevent the Furtive Possession and use of slungshot and other dangerous weapons, ch. 716, § 1 | Outside 2nd Amendment ratification.  Irrelevant. |

*Fouts v. Bonta*, No. . 3:19-cv-01662-BEN-JLB
**Plaintiffs' Disagreements re Defendant's Survey of Relevant Statutes (Pre-Founding–1930s)**

| No. | Year | Jurisdiction | Citation | Plaintiffs' Position |
|---|---|---|---|---|
| 75. | 1866 | North Carolina | 1866 N.C. L. ch. 21, at 33-34, § 11 | Tax law; irrelevant. Not a ban on anything. |
| 76. | 1867 | Alabama | 1867 Ala. Rev. Code 169 | Tax law, irrelevant. Not a ban on anything. |
| 77. | 1867 | Colorado [Territory] | 1867 Colo. Sess. Laws 229, § 149 | CO not a state until 1876.  Irrelevant. Outside ratification. Open carry allowed. |
| 78. | 1867 | Tennessee – City of Memphis | William H. Bridges, Digest of the Charters and Ordinances of the City of Memphis, from 1826 to 1867, Inclusive, Together with the Acts of the Legislature Relating to the City, with an Appendix, at 44 (1867), Police Regulations of the State, Offences Against Public Peace, §§ 4746, 4747, 4753, 4757 | Town law, outside ratification.  Not anything to do with billies. Irrelevant. |
| 79. | 1867 | Tennessee – City of Memphis | William H. Bridges, Digest of the Charters and Ordinances of the City of Memphis, from 1826 to 1867, Inclusive, Together with the Acts of the Legislature Relating to the City, with an Appendix, at 50 (1867), Police Regulations of the State. Selling Liquors or Weapons to Minors, § 4864 | Town law.  Outside ratification.  Irrelevant. |
| 80. | 1868 | Alabama | Wade Keyes, The Code of Alabama, 1876, ch. 3, § 4111 (Act of Aug. 5, 1868, at 1) | Has nothing to do with billies.  Outside 2A ratification. |
| 81. | 1868 | Florida | Fla. Act of Aug. 8, 1868, as codified in Fla. Rev. Stat., tit. 2, pt. 5 (1892), at 2425 | Still not about billies.  Irrelevant. Outside 2A ratification. |
| 82. | 1868 | Florida | 1868 Fla. Laws 2538, Persons Engaged in Criminal Offence, Having Weapons, ch. 7, § 10 | Anti-criminal law.  Doesn't really ban anything.  Irrelevant. |
| 83. | 1868 | Florida | James F McClellan, A Digest of the Laws of the State of Florida: From the Year One Thousand Eight Hundred and Twenty-Two, to the Eleventh Day of March, One Thousand Eight Hundred and Eighty-One, Inclusive, at 403 (1881), Offences Against Public Peace, § 13 (Fla. Act of Aug. 6, 1868, ch. 1637) | Outside 2A ratification. Irrelevant. Obviously unconstitutional given that the 2A protects "arms" and there is a right to public carry. |
| 84. | 1869 | Tennessee | 1869-70 Tenn. L. 23-24, ch. 22 | Outside 2A ratification.  Limitation on where you can carry, not a ban.  Irrelevant. After 14A ratification. |

*Fouts v. Bonta*, No. . 3:19-cv-01662-BEN-JLB
**Plaintiffs' Disagreements re Defendant's Survey of Relevant Statutes (Pre-Founding–1930s)**

| No. | Year | Jurisdiction | Citation | Plaintiffs' Position |
|---|---|---|---|---|
| 85. | 1869 | Washington [Territory] | 1869 Wash. Sess. Laws 203-04, An Act Relative to Crimes and Punishments, and Proceedings in Criminal Cases, ch. 2, § 32 | Anti-brandishing law.  Irrelevant.  Outside 2A ratification. After 14A ratification. |
| 86. | 1870 | Georgia | 1870 Ga. L. 421, ch. 285 | Location limitation on carry.  Outside 2A ratification. After 14A ratification. Irrelevant. Not a ban on billies. |
| 87. | 1870 | Louisiana | 1870 La. Acts 159–60, An Act to Regulate the Conduct and to Maintain the Freedom of Party Election . . ., § 73 | Beyond 2A and 14A ratification.  Irrelevant. Location ban only. |
| 88. | 1871 | Arkansas – City of Little Rock | George Eugene Dodge, A Digest of the Laws and Ordinances of the City of Little Rock, with the Constitution of State of Arkansas, General Incorporation Laws, and All Acts of the General Assembly Relating to the City 230-31 (1871) | Town law.  Beyond 2A and 14A ratification.  Irrelevant. Doesn't ban if not in breach of peace. |
| 89. | 1871 | District of Columbia | An Act to Prevent the Carrying of Concealed Weapons, Aug. 10, 1871, reprinted in Laws of the District of Columbia: 1871-1872, Part II, 33 (1872) (Dist. of Col., An Act to Prevent the Carrying of Concealed Weapons, 1871, ch. XXV) | DC law.  Beyond 2A and 14A ratification.  Irrelevant. Also bans pistols (*Heller* says they can't.) |
| 90. | 1871 | Mississippi | 1871 Miss. L. 819-20, ch. 33 | Tax law, irrelevant. Beyond 2A and 14A ratification. |
| 91. | 1871 | Missouri – City of St. Louis | Everett Wilson Pattison, The Revised Ordinance of the City of St. Louis, Together with the Constitution of the United States, and of the State of Missouri; the Charter of the City; and a Digest of the Acts of the General Assembly, Relating to the City, at 491-92 (1871), Ordinances of the City of St. Louis, Misdemeanors, §§ 9-10. | Town law. Beyond 2A and 14A ratification.  Irrelevant. Open carry ok. |
| 92. | 1871 | Tennessee | James H. Shankland, Public Statutes of the State of Tennessee, since the Year 1858. Being in the Nature of a Supplement to the Code, at 108 (Nashville, 1871) | Beyond 2A and 14A ratification.  Irrelevant. Location ban only. Not a billy ban. |
| 93. | 1871 | Texas | 1871 Tex. Laws 25, An Act to Regulate the Keeping and Bearing of Deadly Weapons.<br>§ 1 | Beyond 2A and 14A ratification.  Irrelevant. Concealed carry ban only.  Open carry allowed. |

*Fouts v. Bonta*, No. . 3:19-cv-01662-BEN-JLB
**Plaintiffs' Disagreements re Defendant's Survey of Relevant Statutes (Pre-Founding–1930s)**

| No. | Year | Jurisdiction | Citation | Plaintiffs' Position |
|---|---|---|---|---|
| 94. | 1871 | Texas | Tex. Act of Apr. 12, 1871, as codified in Tex. Penal Code (1879). Art. 163. | Beyond 2A and 14A ratification.  Irrelevant. Location ban only. Seems to conflict with previous 1871 Texas statute. |
| 95. | 1872 | Maryland – City of Annapolis | 1872 Md. Laws 57, An Act to Add an Additional Section to Article Two of the Code of Public Local Laws, Entitled "Anne Arundel County," Sub-title "Annapolis," to Prevent the Carrying of Concealed Weapons in Said City, § 246 | Town law. Beyond 2A and 14A ratification.  Irrelevant. Open carry allowed. |
| 96. | 1872 | Nebraska – City of Nebraska | Gilbert B. Colfield, Laws, Ordinances and Rules of Nebraska City, Otoe County, Nebraska, at 36 (1872), Ordinance No. 7, An Ordinance Prohibiting the Carrying of Fire Arms and Concealed Weapons, § 1 | Ordinance for a city.  Beyond 2A and 14A ratification. Irrelevant. |
| 97. | 1873 | Alabama | Wade Keyes, The Code of Alabama, 1876, ch. 3, § 4110 (Act of Apr. 8, 1873, p. 130) | Beyond 2A and 14A ratification.  Irrelevant. Not a billy ban. Open carry allowed. |
| 98. | 1873 | Georgia | R. H. Clark, The Code of the State of Georgia (1873) § 4528 | Beyond 2A and 14A ratification.  Irrelevant. Location ban only. |
| 99. | 1873 | Massachusetts | 1850 Mass. Gen. Law, ch. 194, §§ 1, 2, as codified in Mass. Gen. Stat., ch. 164 (1873) § 10 | Beyond 2A and 14A ratification.  Irrelevant. Only illegal to carry if there is a warrant for your arrest or committing a crime. |
| 100. | 1873 | Massachusetts | 1850 Mass. Gen. Law, ch. 194, §§ 1, 2 as codified in Mass. Gen. Stat., ch. 164 (1873) § 11 | Beyond 2A and 14A ratification.  Irrelevant. Only prohibition on mfg or selling. Nothing about carrying or possession. |
| 101. | 1873 | Nevada | Bonnifield, The Compiled Laws of the State of Nevada. Embracing Statutes of 1861 to 1873, Inclusive, at 563 (Vol. 1, 1873), Of Crimes and Punishments, §§ 35-36 | Beyond 2A and 14A ratification.  Irrelevant. Anti-dueling law. |
| 102. | 1873 | Tennessee | Seymour Dwight Thompson, A Compilation of the Statute Laws of the State of Tennessee, of a General and Permanent Nature, Compiled on the Basis of the Code of Tennessee, With Notes and References, Including Acts of Session of 1870-1871, at 125 (Vol. 2, 1873), Offences Against Public Policy and Economy, § 4864 | Beyond 2A and 14A ratification.  Irrelevant. Limitation on minors. Nothing to do with billies. |
| 103. | 1874 | Alabama | 1874 Ala. L. 41, ch. 1 | Tax law.  Beyond 2A and 14A ratification.  Irrelevant. |
| 104. | 1874 | Illinois | Harvey Bostwick Hurd, The Revised Statutes of the State of Illinois. A. D. 1874. Comprising the Revised | Beyond 2A and 14A ratification.  Irrelevant. Open carry okay. Concealed carry okay if not disturbing the peace. |

*Fouts v. Bonta*, No. . 3:19-cv-01662-BEN-JLB
**Plaintiffs' Disagreements re Defendant's Survey of Relevant Statutes (Pre-Founding–1930s)**

| No. | Year | Jurisdiction | Citation | Plaintiffs' Position |
|---|---|---|---|---|
| | | | Acts of 1871-72 and 1873-74, Together with All Other General Statutes of the State, in Force on the First Day of July, 1874, at 360 (1874), Disorderly Conduct: Disturbing the Peace, § 56 | |
| 105. | 1874 | New Jersey – City of Jersey City | Ordinances of Jersey City, Passed by the Board of Aldermen since May 1, 1871, under the Act Entitled "An Act to Re-organize the Local Government of Jersey City," Passed March 31, 1871, and the Supplements Thereto, at 41 (1874), An Ordinance to Prevent the Carrying of Loaded or Concealed Weapons within the Limits of Jersey City. The Mayor and Aldermen of Jersey City do ordain as follows: §§ 1-2 | Appears to be an ordinance.  Beyond 2A and 14A ratification. Irrelevant. Open carry okay. |
| 106. | 1874 | Virginia | 1874 Va. L. 239, ch. 239 | Tax law.  Beyond 2A and 14A ratification.  Irrelevant. So possession obviously not illegal. |
| 107. | 1875 | Alabama | 1875-1876 Ala. L. 82, ch. 1 | Tax law. Beyond 2A and 14A ratification.  Irrelevant. Dealer tax. |
| 108. | 1875 | Alabama | 1875-1876 Ala. L. 46, ch. 2 | Beyond 2A and 14A ratification.  Irrelevant. Tax law. |
| 109. | 1875 | Arkansas | Act of Feb. 16, 1875, 1874-75 Ark. Acts 156, § 1 | Beyond 2A and 14A ratification.  Irrelevant. Only deals with carry with "intent to assault." |
| 110. | 1875 | Idaho [Territory] | Crimes and Punishments, in Compiled and Revised Laws of the Territory of Idaho 354 (M. Kelly, Territorial Printer 1875), § 133. | Beyond 2A and 14A ratification.  Irrelevant. Anti burglary law. Idaho not a state until 1890.  Could carry without intent to assault. |
| 111. | 1875 | Indiana | 1875 Ind. Acts 62, An Act Defining Certain Misdemeanors, and Prescribing Penalties Therefore, § 1 | Beyond 2A and 14A ratification.  Irrelevant. Could carry as long as you weren't threatening to use any of these or brandishing. |
| 112. | 1876 | Alabama | 1876-77 Ala. Code 882, § 4109 | Beyond 2A and 14A ratification.  Irrelevant. "Good cause" law, unconstitutional. |
| 113. | 1876 | Colorado | 1876 Colo. Sess. Laws 304, § 154 | Beyond 2A and 14A ratification.  Irrelevant. Anti-intent to assault law. |
| 114. | 1876 | Georgia | 1876 Ga. L. 112, ch. 128 | Beyond 2A and 14A ratification.  Irrelevant.  Minor law. |
| 115. | 1876 | Illinois – Village of Hyde Park | Consider H. Willett, Laws and Ordinances Governing the Village of Hyde Park [Illinois] Together with Its Charter and General Laws Affecting Municipal Corporations; Special Ordinances and Charters under | Appears to be an ordinance. Beyond 2A and 14A ratification. Irrelevant.  Could carry with permission of the captain of police. Only banned concealed carry. |

*Fouts v. Bonta*, No. . 3:19-cv-01662-BEN-JLB
**Plaintiffs' Disagreements re Defendant's Survey of Relevant Statutes (Pre-Founding–1930s)**

| No. | Year | Jurisdiction | Citation | Plaintiffs' Position |
|---|---|---|---|---|
| | | | Which Corporations Have Vested Rights in the Village. Also, Summary of Decisions of the Supreme Court Relating to Municipal Corporations, Taxation and Assessments, at 64 (1876), Misdemeanors, § 39 | |
| 116. | 1876 | Wyoming [Territory] | Wyo. Comp. Laws (1876) ch. 35, § 127, as codified in Wyo. Rev. Stat., Crimes (1887), Having possession of offensive weapons, § 1027 | Beyond 2A and 14A ratification.  Irrelevant. Could carry without intent to assault. WY not a state until 1890. |
| 117. | 1877 | Alabama | Wade Keyes, The Code of Alabama, 1876, ch. 6, § 4230 | Beyond 2A and 14A ratification.  Irrelevant. Minor law. |
| 118. | 1877 | Alabama | Wade Keyes, The Code of Alabama, 1876, ch. 3, § 4109 | Beyond 2A and 14A ratification.  Irrelevant. Open carry okay. Good cause type law. |
| 119. | 1877 | Colorado – Town of Georgetown | Edward O. Wolcott, The Ordinances of Georgetown [Colorado] Passed June 7th, A.D. 1877, at 100, § 9 | Town law. Beyond 2A and 14A ratification.  Irrelevant.  Open carry okay. |
| 120. | 1877 | New Jersey | Mercer Beasley, Revision of the Statutes of New Jersey: Published under the Authority of the Legislature; by Virtue of an Act Approved April 4, 1871, at 304 (1877), An Act Concerning Disorderly Persons, § 2 | Beyond 2A and 14A ratification.  Irrelevant. Couldn't carry with "intent to assault any person." |
| 121. | 1877 | South Dakota [Territory] | S.D. Terr. Pen. Code (1877), § 457 as codified in S.D. Rev. Code, Penal Code (1903), §§ 470-471. | SD not a state until 1889.  Beyond 2A and 14A ratification. Irrelevant. Does not deal with billies, allows open carry. |
| 122. | 1877 | Utah – City of Provo [Territory] | Chapter 5: Offenses Against the Person, undated, reprinted in The Revised Ordinances Of Provo City, Containing All The Ordinances In Force 105, 106-07 (1877) (Provo, Utah), § 182 | Town law. Beyond 2A and 14A ratification.  Irrelevant. |
| 123. | 1878 | Alabama – City of Uniontown | 1878 Ala. L. 437, ch. 314 | Beyond 2A and 14A ratification.  Irrelevant.  Only licensing law for dealers in a town. |
| 124. | 1878 | Mississippi | 1878 Miss. Laws 175, An Act to Prevent the Carrying of Concealed Weapons and for Other Purposes, § 1 | Beyond 2A and 14A ratification.  Irrelevant.  Open carry was okay. |
| 125. | 1879 | Alabama – City of Montgomery | J. M. Falkner, The Code of Ordinances of the City Council of Montgomery [Alabama] (1879), § 428 | Town law. Beyond 2A and 14A ratification.  Irrelevant. Open carry okay. |

*Fouts v. Bonta*, No. . 3:19-cv-01662-BEN-JLB
**Plaintiffs' Disagreements re Defendant's Survey of Relevant Statutes (Pre-Founding–1930s)**

| No. | Year | Jurisdiction | Citation | Plaintiffs' Position |
|---|---|---|---|---|
| 126. | 1879 | Idaho – City of Boise [Territory] | Charter and Revised Ordinances of Boise City, Idaho. In Effect April 12, 1894, at 118-19 (1894), Carrying Concealed Weapons, § 36 | Town law. Beyond 2A and 14A ratification.  Irrelevant.  ID was not state until 1890. |
| 127. | 1879 | Louisiana | La. Const. of 1879, art. III | Beyond 2A and 14A ratification.  Irrelevant. Allowed open carry. |
| 128. | 1879 | Montana [Territory] | 1879 Mont. Laws 359, Offences against the Lives and Persons of Individuals, ch. 4, § 23 | Beyond 2A and 14A ratification.  Irrelevant.  Montana not a state until 1889.  Anti dueling law. |
| 129. | 1879 | North Carolina | North Carolina: N.C. Sess. Laws (1879), ch. 127, as codified in North Carolina Code, Crim. Code, ch. 25 (1883) § 1005, Concealed weapons, the carrying or unlawfully, a misdemeanor | Beyond 2A and 14A ratification.  Irrelevant. Could open carry. Could conceal carry on your own land. |
| 130. | 1880 | Ohio | Michael Augustus Daugherty, The Revised Statutes and Other Acts of a General Nature of the State of Ohio: In Force January 1, 1880, at 1633 (Vol. 2, 1879), Offences Against Public Peace, § 6892 | Beyond 2A and 14A ratification.  Irrelevant. Open carry okay. Not a complete ban. |
| 131. | 1880 | South Carolina | 1880 S.C. Acts 448, § 1, as codified in S.C. Rev. Stat. (1894), § 129 | Beyond 2A and 14A ratification.  Irrelevant. Open carry okay. |
| 132. | 1881 | Alabama | 1880-1881 Ala. L. 38-39, ch. 44 | Beyond 2A and 14A ratification.  Irrelevant. Open carry okay. |
| 133. | 1881 | Arkansas | 1881 Ark. Acts 191, ch. 96, § 1-2 | Beyond 2A and 14A ratification.  Irrelevant. Open carry of army/navy pistols okay. Nothing about billies. |
| 134. | 1881 | Colorado | Colo. Rev. Stat 1774, § 248 (1881) | Beyond 2A and 14A ratification.  Irrelevant. Open carry okay. Could carry concealed with authorization by chief of police. |
| 135. | 1881 | Delaware | 1881 Del. Laws 987, An Act Providing for the Punishment of Persons Carrying Concealed Deadly Weapons, ch. 548, § 1 | Beyond 2A and 14A ratification.  Irrelevant. Minor law.  Open carry okay. |
| 136. | 1881 | Illinois | Ill. Act of Apr. 16, 1881, as codified in Ill. Stat. Ann., Crim. Code 73 (1885), ch. 38, Possession or sale forbidden, § 1 | Beyond 2A and 14A ratification.  Irrelevant. |
| 137. | 1881 | Indiana | The Revised Statutes of Indiana: Containing, Also, the United States and Indiana Constitutions and an Appendix of Historical Documents. Vol. 1, at 366 (1881), Crimes, § 1957 | Beyond 2A and 14A ratification.  Irrelevant. Anti throwing stuff at vehicles. Nothing about carry. |
| 138. | 1881 | Nevada | David E. Baily, The General Statutes of the State of Nevada. In Force. From 1861 to 1885, Inclusive. With Citations of the Decisions of the Supreme Court | Beyond 2A and 14A ratification.  Irrelevant. Anti minor carry law. |

*Fouts v. Bonta*, No. . 3:19-cv-01662-BEN-JLB
**Plaintiffs' Disagreements re Defendant's Survey of Relevant Statutes (Pre-Founding–1930s)**

| No. | Year | Jurisdiction | Citation | Plaintiffs' Position |
|---|---|---|---|---|
| | | | Relating Thereto, at 1077 (1885), An Act to prohibit the carrying of concealed weapons by minors, § 1 | |
| 139. | 1881 | New York | George S. Diossy, The Statute Law of the State of New York: Comprising the Revised Statutes and All Other Laws of General Interest, in Force January 1, 1881, Arranged Alphabetically According to Subjects, at 321 (Vol. 1, 1881), Offenses Against Public Decency; Malicious Mischief, and Other Crimes not Before Enumerated, Concealed Weapons, § 9 | Beyond 2A and 14A ratification.  Irrelevant. Open carry seems okay.  Not a prohibition on possession in the home. |
| 140. | 1881 | Tennessee – City of Nashville | William King McAlister Jr., Ordinances of the City of Nashville, to Which are Prefixed the State Laws Chartering and Relating to the City, with an Appendix, at 340-41 (1881), Ordinances of the City of Nashville, Carrying Pistols, Bowie-Knives, Etc., § 1 | Town law.  Beyond 2A and 14A ratification.  Irrelevant. |
| 141. | 1881 | Washington [Territory] | 1881 Wash. Code 181, Criminal Procedure, Offenses Against Public Policy, ch. 73, § 929 | Beyond 2A and 14A ratification.  Irrelevant. Open carry okay. WA not a state until 1889. |
| 142. | 1881 | Washington – City of New Tacoma [Territory] | 1881 Wash. Sess. Laws 76, An Act to Confer a City Govt. on New Tacoma, ch. 6, § 34, pt. 15 | Beyond 2A and 14A ratification.  Irrelevant. WA not a state until 1889.  Open carry okay.  Not a billy ban. |
| 143. | 1881 | Washington [Territory] | William Lair Hill, Ballinger's Annotated Codes and Statutes of Washington, Showing All Statutes in Force, Including the Session Laws of 1897, at 1956 (Vol. 2, 1897) | Beyond 2A and 14A ratification.  Irrelevant.  WA not a state until 1889.  Like a statute of Northampton law, but not a ban on anything. |
| 144. | 1881 | Illinois | Harvey Bostwick Hurd, Late Commissioner, The Revised Statutes of the State of Illinois. 1882. Comprising the "Revised Statutes of 1874," and All Amendments Thereto, Together with the General Acts of 1875, 1877, 1879, 1881 and 1882, Being All the General Statutes of the State, in Force on the First Day of December, 1882, at 375 (1882), Deadly Weapons: Selling or Giving to Minor, § 54b. | Beyond 2A and 14A ratification.  Irrelevant.  Minor law. |
| 145. | 1882 | Georgia | 1882-83 Gal. L. 48-49, ch. 94 | Beyond 2A and 14A ratification.  Irrelevant.  Knife law. |
| 146. | 1882 | Georgia | 1882-83 Ga. L. 37, ch. 18 | Tax law. Beyond 2A and 14A ratification.  Irrelevant. |

*Fouts v. Bonta*, No. . 3:19-cv-01662-BEN-JLB
**Plaintiffs' Disagreements re Defendant's Survey of Relevant Statutes (Pre-Founding–1930s)**

| No. | Year | Jurisdiction | Citation | Plaintiffs' Position |
|-----|------|-------------|----------|---------------------|
| 147. | 1882 | Iowa – City of Sioux City | S. J. Quincy, Revised Ordinances of the City of Sioux City, Iowa, at 62 (1882), Ordinances of the City of Sioux City, Iowa, § 4. | Town law. Beyond 2A and 14A ratification.  Irrelevant. Does not ban possession at home. |
| 148. | 1882 | West Virginia | 1882 W. Va. Acts 421-22 | Beyond 2A and 14A ratification.  Irrelevant. Not a ban on possession. |
| 149. | 1883 | Illinois – City of Danville | Revised Ordinances of the City of Danville [Illinois], at 66 (1883), Ordinances of the City of Danville. Concealed Weapons, § 22. | Town law. Beyond 2A and 14A ratification.  Irrelevant. Not a ban on possession |
| 150. | 1883 | Kansas | 1883 Kan. Sess. Laws 159, An Act to Prevent Selling, Trading Or Giving Deadly Weapons or Toy Pistols to Minors, and to Provide Punishment Therefor, §§ 1-2. | Beyond 2A and 14A ratification.  Irrelevant. Anti-minor and "unsound mind" law. Nothing about billies. |
| 151. | 1883 | Missouri | 1883 Mo. Laws 76, An Act to Amend Section 1274, Article 2, Chapter 24 of the Revised Statutes of Missouri, Entitled "Of Crimes And Criminal Procedure" § 1274 | Beyond 2A and 14A ratification.  Irrelevant. Location ban for concealed weapons. Can't be drunk or threatening. |
| 152. | 1883 | Washington – City of Snohomish [Territory] | 1883 Wash. Sess. Laws 302, An Act to Incorporate the City of Snohomish, ch. 6, § 29, pt. 15 | Beyond 2A and 14A ratification.  Irrelevant. WA not a state until 1889.  All this did was authorize localities to regulate "concealed deadly weapons" and things like guns and explosives. |
| 153. | 1883 | Wisconsin – City of Oshkosh | 1883 Wis. Sess. Laws 713, An Act to Revise, consolidate And Amend The Charter Of The City Of Oshkosh, The Act Incorporating The City, And The Several Acts Amendatory Thereof, ch. 6, § 3, pt. 56 | Beyond 2A and 14A ratification.  Irrelevant. Open carry okay. |
| 154. | 1884 | Georgia | 1884-85 Ga. L. 23, ch. 52 | Tax law. Beyond 2A and 14A ratification.  Irrelevant. Doesn't ban anything. |
| 155. | 1884 | Maine | The Revised Statutes of the State of Maine, Passed August 29, 1883, and Taking Effect January 1, 1884, at 928, (1884), Prevention of Crimes, § 10 | Beyond 2A and 14A ratification.  Irrelevant. "reasonable cause" law. |
| 156. | 1884 | Minnesota – City of Saint Paul | W. P. Murray, The Municipal Code of Saint Paul: Comprising the Laws of the State of Minnesota Relating to the City of Saint Paul, and the Ordinances of the Common Council; Revised to December 1, 1884, at 289 (1884), Concealed Weapons – License, § 1 | Town law. Beyond 2A and 14A ratification.  Irrelevant. Open carry okay. |

*Fouts v. Bonta*, No. . 3:19-cv-01662-BEN-JLB
**Plaintiffs' Disagreements re Defendant's Survey of Relevant Statutes (Pre-Founding–1930s)**

| No. | Year | Jurisdiction | Citation | Plaintiffs' Position |
|---|---|---|---|---|
| 157. | 1884 | Tennessee | Tenn. Pub. Acts (1879), ch. 186, as codified in Tenn. Code (1884) | Beyond 2A and 14A ratification.  Irrelevant. Not a ban on billies. |
| 158. | 1884 | Wyoming [Territory] | 1884 Wyo. Sess. Laws, ch. 67, § 1, as codified in Wyo. Rev. Stat., Crimes (1887): Exhibiting deadly weapon in angry manner. § 983 | WY not a state until 1890.  Beyond 2A and 14A ratification. Irrelevant. Anti-brandishing law. |
| 159. | 1885 | Montana [Territory] | 1885 Mont. Laws 74, Deadly Weapons, An Act to Amend § 62 of Chapter IV of the Fourth Division of the Revised Statutes, § 62-63 | MT not a state until 1889.  Beyond 2A and 14A ratification. Irrelevant. Not a billy ban. |
| 160. | 1885 | New York | George R. Donnan, Annotated Code of Criminal Procedure and Penal Code of the State of New York as Amended 1882-85, at 172 (1885), Carrying, Using, Etc., Certain Weapons, § 410 | Beyond 2A and 14A ratification.  Irrelevant. |
| 161. | 1885 | New York – City of Syracuse | Charter and Ordinances of the City of Syracuse: Together with the Rules of the Common Council, the Rules and Regulations of the Police and Fire Departments, and the Civil Service Regulations, at 215 (1885), [Offenses Against the Public Peace and Quiet,] § 7 | Town law. Beyond 2A and 14A ratification.  Irrelevant. |
| 162. | 1885 | Oregon | 1885 Or. Laws 33, An Act to Prevent Persons from Carrying Concealed Weapons and to Provide for the Punishment of the Same, §§ 1-2 | Beyond 2A and 14A ratification.  Irrelevant. Open carry okay. |
| 163. | 1886 | Colorado – City of Denver | Isham White, The Laws and Ordinances of the City of Denver, Colorado, at 369, § 10 (1886) | Town law. Beyond 2A and 14A ratification.  Irrelevant. Can carry as long as not breaching peace. |
| 164. | 1886 | Georgia | 1886 Ga. L. 17, ch. 54 | Tax law. Beyond 2A and 14A ratification.  Irrelevant. |
| 165. | 1886 | Maryland – County of Calvert | 1886 Md. Laws 315, An Act to Prevent the Carrying of Guns, Pistols, Dirk-knives, Razors, Billies or Bludgeons by any Person in Calvert County, on the Days of Election in said County, Within One Mile of the Polls § 1 | Town law. Beyond 2A and 14A ratification.  Irrelevant.  Can't carry on election day. Not a ban on possession. |
| 166. | 1886 | Maryland – County of Calvert | John Prentiss Poe, The Maryland Code. Public Local Laws, Adopted by the General Assembly of Maryland March 14, 1888. Including also the Acts of the Session of 1888 Incorporated Therein, and Prefaced | Beyond 2A and 14A ratification.  Irrelevant. Open carry okay. |

*Fouts v. Bonta*, No. . 3:19-cv-01662-BEN-JLB
**Plaintiffs' Disagreements re Defendant's Survey of Relevant Statutes (Pre-Founding–1930s)**

| No. | Year | Jurisdiction | Citation | Plaintiffs' Position |
|-----|------|--------------|----------|----------------------|
| | | | with the Constitution of the State, at 468-69 (Vol. 1, 1888), Concealed Weapons, § 30 | |
| 167. | 1886 | Maryland | 1886 Md. Laws 315, An Act to Prevent the Carrying of Guns, Pistols, Dirk-knives, Razors, Billies or Bludgeons by any Person in Calvert County, on the Days of Election in said County, Within One Mile of the Polls § 1 | Town law. Beyond 2A and 14A ratification.  Irrelevant. |
| 168. | 1887 | Alabama | 1886 Ala. L. 36, ch. 4 | Tax law. Beyond 2A and 14A ratification.  Irrelevant. Not billy ban. |
| 169. | 1887 | Iowa – City of Council Bluffs | Geoffrey Andrew Holmes, Compiled Ordinances of the City of Council Bluffs, and Containing the Statutes Applicable to Cities of the First-Class, Organized under the Laws of Iowa, at 206-07 (1887), Carrying Concealed Weapons Prohibited, § 105 | Town law.  Beyond 2A and 14A ratification.  Irrelevant. Open carry okay. |
| 170. | 1887 | Kansas – City of Independence | O. P. Ergenbright, Revised Ordinances of the City of Independence, Kansas: Together with the Amended Laws Governing Cities of the Second Class and Standing Rules of the City Council, at 162 (1887), Weapons, § 27 | Town law.  Beyond 2A and 14A ratification.  Irrelevant. Open carry okay. |
| 171. | 1887 | Michigan | 1887 Mich. Pub. Acts 144, An Act to Prevent The Carrying Of Concealed Weapons, And To Provide Punishment Therefore, § 1 | Beyond 2A and 14A ratification.  Irrelevant. Open carry okay. Says "pocket billy" but state says "billy."  Seems like it is a specific item. |
| 172. | 1887 | Montana [Territory] | 1887 Mont. Laws 549, Criminal Laws, § 174 | MT not a state until 1889.  Beyond 2A and 14A ratification. Irrelevant.  Can't carry with intent to assault, but peaceable carry appears okay. |
| 173. | 1887 | New Mexico [Territory] | An Act to Prohibit the Unlawful Carrying and Use of Deadly Weapons, Feb. 18, 1887, reprinted in Acts of the Legislative Assembly of the Territory of New Mexico, Twenty-Seventh Session 55, 58 (1887) | NM not a state until 1912.  Beyond 2A and 14A ratification. Irrelevant. |
| 174. | 1887 | Virginia | The Code of Virginia: With the Declaration of Independence and the Constitution of the United States; and the Constitution of Virginia, at 897 (1887), Offences Against the Peace, § 3780 | Beyond 2A and 14A ratification.  Irrelevant. Not a ban on billies. |

*Fouts v. Bonta*, No. . 3:19-cv-01662-BEN-JLB
**Plaintiffs' Disagreements re Defendant's Survey of Relevant Statutes (Pre-Founding–1930s)**

| No. | Year | Jurisdiction | Citation | Plaintiffs' Position |
|-----|------|--------------|----------|----------------------|
| 175. | 1888 | Maryland – County of Kent | John Prentiss Poe, The Maryland Code : Public Local Laws, Adopted by the General Assembly of Maryland March 14, 1888. Including also the Public Local Acts of the Session of 1888 incorporated therein, at 1457 (Vol. 2, 1888), Election Districts–Fences, § 99 | Beyond 2A and 14A ratification.  Irrelevant. Election law for anti-carry, not possession. |
| 176. | 1888 | Florida | Fla. Act of Aug. 6, 1888, ch. 1637, subch. 7, § 10, as codified in Fla. Rev. State., tit. 2, pt. 5 (1892) | Beyond 2A and 14A ratification.  Irrelevant. Open carry okay. Concealed carry okay if not disturbing the peace or committing a crime. |
| 177. | 1888 | Georgia | 1888 Ga. L. 22, ch. 123 | Tax law. Beyond 2A and 14A ratification.  Irrelevant. Doesn't ban anything. |
| 178. | 1888 | Maryland – City of Baltimore | John Prentiss Poe, The Maryland Code. Public Local Laws, Adopted by the General Assembly of Maryland March 14, 1888. Including also the Public Local Acts of the Session of 1888 Incorporated Therein, at 522-23 (Vol. 1, 1888), City of Baltimore, § 742 | Town law. Beyond 2A and 14A ratification.  Irrelevant. Ban on drunk or disorderly carry. |
| 179. | 1888 | Minnesota | George Brooks Young. General Statutes of the State of Minnesota in Force January 1, 1889, at 1006 (Vol. 2, 1888), Making, Selling, etc., Dangerous Weapons, §§ 333-34 | Beyond 2A and 14A ratification.  Irrelevant. Minor law, but could still allow minor possession with magistrate consent. |
| 180. | 1888 | Utah – City of Salt Lake City [Territory] | Dangerous and Concealed Weapon, Feb. 14, 1888, reprinted in The Revised Ordinances Of Salt Lake City, Utah 283 (1893) (Salt Lake City, Utah). § 14 | Town law.  Beyond 2A and 14A ratification.  Irrelevant. Allowed mayor to give permission. |
| **Defendant's Survey of Statutes (1889 – 1930s)** | | | | |
| 181. | 1889 | Arizona [Territory] | 1889 Ariz. Sess. Laws 16, § 1 | After ratification of 2A and 14A, thus irrelevant.  Not a billy ban. |
| 182. | 1889 | Idaho [Territory] | The Act of the Territory of Idaho approved February 4, 1889 (Sess. Laws 1889, p. 27) | Unconstitutional. Post 2A and 14A ratification. |
| 183. | 1889 | Pennsylvania – City of Johnstown | Laws of the City of Johnstown, Pa., Embracing City Charter, Act of Assembly of May 23, 1889, for the Government of Cities of the Third Class, General and Special Ordinances, Rules of Select and Common Councils and Joint Sessions, at 86 (1897), An Ordinance for the Security of Persons and Property of the Inhabitants of the City of Johnstown; The | Town law. After ratification of 2A and 14A, thus irrelevant. Open carry okay. |

*Fouts v. Bonta*, No. . 3:19-cv-01662-BEN-JLB
**Plaintiffs' Disagreements re Defendant's Survey of Relevant Statutes (Pre-Founding–1930s)**

| No. | Year | Jurisdiction | Citation | Plaintiffs' Position |
|---|---|---|---|---|
| | | | preservation of the Public Peace and Good Order of the City, and Prescribing Penalties for Offenses Against the Same, § 12 | |
| 184. | 1890 | Connecticut – City of New Haven | Charles Stoers Hamilton, Charter and Ordinances of the City of New Haven, Together with Legislative Acts Affecting Said City, at 164, § 192 (1890) | Town law. After ratification of 2A and 14A, thus irrelevant.  Not a billy ban. |
| 185. | 1890 | Georgia | 1890 Ga. L. 38, ch. 131 | Tax law. After ratification of 2A and 14A, thus irrelevant.  Not a billy ban. |
| 186. | 1890 | Louisiana | 890 La. L. 39, ch. 46 | After ratification of 2A and 14A, thus irrelevant.  Not a billy ban. Only for minors. |
| 187. | 1890 | Maryland – City of Baltimore | John Prentiss Poe, The Baltimore City Code, Containing the Public Local Laws of Maryland Relating to the City of Baltimore, and the Ordinances of the Mayor and City Council, in Force on the First Day of November, 1891, with a Supplement, Containing the Public Local Laws Relating to the City of Baltimore, Passed at the Session of 1892 of the General Assembly, and also the Ordinances of the Mayor and City Council, Passed at the Session of 1891-92, and of 1892-1893, up to the Summer Recess of 1893, at 297-98 (1893), Ordinances of Baltimore, § 742A | Town law. After ratification of 2A and 14A, thus irrelevant. Only concealed ban or with intent to injure, thus not total ban. |
| 188. | 1890 | Nebraska – City of Omaha | W. J. Connell, The Revised Ordinances of the City of Omaha, Nebraska, Embracing All Ordinances of a General Nature in Force April 1, 1890, Together with the Charter for Metropolitan Cities, the Constitution of the United States and the Constitution of the State of Nebraska, at 344 (1890), Ordinances of Omaha, Concealed Weapons, § 10 | Town law. After ratification of 2A and 14A, thus irrelevant. Open carry okay, thus not total ban. |
| 189. | 1890 | Nebraska – City of Omaha | W. J. Connell, The Revised Ordinances of the City of Omaha, Nebraska, Embracing All Ordinances of a General Nature in Force April 1, 1890, Together with the Charter for Metropolitan Cities, the Constitution of the United States and the Constitution of the State | Town law. After ratification of 2A and 14A, thus irrelevant. Open carry allowed. |

*Fouts v. Bonta*, No. . 3:19-cv-01662-BEN-JLB
**Plaintiffs' Disagreements re Defendant's Survey of Relevant Statutes (Pre-Founding–1930s)**

| No. | Year | Jurisdiction | Citation | Plaintiffs' Position |
|---|---|---|---|---|
|  |  |  | of Nebraska, at 344 (1890), Ordinances of Omaha, Concealed Weapons, § 10 |  |
| 190. | 1890 | Oklahoma [Territory] | 1890 Okla. Laws 495, art. 47, §§ 1, 2, 10; Leander G. Pitman, The Statutes of Oklahoma, 1890. (From the Laws Passed by the First Legislative Assembly of the Territory), at 495-96 (1891) | After ratification of 2A and 14A, thus irrelevant.  These statutes are mixed together, which looks odd.  Obviously unconstitutional because it bans pistols and other things "sold solely for defense." |
| 191. | 1890 | Oklahoma [Territory] | 1890 Okla. Sess. Laws 475, Crimes Against The Public Health And Safety, §§ 18-19 | After ratification of 2A and 14A, thus irrelevant.  Not a billy ban. |
| 192. | 1890 | Oklahoma – Town of Checotah [Territory] | General Laws Relating to Incorporated Towns of Indian Territory, at 37  (1890), Revised Ordinances of the Town of Checotah, Ordinance No. 11, § 3 | Town law. After ratification of 2A and 14A, thus irrelevant.  Not a billy ban. |
| 193. | 1891 | Michigan | 1891 Mich. Pub. Acts 409, Police Department, pt 15 | After ratification of 2A and 14A, thus irrelevant.  Open carry allowed, thus not a possession ban. |
| 194. | 1891 | West Virginia | 1891 W. Va. Code 915, Of Offences Against the Peace, ch. 148, § 7 | After ratification of 2A and 14A, thus irrelevant. |
| 195. | 1892 | Alabama | 1892 Ala. L. 183, ch. 95 | Tax law. After ratification of 2A and 14A, thus irrelevant.  Not a billy ban. |
| 196. | 1892 | Georgia | 1892 Ga. L. 25, ch. 133 | Tax law. After ratification of 2A and 14A, thus irrelevant.  Not a billy ban. |
| 197. | 1892 | Washington – City of Tacoma | Albert R. Heilig, Ordinances of the City of Tacoma, Washington, at 333-34 (1892) | Town law. After ratification of 2A and 14A, thus irrelevant.  Not a billy ban. Only applies to concealed carry. |
| 198. | 1893 | Arizona [Territory] | 1893 Ariz. Sess. Laws 3, § 1 | After ratification of 2A and 14A, thus irrelevant.  Not a billy ban.  Only prohibited concealed carry. |
| 199. | 1893 | Delaware | Revised Statutes of the State of Delaware, of Eight Hundred and Fifty-Two. As They Have Since Been Amended, Together with the Additional Laws of a Public and General Nature, Which Have Been Enacted Since the Publication of the Revised Code of Eighteen Fifty-Two. To the Year of Our Lord One Thousand Eight Hundred and Ninety-Three; to Which are Added the Constitutions of the United States and of this State, the Declaration of Independence, and | After ratification of 2A and 14A, thus irrelevant.  No proof that a billy was considered a deadly weapon.  Only dealt with concealed weapons. |

*Fouts v. Bonta*, No. . 3:19-cv-01662-BEN-JLB
**Plaintiffs' Disagreements re Defendant's Survey of Relevant Statutes (Pre-Founding–1930s)**

| No. | Year | Jurisdiction | Citation | Plaintiffs' Position |
|---|---|---|---|---|
| | | | Appendix, at 987 (1893), An Act Providing for the Punishment of Persons Carrying Concealed Deadly Weapons, § 1 | |
| 200. | 1893 | North Carolina | 1893 N.C. L. 468-69, ch. 514 | After ratification of 2A and 14A, thus irrelevant.  Not a billy ban. Only dealt with minors. |
| 201. | 1893 | Rhode Island | 1893 R.I. Pub. Laws 231, An Act Prohibiting The Carrying Of Concealed Weapons, ch. 1180, § 1 | After ratification of 2A and 14A, thus irrelevant.  Only bans carry, not possession. |
| 202. | 1893 | Tennessee – City of Nashville | Claude Waller, Digest of the Ordinances of the City of Nashville, to Which are Prefixed the State Laws Incorporating, and Relating to, the City, with an Appendix Containing Various Grants and Franchises, at 364-65 (1893), Ordinances of the City of Nashville, § 738 | Town law. After ratification of 2A and 14A, thus irrelevant.  Not a billy ban. |
| 203. | 1893 | Wyoming – City of Rawlins | A. McMicken, City Attorney, The Revised Ordinances of the City of Rawlins, Carbon County, Wyoming, at 131-32 (1893), Revised Ordinances of the City of Rawlins, Article VII, Carrying Firearms and Lethal Weapons, § 1 | Town law. After ratification of 2A and 14A, thus irrelevant.  Not a billy ban. |
| 204. | 1895 | North Dakota | 1895 N.D. Rev. Codes 1293, Penal Code, Crimes Against the Public Health and Safety, ch. 40, §§ 7312-13 | After ratification of 2A and 14A, thus irrelevant.  Not a billy ban. If a billy is a "dangerous weapon", then only bans carry and not possession in the home. |
| 205. | 1895 | Vermont – City of Barre | Ordinances of the City of Barre, Vermont, ch. 16, § 18 (1895) | After ratification of 2A and 14A, thus irrelevant.  Not a billy ban. Could get permission to carry "weapon of similar character." |
| 206. | 1896 | California – City of Fresno | L. W. Moultrie, City Attorney, Charter and Ordinances of the City of Fresno, 1896, at 37, § 53 (1896) | Town law. After ratification of 2A and 14A, thus irrelevant.  Not a billy ban. Only restricted actual minors under 18, but could still get parent consent |
| 207. | 1896 | California – City of Fresno | L. W. Moultrie, Charter and Ordinances of the City of Fresno, at 30, § 8 (1896) | Town law. After ratification of 2A and 14A, thus irrelevant.  Not a billy ban. Only conceal ban, but could still get permission. |
| 208. | 1896 | Mississippi | 1896 Miss. L. 109-10, ch. 104 | After ratification of 2A and 14A, thus irrelevant.  Not a billy ban. Open carry appears okay of the other stuff. |
| 209. | 1896 | Rhode Island | General Laws of the State of Rhode Island and Providence Plantations to Which are Prefixed the Constitutions of the United States and of the State, at | After ratification of 2A and 14A, thus irrelevant. |

*Fouts v. Bonta*, No. . 3:19-cv-01662-BEN-JLB
**Plaintiffs' Disagreements re Defendant's Survey of Relevant Statutes (Pre-Founding–1930s)**

| No. | Year | Jurisdiction | Citation | Plaintiffs' Position |
|---|---|---|---|---|
| | | | 1010-11 (1896), Offences Against Public Policy, §§ 23, 24, 26 | |
| 210. | 1896 | Washington – City of Spokane | Rose M. Denny, The Municipal Code of the City of Spokane, Washington. Comprising the Ordinances of the City (Excepting Ordinances Establishing Street Grades) Revised to October 22, 1896, at 309-10 (1896), Ordinances of Spokane, An Ordinance to Punish the Carrying of Concealed Weapons within the City of Spokane, § 1 | Town law.  only concealed ban. After ratification of 2A and 14A, thus irrelevant.  Not a billy ban. |
| 211. | 1897 | Alabama | William Logan Martin, Commissioner, The Code of Alabama, Adopted by Act of the General Assembly of the State of Alabama, Approved February 16, 1897, § 27 (1897) | Tax law. After ratification of 2A and 14A, thus irrelevant.  Not a billy ban. |
| 212. | 1897 | Missouri – City of Saint Joseph | William K. Amick, The General Ordinances of the City of Saint Joseph (A City of the Second Class) Embracing all Ordinances of General Interest in Force July 15, 1897, together with the Laws of the State of Missouri of a General Nature Applicable to the City of St. Joseph. Compiled and Arranged, at 508 (1897), Concealed Weapons – Carrying of, § 7 | After ratification of 2A and 14A, thus irrelevant.  Not a billy ban as it only bans concealed carry. |
| 213. | 1897 | Texas | 1897 Tex. Gen. Laws 221, An Act to Prevent the Barter, Sale And Gift of Any Pistol, Dirk, Dagger, Slung Shot, Sword Cane, Spear, or Knuckles Made of Any Metal Or Hard Substance to Any Minor Without the Written Consent of the Parent or Guardian of Such Minor. . ., ch. 155 | After ratification of 2A and 14A, thus irrelevant.  Not a billy ban. Minor ban. Could still get consent from parent. |
| 214. | 1897 | Washington | Richard Achilles Ballinger, Ballinger's Annotated Codes and Statutes of Washington: Showing All Statutes in Force, Including the Session Laws of 1897, at 1956-57 (Vol. 2, 1897), Carrying Concealed Weapons, § 7084 | After ratification of 2A and 14A, thus irrelevant.  Only banned concealed carry, thus open carry okay. |
| 215. | 1898 | Georgia | 1898 Ga. L. 60, ch. 103 | After ratification of 2A and 14A, thus irrelevant.  Not a billy ban. |

*Fouts v. Bonta*, No. . 3:19-cv-01662-BEN-JLB
**Plaintiffs' Disagreements re Defendant's Survey of Relevant Statutes (Pre-Founding–1930s)**

| No. | Year | Jurisdiction | Citation | Plaintiffs' Position |
|---|---|---|---|---|
| 216. | 1898 | Oregon – City of Oregon City | The Charter of Oregon City, Oregon, Together with the Ordinances and Rules of Order, 259 (1898), An Ordinance Providing for the Punishment of Disorderly Persons, and Keepers and Owners of Disorderly Houses, § 2 | Town law. After ratification of 2A and 14A, thus irrelevant. |
| 217. | 1899 | Alaska | Fred F. Barker, Compilation of the Acts of Congress and Treaties Relating to Alaska: From March 30, 1867, to March 3, 1905, at App. A, p. 139 (30 Stat. L. 1253 (1899)); 1896-99 Alaska Sess. Laws 1270, ch. 6, § 117 | After ratification of 2A and 14A, thus irrelevant.  Not a billy ban. Open carry okay. |
| 218. | 1899 | Nebraska – City of Fairfield | Compiled Ordinances of the City of Fairfield, Clay County, Nebraska, at 34 (1899), Ordinance No. 20, An Ordinance to Prohibit the Carrying of Concealed Weapons and Fixing a Penalty for the violations of the same. Be it ordained by the Mayor and Council of the City of Fairfield, Nebraska: § 1 | Town law.  After ratification of 2A and 14A, thus irrelevant. Open carry appears okay. |
| 219. | 1899 | Texas – City of San Antonio | Theodore Harris, Charter and Ordinances of the City of San Antonio. Comprising All Ordinances of a General Character in Force August 7th, at 220 (1899), Ordinances of the City of San Antonio, Ordinances, ch. 22, § 4 | Town law. After ratification of 2A and 14A, thus irrelevant.  Not a billy ban. Brandishing law. |
| 220. | 1900 | Iowa – City of Des Moines | William H. Baily, The Revised Ordinances of Nineteen Hundred of the City of Des Moines, Iowa, at 89-90,  (1900), Ordinances City of Des Moines, Weapons, Concealed, § 209 | Town law. After ratification of 2A and 14A, thus irrelevant.  Not a billy ban.  Open carry is okay. |
| 221. | 1900 | New York | 1900 N.Y. Laws 459, An Act to Amend Section Four Hundred and Nine of the Penal Code, Relative to Dangerous Weapons, ch. 222, § 1. | After ratification of 2A and 14A, thus irrelevant.  Not a billy ban because its only prohibition on manufacturing and selling, not possession. |
| 222. | 1901 | Arizona [Territory] | 1901 Ariz. 1251-53, §§ 381, 385, 390 | After ratification of 2A and 14A, thus irrelevant.  Not a billy ban. And only dealt with concealed carry. |
| 223. | 1903 | Oklahoma [Territory] | Wilson's Rev. & Ann. St. Okla.(1903) § 583, c. 25 | After ratification of 2A and 14A, thus irrelevant.  Not a billy ban. Only concealed carry ban. |
| 224. | 1903 | South Dakota | S.D. Rev. Code, Penal Code 1150 (1903) §§ 470, 471 | After ratification of 2A and 14A, thus irrelevant.  Not a billy ban. Only concealed weapons. |

*Fouts v. Bonta*, No. . 3:19-cv-01662-BEN-JLB
**Plaintiffs' Disagreements re Defendant's Survey of Relevant Statutes (Pre-Founding–1930s)**

| No. | Year | Jurisdiction | Citation | Plaintiffs' Position |
|---|---|---|---|---|
| 225. | 1905 | Indiana | 1905 Ind. Acts 677, Public Conveyance—Attacking, § 410 | After ratification of 2A and 14A, thus irrelevant.  Not a billy ban.  Deals with throwing things at vehicles. |
| 226. | 1905 | New Jersey | 1905 N.J. Laws 324-25, A Supplement to an Act Entitled "An Act for the Punishment of Crimes," ch. 172, § 1 | After ratification of 2A and 14A, thus irrelevant.  Not a billy ban.  Concealed carry ban. |
| 227. | 1908 | Rhode Island | 1908 (January Session) R.I. Pub. Laws 145, An Act in Amendment of section 23 of chapter 283 of the General Laws, § 23 | After ratification of 2A and 14A, thus irrelevant.  Does not ban possession in the home. |
| 228. | 1909 | Idaho | 1909 Id. Sess. Laws 6, An Act To Regulate the Use and Carrying of Concealed Deadly Weapons and to Regulate the Sale or Delivery of Deadly Weapons to Minors Under the Age of Sixteen Years to Provide a Penalty for the Violation of the Provisions of this Act, and to Exempt Certain Persons, § 1 | After ratification of 2A and 14A, thus irrelevant.  Not a billy ban.  Does not ban possession in the home. |
| 229. | 1911 | New York | 1911 N.Y. Laws 442, An Act to Amend the Penal Law, in Relation to the Sale and Carrying of Dangerous Weapons, ch. 195, § 1 | After ratification of 2A and 14A, thus irrelevant.  Not a billy ban.  Does not ban possession in the home. Only applied to minors under 16. |
| 230. | 1911 | New York | 1911 N.Y. Laws 442-43, An Act to Amend the Penal Law, in Relation to the Sale and Carrying of Dangerous Weapons. ch. 195, § 1 | After ratification of 2A and 14A, thus irrelevant. |
| 231. | 1913 | Hawaii [Territory] | 1913 Haw. Rev. Laws ch. 209, § 3089, Carrying Deadly Weapons, § 3089. | After ratification of 2A and 14A, thus irrelevant.  Not a billy ban.  Does not ban possession in the home. Also can show "good cause" which is unconstitutional. |
| 232. | 1913 | Iowa | 1913 Iowa Acts 307, ch. 297, §§ 1, 2 | After ratification of 2A and 14A, thus irrelevant.  Does not ban possession in the home. Only bans conceal carry. |
| 233. | 1913 | New York | 1913 N.Y. Laws 1627-30, vol. III, ch. 608, § 1, Carrying and Use of Dangerous Weapons Carrying Weapons, Dangerous or Unusual Weapons, § 1 | After ratification of 2A and 14A, thus irrelevant.  Not a billy ban. |
| 234. | 1915 | North Dakota | 1915 N.D. Laws 96, An Act to Provide for the Punishment of Any Person Carrying Concealed Any Dangerous Weapons or Explosives, or Who Has the Same in His Possession, Custody or Control, unless Such Weapon or Explosive Is Carried in the | After ratification of 2A and 14A, thus irrelevant.  Does not ban possession in the home. Only bans concealed carry. |

*Fouts v. Bonta*, No. . 3:19-cv-01662-BEN-JLB
**Plaintiffs' Disagreements re Defendant's Survey of Relevant Statutes (Pre-Founding–1930s)**

| No. | Year | Jurisdiction | Citation | Plaintiffs' Position |
|---|---|---|---|---|
| | | | Prosecution of a Legitimate and Lawful Purpose, ch. 83, §§ 1-3, 5 | |
| 235. | 1917 | California | 1917 Cal. Stat. 221, § 1 | After ratification of 2A and 14A, thus irrelevant. |
| 236. | 1917 | California | 1917 Cal. Stat. 221, § 2 | After ratification of 2A and 14A, thus irrelevant. |
| 237. | 1917 | California | 1917 Cal. Stat. 221, § 5 | After ratification of 2A and 14A, thus irrelevant. |
| 238. | 1917 | Missouri – City of Joplin | Joplin Code of 1917, Art. 67, § 1201. | After ratification of 2A and 14A, thus irrelevant.  Not a billy ban because only deals with concealed carry. Does not ban possession in the home. |
| 239. | 1917 | Oregon | 1917 Or. Sess. Laws 804-08, An Act Prohibiting the manufacture, sale, possession, carrying, or use of any blackjack, slungshot, billy, sandclub, sandbag, metal knuckles, dirk, dagger or stiletto, and regulating the carrying and sale of certain firearms, and defining the duties of certain executive officers, and providing penalties for violation of the provisions of this Act, § 7 | After ratification of 2A and 14A, thus irrelevant. |
| 240. | 1923 | California | 1923 Cal. Stat. 695, § 1 | After ratification of 2A and 14A, thus irrelevant. |
| 241. | 1923 | Missouri | 1923 Mo. Laws 241-42, An Act to Provide the Exercise of the Police Powers of the State by and through Prohibiting the Manufacture, Possession, Transportation, Sale and Disposition of Intoxicating Liquors. . .§ 17 | After ratification of 2A and 14A, thus irrelevant.  Bans a billy while being a passenger or driving a car?  So not a ban on possession while not driving or being a passenger and not a ban on possession in the home. |
| 242. | 1923 | South Carolina | 1923 S.C. Acts 221 | After ratification of 2A and 14A, thus irrelevant.  Not a billy ban. Does not ban possession in the home.  Minor ban. |
| 243. | 1925 | West Virginia | 1925 W.Va. Acts 25-30, 1st Extraordinary Sess., An Act to Amend and Re-Enact Section Seven . . . Relating to Offenses Against the Peace; Providing for the Granting and Revoking of Licenses and Permits Respecting the Use, Transportation and Possession of Weapons and Fire Arms. . . , ch. 3, § 7(a) | After ratification of 2A and 14A, thus irrelevant.  Only bans unlicensed carry. Not a total ban and doesn't ban possession in the home. |
| 244. | 1925 | West Virginia | 1925 W.Va. Acts 31-32, 1st Extraordinary Sess., An Act to Amend and Re-Enact Section Seven . . . Relating to Offenses Against the Peace . . . , ch. 3, § 7, pt. b | After ratification of 2A and 14A, thus irrelevant.  Not a billy ban. Does not ban possession in the home. |

*Fouts v. Bonta*, No. . 3:19-cv-01662-BEN-JLB
**Plaintiffs' Disagreements re Defendant's Survey of Relevant Statutes (Pre-Founding–1930s)**

| No. | Year | Jurisdiction | Citation | Plaintiffs' Position |
|---|---|---|---|---|
| 245. | 1927 | Massachusetts | 1927 Mass. Acts 416, An Act Relative to Machine Guns and Other Firearms, ch. 326, § 5 | After ratification of 2A and 14A, thus irrelevant.  Only bans if you have a warrant? |
| 246. | 1927 | Michigan | 1927 Mich. Pub. Acts 888-89, An Act to Regulate and License the Selling, Purchasing, Possessing and Carrying of Certain Firearms, § 3 | After ratification of 2A and 14A, thus irrelevant. |
| 247. | 1927 | New Jersey | 1927 N.J. Laws 742, A Further Supplement to an Act Entitled, "An Act for the Punishment of Crimes," ch. 321, § 1 | After ratification of 2A and 14A, thus irrelevant.  Not a billy ban. Does not ban possession in the home. Only applies to pawn shops. |
| 248. | 1929 | Michigan | 1929 Mich. Pub. Acts 529, An Act to Regulate and License the Selling, Purchasing, Possessing and Carrying of Certain Firearms, § 3 | After ratification of 2A and 14A, thus irrelevant. |
| 249. | 1931 | New York | 1931 N.Y. Laws 1033, An Act to Amend the Penal Law in Relation to Carrying and Use of Glass Pistols, ch. 435, § 1 | After ratification of 2A and 14A, thus irrelevant. |
| 250. | 1932 | District of Columbia | District of Columbia 1932: 1932, Public-No. 275-72D Congress, ch. 465 | After ratification of 2A and 14A, thus irrelevant.  Not a billy ban. Does not ban possession in the home. Does not prohibit open carry. |