| | |
|---|---|
| ALAN ALEXANDER BECK | STEPHEN D. STAMBOULIEH |
| LAW OFFICE OF ALAN BECK | STAMBOULIEH LAW, PLLC |
| 2692 HARCOURT DRIVE | P.O. BOX 428 |
| SAN DIEGO, CA 92123 | OLIVE BRANCH, MS 38654 |
| (619) 905-9105 | (601) 852-3440 |
| STATE BAR NO. 276646 | STEPHEN@SDSLAW.US |
| Alan.alexander.beck@gmail.com | MS BAR NO. 102784 |
| ATTORNEYS FOR PLAINTIFFS | *ADMITTED PRO HAC VICE |
| RUSSELL FOUTS AND | |
| TAN MIGUEL TOLENTINO | |

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RUSSELL FOUTS and TAN MIGUEL TOLENTINO,**<br><br>Plaintiffs,<br><br>v.<br><br>**ROB BONTA, in his official capacity as the Attorney General of the State of California,**<br><br>Defendant. | 19-cv-01662-BEN-JLB<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION TO STRIKE**<br><br>Judge:　　　Hon. Roger T. Benitez<br>Courtroom:　 5A<br>Action Filed:　September 1, 2019<br>Hearing Date:　April 3, 2023 10:30AM<br>　　　　　　　Courtroom 5A |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Please take notice that on April 3, 2023, at 10:30 AM, or as soon after as counsel may be heard in Courtroom 5A of the above-captioned court, located at 221 West Broadway, San Diego, California, 92101, Plaintiffs Russell Fouts and Tan Miguel Tolentino ("Plaintiffs") will and hereby do move this Court to Strike, in its entirety, Defendant's "Declaration of John D. Echeverria in Support of Defendant's

1

Brief in Response to the Court's Order Entered on December 15, 2022." Document 63-1. The document attached to this Declaration purports to be a Supplemental Expert Report and Declaration of Randolph Roth, dated January 6, 2023, filed in a completely different case, for an expert that was never disclosed in this matter.

Plaintiffs file this Motion to Strike as the material included in the "Supplemental Expert Report and Declaration of Randolph Roth" is irrelevant to the matter at hand, does not discuss the subject matter of Fouts (billies), and only addresses "clubs" to the extent that: 1) an unloaded musket can be used as a club (Declaration at 11); 2) "like-minded neighbors [could] go on a rampage with clubs, knives, nooses, pistols, shotguns, or rifles" to commit mass murder (Declaration at 32); and 3) that "Grand Jurors of Jasper County, Georgia" pleaded to the state to restrict concealable weapons. Declaration at 17.

Defendant should not be allowed to evade this Court's December 15, 2022 Minute Order, directing him to file a 25 page brief, and then use this Declaration of an undisclosed "expert" to bootstrap opinions that are not even relevant to the this particular case. As such, Plaintiffs request that all references to this "expert" declaration in Defendant's Brief are struck, and the entirety of this "supplemental expert report" is struck and removed from the docket.

This Motion is based on this notice, as well as the attached memorandum in support filed herewith, and such matters as may be presented to the Court at the hearing.

Plaintiffs' counsel conferred with Defendant's counsel regarding the relief requested in this motion, and he advised that Defendant opposed this motion.

Dated: February 24, 2023

*/s/ Alan Alexander Beck*          */s/ Stephen D. Stamboulieh*
Alan Alexander Beck            Stephen D. Stamboulieh