ALAN ALEXANDER BECK
LAW OFFICE OF ALAN BECK
2692 HARCOURT DRIVE
SAN DIEGO, CA 92123
(619) 905-9105
STATE BAR NO. 276646
Alan.alexander.beck@gmail.com
ATTORNEYS FOR PLAINTIFFS
RUSSELL FOUTS AND
TAN MIGUEL TOLENTINO

STEPHEN D. STAMBOULIEH
STAMBOULIEH LAW, PLLC
P.O. BOX 428
OLIVE BRANCH, MS 38654
(601) 852-3440
stephen@sdslaw.us
MS BAR NO. 102784

*ADMITTED PRO HAC VICE

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RUSSELL FOUTS and TAN MIGUEL TOLENTINO,**<br><br>  Plaintiffs,<br><br>v.<br><br>**ROB BONTA, in his official capacity as the Attorney General of the State of California,**<br><br>  Defendant. | 19-cv-01662-BEN-JLB<br><br>**CERTIFICATE OF SERVICE**<br><br>Judge: Hon. Roger T. Benitez<br>Courtroom: 5A<br>Action Filed: September 1, 2019<br>Hearing Time: April 3, 2023 10:30 AM<br>  Courtroom 5A |

CERTIFICATE OF SERVICE

(19-cv-01662-BEN-JLB)

# CERTIFICATE OF SERVICE

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

Case Name: Russell Fouts, et al. vs     Case No. 19-cv-01662-BEN-JLB
<u>ROB BONTA</u>

I declare:

I am a licensed attorney in good standing in the State of California and licensed in this Court. I am 18 years of age or older and not a party to this matter. I have caused service of the following documents, described as:

- Plaintiffs' Notice of Motion and Motion to Strike and Memorandum in Support

On the following parties by electronically filing the foregoing on February 24, 2023, with the Clerk of the District Court using its ECF System, which electronically notifies them:

    John D. Echeverria
    Anthony O'Brien
    Deputy Attorney General
    300 South Spring Street, Suite 1702
    Los Angeles, CA 90013
    John.Echeverria@doj.ca.gov
    anthony.obrien@doj.ca.gov
    Attorneys for Defendant

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on February 24, 2023 in San Diego, California.

                          */s/ Alan Alexander Beck*
                          Alan Alexander Beck
                          Alan.Alexander.Beck@gmail.com
                          *Attorney for Plaintiffs*