ALAN ALEXANDER BECK
LAW OFFICE OF ALAN BECK
2692 HARCOURT DRIVE
SAN DIEGO, CA 92123
(619) 905-9105
STATE BAR NO. 276646
ALAN.ALEXANDER.BECK@GMAIL.COM
ATTORNEYS FOR PLAINTIFFS
RUSSELL FOUTS AND
TAN MIGUEL TOLENTINO

STEPHEN D. STAMBOULIEH
STAMBOULIEH LAW, PLLC
P.O. BOX 428
OLIVE BRANCH, MS 38654
(601) 852-3440
STEPHEN@SDSLAW.US
MS BAR NO. 102784
*ADMITTED PRO HAC VICE

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RUSSELL FOUTS and TAN MIGUEL TOLENTINO,**<br><br>Plaintiffs,<br><br>v.<br><br>**ROB BONTA, in his official capacity as the Attorney General of the State of California,**<br><br>Defendant. | 19-cv-01662-BEN-JLB<br><br>**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY**<br><br>Judge: Hon. Roger T. Benitez<br>Courtroom: 5A<br>Action Filed: September 1, 2019<br>Hearing Date: N/A |

**Notice of Supplemental Authority**

**TO THE COURT, THE PARTIES, AND THEIR COUNSEL:**

**PLEASE TAKE NOTICE** that, on March 21, 2023, Professor David Kopel and Mr. Joe Greenlee released a law review article entitled The History of Bans on Types of Arms Before 1900.[1] This law review article is relevant to several arguments raised in the parties' supplemental briefing, whether there is a historical justification for Defendant's ban on the possession of billy clubs. *See, e.g.*, Plaintiffs' Second Supplemental Brief (Dkt. 62) at 4-20.  A true and correct copy of Professor Kopel's law review article is attached hereto as Exhibit 1.

Dated: March 22, 2023                            Respectfully submitted,

*/s/ Alan Alexander Beck*                        */s/ Stephen D. Stamboulieh*
Alan Alexander Beck                              Stephen D. Stamboulieh

---

[1] Also available at https://davekopel.org/2A/LawRev/The%20History%20of%20Bans%20on%20Types%20of%20Arms%20Before%201900.pdf.