1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ALAN ALEXANDER BECK
LAW OFFICE OF ALAN BECK
2692 HARCOURT DRIVE
SAN DIEGO, CA  92123
(619) 905-9105
STATE BAR NO. 276646
ALAN.ALEXANDER.BECK@GMAIL.COM
ATTORNEYS FOR PLAINTIFFS
RUSSELL FOUTS AND
TAN MIGUEL TOLENTINO

STEPHEN D. STAMBOULIEH
STAMBOULIEH LAW, PLLC
P.O. BOX 428
OLIVE BRANCH, MS  38654
(601) 852-3440
STEPHEN@SDSLAW.US
MS BAR NO. 102784
 *ADMITTED PRO HAC VICE

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RUSSELL FOUTS and TAN MIGUEL TOLENTINO,**<br><br>                              Plaintiffs,<br><br>         **v.**<br><br>**ROB BONTA, in his official capacity as the Attorney General of the State of California,**<br><br>                              Defendant. | 19-cv-01662-BEN-JLB<br><br>**PLAINTIFFS' REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION TO STRIKE**<br><br>Judge:         Hon. Roger T. Benitez<br>Courtroom:    5A<br>Action Filed:  September 1, 2019<br>Hearing Date: April 3, 2023 10:30AM<br>                    Courtroom 5A |

I.      Introduction

Defendant filed his Opposition to Plaintiffs' Motion to Strike and made a

number of points that are easily rebutted.

First, Defendant claims "Roth's declaration ... was served in *Rupp* over a

month after the Attorney General had submitted his initial supplemental papers in

1   this case on December 1, 2022...") Opp. at 1.  As noted in Plaintiffs' Memorandum

2   in Support, Mr. Roth filed an "expert" report in *Duncan v. Bonta*, 3:17-cv-01017-

3
4   BEN-JLB, ECF # 118-8.  That report was filed on November 11, 2022, twenty days

5   before Defendant filed the declarations of Baron, Escobar, and Spitzer in this case.

6   (ECF# 51-1 to 51-3).  This specific expert report of Roth (the one filed in *Rupp*), is

7
8   almost a verbatim copy of the one filed in *Duncan*. *Cf. Duncan v. Bonta*, 3:17-cv-

9   01017-BEN-JLB, ECF # 118-8[1] against ECF# 63-1 filed in *Rupp* and this case.

10
         Paragraph by paragraph, it is almost the exact same report.  To be sure, there
11
12   are limited differences, but overall, this "expert" report is fundamentally the same.

13   (*Cf.* ¶ 10 of each report listing the same statement: "I have been asked ... to provide

14
     an opinion on the history of homicides and mass murders in the United States, with
15
16   special attention to the role that technologies have played in shaping the character

17   and incidence of homicides and mass murders over time...").

18
         Second, Defendant appears to contend that *New York State Rifle & Pistol*
19
20   *Ass'n, Inc. v. Bruen*, 142 S. Ct. 2111 (2022) somehow eliminated the scheduling

21   order entered in this case, but cites no authority for that proposition.  Opp. at 2.

22
     And yes, as Defendant correctly concedes, "both parties in this action have since
23
24   included expert declarations," (*id*.) however this ignores that Defendant filed three

25   expert declarations with its first round of supplemental briefing on December 1,

26

27
     ────────────────────
[1] Available at
28   https://storage.courtlistener.com/recap/gov.uscourts.casd.533515/gov.uscourts.casd.
     533515.118.8.pdf.

2

2022, and as stated in Plaintiffs' Motion to Strike, Plaintiffs had to hire their own expert to rebut the Defendant's experts.  Mot. to Strike at 2.

Third, Defendant pivots to the lack of a prohibition in this Court's Order ECF# 57, that it did not say Defendant could not do what he did which is basically the George Constanza "was that wrong?" defense.[2]  But just because the Order did not specifically Order the Defendant to "not file another expert report in this matter that was filed in another matter" is of no moment, because the time for filing expert reports (especially ones that are not meant for this case) is over.

Finally, Defendant claims that "that the Second Amendment does not limit the State's police powers to respond to public-safety threats as they arise."  Opp. at 3.  This is 100% incorrect, as that is precisely what the Second Amendment does, demonstrated exactly by *District of Columbia v. Heller*, 554 U.S. 570 (2008), *McDonald v. City of Chi.*, 561 U.S. 742 (2010), and *N.Y. State Rifle & Pistol Ass'n v. Bruen*, 142 S. Ct. 2111 (2022).

Defendant's attempt at bootstrapping yet another "expert" report should not be allowed and should be stricken by this Court.

---

[2] https://www.youtube.com/watch?v=Td67kYY9mdQ.

Plaintiffs' Reply to Defendant's Opposition to Plaintiffs' Motion to Strike
(19-cv-01662-BEN-JLB)

II.     Conclusion

This Court should Order the "Supplemental Expert Declaration" of Mr. Roth

stricken from the Record.

Dated: March 23, 2023

*/s/ Alan Alexander Beck*          */s/ Stephen D. Stamboulieh*
Alan Alexander Beck                Stephen D. Stamboulieh

Plaintiffs' Reply to Defendant's Opposition to Plaintiffs' Motion to Strike
(19-cv-01662-BEN-JLB)