1   ROB BONTA
    Attorney General of California
2   BENJAMIN M. GLICKMAN
    Supervising Deputy Attorney General
3   JOHN D. ECHEVERRIA
    Deputy Attorney General
4   ANTHONY P. O'BRIEN
    Deputy Attorney General
5   State Bar No. 232650
      1300 I Street, Suite 125
6     P.O. Box 944255
      Sacramento, CA 94244-2550
7     Telephone: (916) 210-6002
      Fax: (916) 324-8835
8     E-mail: Anthony.OBrien@doj.ca.gov
    *Attorneys for Defendant Rob Bonta, in his*
9   *official capacity as Attorney General of the*
    *State of California*

10              IN THE UNITED STATES DISTRICT COURT

11             FOR THE SOUTHERN DISTRICT OF CALIFORNIA

12                          CIVIL DIVISION

13

14

15  | **RUSSELL FOUTS et al.,** | 3:19-cv-01662-BEN-JLB |
    |---|---|
16  | Plaintiff, | **EX PARTE MOTION TO RESCHEDULE HEARING FOR** |
17  | v. | **THE MOTION TO STRIKE; DECLARATION OF ANTHONY P.** |
18  | | **O'BRIEN IN SUPPORT THEREOF** |
19  | **ROB BONTA, in his official capacity as Attorney General of the State of California,** | **[S.D. Cal. Civ. L.R. 83.3(g)]** |
20  | Defendant. | Current Date: April 10, 2023 Requested Date: April 24, 2023 |
21  | | |
22  | | Courtroom: 5A Judge: The Honorable Roger T. Benitez |
23  | | Trial Date: None set Action Filed: September 1, 2019 |
24

25

26

27

28

                                  1

1    Defendant Attorney General Rob Bonta ("Defendant") (collectively,

2  "Parties"), by and through his counsel, respectfully requests that the Court

3  reschedule the hearing date for Plaintiffs' Motion to Strike from the current date of

4  Monday, April 10, 2023, at 10:30 a.m., to Monday, April 24, 2023, at 10:30 a.m.

5  Counsel for Plaintiffs Russell Fouts and Tan Miguel Tolentino ("Plaintiffs") does

6  not oppose this motion to reschedule the hearing.  Therefore, Defendant requests

7  that this Court rules on this ex parte motion without a hearing.

8    Good cause exists for rescheduling the hearing date for the motion to strike.

9  On February 24, 2023, Plaintiffs filed the motion to strike and noticed the hearing

10  for April 3, 2023.  Dkt. 68.  On March 30, 2023, the Court issued a notice

11  rescheduling the hearing for April 10, 2023.  Dkt. 71.  Defendant's primary counsel

12  in this matter is out of the office and unavailable on April 10, 2023, and Plaintiff's

13  counsel is unavailable on the following Monday, April 17, 2023, due to a prior

14  commitment.  Counsel conferred prior to the filing of this motion, and Defendant's

15  counsel contacted the Court's chambers to confirm that the Parties' next mutually-

16  available hearing date—Monday, April 24, 2023—is also available for hearing.

17    Re-scheduling the hearing from April 10 to April 24, 2023, ensures that all

18  parties are available for the hearing.  This request does not disrupt any other

19  deadlines in this matter.

20    This is Defendant's first request for rescheduling the hearing for the Motion to

21  Strike.  This request is not intended to prejudice any party in this matter.

22  / / /

23  / / /

24

25

26

27

28

1    For these reasons, and for the reasons stated in the declaration of counsel,

2  below, Defendant Bonta respectfully requests that the Court reschedule the hearing

3  date for the Motion to Strike filed by Plaintiffs from Monday, April 10, 2023, at

4  10:30 a.m., to Monday, April 24, 2023, at 10:30 a.m.

5  Dated:  April 3, 2023                          Respectfully submitted,

6
                                                 ROB BONTA
7                                                Attorney General of California
                                                 BENJAMIN M. GLICKMAN
8                                                Supervising Deputy Attorney General
                                                 JOHN D. ECHEVERRIA
9                                                Deputy Attorney General

10

11                                               /s/ Anthony P. O'Brien
                                                 ANTHONY P. O'BRIEN
12                                               Deputy Attorney General
                                                 *Attorneys for Defendant Rob Bonta, in his*
13                                               *official capacity as Attorney General of the*
                                                 *State of California*
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## DECLARATION OF ANTHONY P. O'BRIEN

I, Anthony P. O'Brien, declare:

1.     I am a Deputy Attorney General with the California Department of Justice and serve as the primary counsel to Attorney General Rob Bonta in the above-captioned matter.

2.     I have personal knowledge of the facts set forth in this declaration, and if called upon as a witness I could testify competently as to those facts.  I make this declaration in support of the Ex Parte Motion to Reschedule Hearing for the Motion to Strike.

3.     On February 24, 2023, Plaintiffs Russell Fouts and Tan Miguel Tolentino filed a Motion to Strike (Dkt. 68) with the hearing noticed for April 3, 2023 at 10:30 a.m.  The motion is fully briefed, with Defendant's opposition filed on March 20, 2023, and Plaintiffs' reply filed on March 23, 2023.  Dkt. 70, 72.

4.     On March 30, 2023, the Court issued a notice rescheduling the hearing for the motion to strike to April 10, 2023.  Dkt. 73.

5.     I am out of the office and unavailable on April 10, 2023, due to a pre-scheduled vacation.

6.     I contacted opposing counsel to see if they would be available for the following Monday, April 17, 2023, or any alternative dates.  Plaintiffs' counsel Stephen Stamboulieh stated that he is unavailable on April 17, 2023 due to a prior commitment, but then provided a list of alternative dates on April in which he was available.  A copy of the e-mail exchange with Mr. Stamboulieh is attached as Exhibit 1.

7.     I then contacted the Court's chambers at (619) 446-3589.  The Court's clerk confirmed that the Court had availability to move the hearing to one of the Parties' mutually-available dates—April 24, 2023 at 10:30 a.m.—upon the filing of the present motion to reschedule the hearing.

/ / /

4

8.     This is the first request of any party to reschedule the hearing on Plaintiffs' Motion to Strike.  This request is not intended to prejudice any party in this matter, and will not affect any scheduled dates in this matter.

9.     On April 3, 2023, Mr. Stamboulieh stated that while he did not oppose the motion to reschedule the hearing to April 24, 2023, he did not want our office to file the motion jointly.  On that same day, I notified Mr. Stamboulieh that our office would file the request as an ex parte motion under Local Rule 83.3(g) on April 4, 2023.  A copy of our subsequent e-mail exchange is attached as Exhibit 2.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 3, 2023, at Roseville, California.


          */s/ Anthony P. O'Brien*
          Anthony P. O'Brien

SA2020301135
Ex Parte Motion to Reschedule Hearing on Motion to Strike.docx

5

# EXHIBIT 1

| | |
|---|---|
| **From:** | Stephen Stamboulieh |
| **To:** | Anthony OBrien; Alan.Alexander.Beck@gmail.com |
| **Cc:** | Benjamin Glickman; John D. Echeverria; Patty Li; Eileen Ennis |
| **Subject:** | Re: Fouts v. Bonta: Request to Continue Motion to Strike Hearing Date |
| **Date:** | Monday, April 3, 2023 11:57:12 AM |

> **EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

I understand your unavailability, but I just need to note our preference for going forward on the date it is scheduled due to my already getting my ticket. I'm not sure how much the ticket will change, but that is something I'm going to have to look at if the hearing gets moved. And I get that travel on Easter is not preferable, but I would be traveling in on that day as well.

Stephen

---

**From:** Anthony OBrien <Anthony.OBrien@doj.ca.gov>
**Sent:** Monday, April 3, 2023 2:51 PM
**To:** Stephen Stamboulieh <Stephen@sdslaw.us>; Alan.Alexander.Beck@gmail.com <Alan.Alexander.Beck@gmail.com>
**Cc:** Benjamin Glickman <Benjamin.Glickman@doj.ca.gov>; John D. Echeverria <John.Echeverria@doj.ca.gov>; Patty Li <Patty.Li@doj.ca.gov>; Eileen Ennis <Eileen.Ennis@doj.ca.gov>
**Subject:** RE: Fouts v. Bonta: Request to Continue Motion to Strike Hearing Date

Stephen-
I spoke with the clerk, who noted that Judge Benitez typically hears these matters on Monday.  She said that Monday, April 24 at 10:30 am is available for hearing.  Therefore, I will draft a joint motion and [proposed] order for your review as soon as possible.

Thank you again for your cooperation.

Tony

Anthony P. O'Brien
Deputy Attorney General
Government Law Section
California Department of Justice
1300 I Street
Sacramento, CA  95814
(916) 210-6002 (Office)
(650) 430-8859 (Mobile)
Anthony.obrien@doj.ca.gov

---

**From:** Stephen Stamboulieh <Stephen@sdslaw.us>
**Sent:** Monday, April 3, 2023 11:21 AM

**To:** Anthony OBrien <Anthony.OBrien@doj.ca.gov>; Alan.Alexander.Beck@gmail.com
**Cc:** Benjamin Glickman <Benjamin.Glickman@doj.ca.gov>; John D. Echeverria
<John.Echeverria@doj.ca.gov>
**Subject:** Re: Fouts v. Bonta: Request to Continue Motion to Strike Hearing Date

> **EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

I have a lot of travel this month, but have these dates that I can be there:

4/12-4/13
4/19-4/21
4/24-4/25

Alternatively, if the judge can hear it one day this week (Wednesday to Friday), I could make that happen, but would need to know asap. Could you call his clerk to see if those dates are options with a preference for this week over the next?

Stephen

---

**From:** Anthony OBrien <Anthony.OBrien@doj.ca.gov>
**Sent:** Monday, April 3, 2023 2:14:26 PM
**To:** Stephen Stamboulieh <Stephen@sdslaw.us>; Alan.Alexander.Beck@gmail.com
<Alan.Alexander.Beck@gmail.com>
**Cc:** Benjamin Glickman <Benjamin.Glickman@doj.ca.gov>; John D. Echeverria
<John.Echeverria@doj.ca.gov>
**Subject:** RE: Fouts v. Bonta: Request to Continue Motion to Strike Hearing Date

Thanks Stephen.  I am unavailable for much of the remainder of this week, but I have availability after April 11.  Also, I am not sure of John's availability at this point, especially given that the hearing next Monday would require travel on Easter.   Other than April 17, what is your availability between April 12 and 21?

Thanks,
Tony

Anthony P. O'Brien
Deputy Attorney General
Government Law Section
California Department of Justice
1300 I Street
Sacramento, CA  95814
(916) 210-6002 (Office)
(650) 430-8859 (Mobile)
Anthony.obrien@doj.ca.gov

**From:** Stephen Stamboulieh <Stephen@sdslaw.us>
**Sent:** Monday, April 3, 2023 11:02 AM
**To:** Anthony OBrien <Anthony.OBrien@doj.ca.gov>; Alan.Alexander.Beck@gmail.com
**Cc:** Benjamin Glickman <Benjamin.Glickman@doj.ca.gov>; John D. Echeverria
<John.Echeverria@doj.ca.gov>
**Subject:** Re: Fouts v. Bonta: Request to Continue Motion to Strike Hearing Date

> **EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Hey Tony, I already bought my ticket and have a prior engagement on 4/17 that I can't get out of.  I'm also traveling overseas from 4/27-5/6. Can John argue for you on the date already set? If not, Are there any other dates available late this week or next week before Friday?

Stephen

---

**From:** Anthony OBrien <Anthony.OBrien@doj.ca.gov>
**Sent:** Monday, April 3, 2023 1:59 PM
**To:** Stephen Stamboulieh <Stephen@sdslaw.us>; Alan.Alexander.Beck@gmail.com
<Alan.Alexander.Beck@gmail.com>
**Cc:** Benjamin Glickman <Benjamin.Glickman@doj.ca.gov>; John D. Echeverria
<John.Echeverria@doj.ca.gov>
**Subject:** Fouts v. Bonta: Request to Continue Motion to Strike Hearing Date

Stephen and Alan-

I hope you both are doing well.  I am unavailable for the rescheduled motion to strike hearing on April 10.  Therefore, I plan on requesting that the hearing be moved to April 17 at 10:30 am (or an alternative date that works on the Court's calendar).  When you have a chance today, please let me know if you plan to oppose that request, or if you are unavailable for that date.  I will note your position in the request.

Thanks,
Tony

Anthony P. O'Brien
Deputy Attorney General
Government Law Section
California Department of Justice
1300 I Street
Sacramento, CA  95814
(916) 210-6002 (Office)
(650) 430-8859 (Mobile)
Anthony.obrien@doj.ca.gov

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

# EXHIBIT 2

| From: | Anthony OBrien |
|---|---|
| To: | "Stephen Stamboulieh"; Alan.Alexander.Beck@gmail.com |
| Cc: | Benjamin Glickman; John D. Echeverria; Patty Li; Eileen Ennis |
| Subject: | RE: Fouts v. Bonta: Request to Continue Motion to Strike Hearing Date |
| Date: | Monday, April 3, 2023 5:52:00 PM |

Stephen and Alan-

Thank you for the email.  Tomorrow (Tuesday, April 4), I will file an ex parte motion to reschedule the hearing for April 24, 2023 at 10:30 a.m.  I will note that Plaintiffs do not oppose the ex parte motion.

Thank you for your cooperation in this matter.

Tony

Anthony P. O'Brien
Deputy Attorney General
Government Law Section
California Department of Justice
1300 I Street
Sacramento, CA  95814
(916) 210-6002 (Office)
(650) 430-8859 (Mobile)
Anthony.obrien@doj.ca.gov

**From:** Stephen Stamboulieh <Stephen@sdslaw.us>
**Sent:** Monday, April 3, 2023 4:30 PM
**To:** Anthony OBrien <Anthony.OBrien@doj.ca.gov>; Alan.Alexander.Beck@gmail.com
**Cc:** Benjamin Glickman <Benjamin.Glickman@doj.ca.gov>; John D. Echeverria <John.Echeverria@doj.ca.gov>; Patty Li <Patty.Li@doj.ca.gov>; Eileen Ennis <Eileen.Ennis@doj.ca.gov>
**Subject:** Re: Fouts v. Bonta: Request to Continue Motion to Strike Hearing Date

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Hey Anthony, I will not oppose your request, given that you've noted my preference in the attached emails, but I don't want to be on a joint motion. Please mark us down as not opposing instead of it being a joint motion. I will do whatever the court orders, but doing this is going to have some cost associated with it for me, that comes out of my pocket.

Stephen

**From:** Anthony OBrien <Anthony.OBrien@doj.ca.gov>
**Sent:** Monday, April 3, 2023 7:22:42 PM
**To:** Stephen Stamboulieh <Stephen@sdslaw.us>; Alan.Alexander.Beck@gmail.com <Alan.Alexander.Beck@gmail.com>
**Cc:** Benjamin Glickman <Benjamin.Glickman@doj.ca.gov>; John D. Echeverria <John.Echeverria@doj.ca.gov>; Patty Li <Patty.Li@doj.ca.gov>; Eileen Ennis <Eileen.Ennis@doj.ca.gov>
**Subject:** RE: Fouts v. Bonta: Request to Continue Motion to Strike Hearing Date

Stephen and Alan-

Please find attached a draft of the joint motion to reschedule the hearing.  When you have a chance, please review and let me know if you consent to the addition of your e-signature.  We will then proceed to file.

Thank you very much for your cooperation in this matter.

Tony

Anthony P. O'Brien
Deputy Attorney General
Government Law Section
California Department of Justice
1300 I Street
Sacramento, CA  95814
(916) 210-6002 (Office)
(650) 430-8859 (Mobile)
Anthony.obrien@doj.ca.gov

**From:** Stephen Stamboulieh <Stephen@sdslaw.us>
**Sent:** Monday, April 3, 2023 11:57 AM
**To:** Anthony OBrien <Anthony.OBrien@doj.ca.gov>; Alan.Alexander.Beck@gmail.com
**Cc:** Benjamin Glickman <Benjamin.Glickman@doj.ca.gov>; John D. Echeverria <John.Echeverria@doj.ca.gov>; Patty Li <Patty.Li@doj.ca.gov>; Eileen Ennis <Eileen.Ennis@doj.ca.gov>
**Subject:** Re: Fouts v. Bonta: Request to Continue Motion to Strike Hearing Date

> **EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

I understand your unavailability, but I just need to note our preference for going forward on the date it is scheduled due to my already getting my ticket. I'm not sure how much the ticket will change, but that is something I'm going to have to look at if the hearing gets moved. And I get that travel on Easter is not preferable, but I would be traveling in on that day as well.

Stephen

**From:** Anthony OBrien <Anthony.OBrien@doj.ca.gov>
**Sent:** Monday, April 3, 2023 2:51 PM
**To:** Stephen Stamboulieh <Stephen@sdslaw.us>; Alan.Alexander.Beck@gmail.com <Alan.Alexander.Beck@gmail.com>
**Cc:** Benjamin Glickman <Benjamin.Glickman@doj.ca.gov>; John D. Echeverria <John.Echeverria@doj.ca.gov>; Patty Li <Patty.Li@doj.ca.gov>; Eileen Ennis <Eileen.Ennis@doj.ca.gov>
**Subject:** RE: Fouts v. Bonta: Request to Continue Motion to Strike Hearing Date

Stephen-
I spoke with the clerk, who noted that Judge Benitez typically hears these matters on Monday.  She said that Monday, April 24 at 10:30 am is available for hearing.  Therefore, I will draft a joint motion and [proposed] order for your review as soon as possible.

Thank you again for your cooperation.

Tony

Anthony P. O'Brien
Deputy Attorney General
Government Law Section
California Department of Justice
1300 I Street
Sacramento, CA  95814
(916) 210-6002 (Office)
(650) 430-8859 (Mobile)
Anthony.obrien@doj.ca.gov

**From:** Stephen Stamboulieh <Stephen@sdslaw.us>
**Sent:** Monday, April 3, 2023 11:21 AM
**To:** Anthony OBrien <Anthony.OBrien@doj.ca.gov>; Alan.Alexander.Beck@gmail.com
**Cc:** Benjamin Glickman <Benjamin.Glickman@doj.ca.gov>; John D. Echeverria <John.Echeverria@doj.ca.gov>
**Subject:** Re: Fouts v. Bonta: Request to Continue Motion to Strike Hearing Date

> **EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

I have a lot of travel this month, but have these dates that I can be there:

4/12-4/13

4/19-4/21
4/24-4/25

Alternatively, if the judge can hear it one day this week (Wednesday to Friday), I could make that happen, but would need to know asap. Could you call his clerk to see if those dates are options with a preference for this week over the next?

Stephen

---

**From:** Anthony OBrien <Anthony.OBrien@doj.ca.gov>
**Sent:** Monday, April 3, 2023 2:14:26 PM
**To:** Stephen Stamboulieh <Stephen@sdslaw.us>; Alan.Alexander.Beck@gmail.com <Alan.Alexander.Beck@gmail.com>
**Cc:** Benjamin Glickman <Benjamin.Glickman@doj.ca.gov>; John D. Echeverria <John.Echeverria@doj.ca.gov>
**Subject:** RE: Fouts v. Bonta: Request to Continue Motion to Strike Hearing Date

Thanks Stephen.  I am unavailable for much of the remainder of this week, but I have availability after April 11.  Also, I am not sure of John's availability at this point, especially given that the hearing next Monday would require travel on Easter.   Other than April 17, what is your availability between April 12 and 21?

Thanks,
Tony

Anthony P. O'Brien
Deputy Attorney General
Government Law Section
California Department of Justice
1300 I Street
Sacramento, CA  95814
(916) 210-6002 (Office)
(650) 430-8859 (Mobile)
Anthony.obrien@doj.ca.gov

---

**From:** Stephen Stamboulieh <Stephen@sdslaw.us>
**Sent:** Monday, April 3, 2023 11:02 AM
**To:** Anthony OBrien <Anthony.OBrien@doj.ca.gov>; Alan.Alexander.Beck@gmail.com
**Cc:** Benjamin Glickman <Benjamin.Glickman@doj.ca.gov>; John D. Echeverria <John.Echeverria@doj.ca.gov>
**Subject:** Re: Fouts v. Bonta: Request to Continue Motion to Strike Hearing Date

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Hey Tony, I already bought my ticket and have a prior engagement on 4/17 that I can't get out of.  I'm also traveling overseas from 4/27-5/6. Can John argue for you on the date already set? If not, Are there any other dates available late this week or next week before Friday?

Stephen

---

**From:** Anthony OBrien <Anthony.OBrien@doj.ca.gov>
**Sent:** Monday, April 3, 2023 1:59 PM
**To:** Stephen Stamboulieh <Stephen@sdslaw.us>; Alan.Alexander.Beck@gmail.com <Alan.Alexander.Beck@gmail.com>
**Cc:** Benjamin Glickman <Benjamin.Glickman@doj.ca.gov>; John D. Echeverria <John.Echeverria@doj.ca.gov>
**Subject:** Fouts v. Bonta: Request to Continue Motion to Strike Hearing Date

Stephen and Alan-

I hope you both are doing well.  I am unavailable for the rescheduled motion to strike hearing on April 10.  Therefore, I plan on requesting that the hearing be moved to April 17 at 10:30 am (or an alternative date that works on the Court's calendar).  When you have a chance today, please let me know if you plan to oppose that request, or if you are unavailable for that date.  I will note your position in the request.

Thanks,
Tony

Anthony P. O'Brien
Deputy Attorney General
Government Law Section
California Department of Justice
1300 I Street
Sacramento, CA  95814
(916) 210-6002 (Office)
(650) 430-8859 (Mobile)
Anthony.obrien@doj.ca.gov

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the

intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

# CERTIFICATE OF SERVICE

Case Name:   **Russell Fouts et al. v. Rob**          No.     **3:19-cv-01662-BEN-JLB**
             **Bonta**

I hereby certify that on <u>April 4, 2023,</u> I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**EX PARTE MOTION TO RESCHEDULE HEARING FOR THE MOTION TO STRIKE; DECLARATION OF ANTHONY P. O'BRIEN IN SUPPORT THEREOF**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>April 4, 2023</u>, at Sacramento, California.

_____          _____
Eileen A. Ennis                          Signature
Declarant

SA2019104813
37053259.docx