Rob Bonta
Attorney General of California
Benjamin M. Glickman
Supervising Deputy Attorney General
John D. Echeverria
Deputy Attorney General
Anthony P. O'Brien
Deputy Attorney General
State Bar No. 232650
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-6002
  Fax: (916) 324-8835
  E-mail: Anthony.OBrien@doj.ca.gov
*Attorneys for Defendant Rob Bonta, in his official capacity as Attorney General of the State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

CIVIL DIVISION

| | |
|---|---|
| **RUSSELL FOUTS et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**ROB BONTA, in his official capacity as Attorney General of the State of California,**<br><br>Defendant. | 3:19-cv-01662-BEN-JLB<br><br>**OBJECTION TO PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY**<br><br>Courtroom:  5A<br>Judge:  The Honorable Roger T. Benitez<br>Trial Date:  None set<br>Action Filed:  September 1, 2019 |

1

On March 22, 2023, Plaintiffs Russell Fouts and Tan Miguel Tolentino (together, "Plaintiffs") filed a Notice of Supplemental Authority, submitting a paper titled *The History on Ban on Types of Arms Before 1900* by David Kopel and Joe Greenlee.[1]  Dkt. 71.

Defendant Bonta objects to this notice.  Plaintiffs' "supplemental authority" is not authority (in the sense of a newly decided case or enacted law), but rather supplemental evidence submitted after the close of briefing on this matter.  Such late-submitted evidence is not a proper subject of notice and should not be considered.  *See, e.g., B Street Grill & Bar LLC v. Cincinnati Ins. Co.*, 525 F. Supp. 3d 1008, 1013 (D. Ariz. 2021) ("The purpose of a Notice of Supplemental Authority is to inform the Court of a newly decided case that is relevant to the dispute before it, not a venue for submission of additional argument or factual evidence.").

In any event, the unpublished paper does not appear to present any new historical statutes or changes in the law for the Court's consideration.[2]  To the contrary, the paper fails to identify several of the billy restrictions cited in Defendant's supplemental briefs, including New York's 1866 law prohibiting the use, attempted use, concealment, and "furtive[]" possession of "any instrument or

---

[1] Plaintiffs identify the paper as a law review article.  Dkt. 71 at 2:4-5.  However, the paper does not appear to be published in any law review, but is instead posted on Kopel's personal website.  *See* https://davekopel.org/2A/LawRev/The%20History%20of%20Bans%20on%20Types%20of%20Arms%20Before%201900.pdf (last accessed Mar. 30, 2023).

[2] Three of the laws cited on page 137 of Kopel's article are cited in Defendant's survey.  *See* Dkt. 60-2 at [190, 193, 201] (citing statutes from Oklahoma Territory (1890), Michigan (1891), and Rhode Island (1893), that are also listed at page 137 of Kopel paper).  Kopel's paper lists without a citation an 1882 Maryland law that banned the carrying of billies with the intent to injure.  Kopel at 137.  Several other Maryland laws between 1872 and 1888 involved the similar restrictions.  *See* Dkt. 60-1 at [95, 166, 167, 178], Dkt. 60-2 at [187].  Similarly, the 1897 Michigan law listed in the Kopel paper banning concealed carry of a billy (1897 Mich. Acts 1030, § 15) is similar to an 1887 Michigan law cited in the survey.  *See* Dkt. 60-1 at [171].  The other law listed by Kopel—an uncited 1895 Lincoln, Nebraska ordinance—is not listed in the survey, and does not include any analogous statute.

weapon of the kind commonly known as" a slungshot, billy, sandclub, metal knuckles, dirk, dagger, sword cane, or air-gun.  Dkt. 60-1 at [74].

    For these reasons, Defendant objects to Plaintiffs' notice, and respectfully requests that the Court decline to consider the late-submitted evidence.

Dated:  April 4, 2023

Respectfully submitted,

ROB BONTA
Attorney General of California
BENJAMIN M. GLICKMAN
Supervising Deputy Attorney General
JOHN D. ECHEVERRIA
Deputy Attorney General

*/s/ Anthony P. O'Brien*
ANTHONY P. O'BRIEN
Deputy Attorney General
*Attorneys for Defendant Rob Bonta, in his official capacity as Attorney General of the State of California*

SA2019104813
Objection to Notice of Supplemental Authority.docx

## CERTIFICATE OF SERVICE

Case Name:   **Russell Fouts et al. v. Rob Bonta**        No.   **3:19-cv-01662-BEN-JLB**

I hereby certify that on April 4, 2023, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

### OBJECTION TO PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on April 4, 2023, at Sacramento, California.

Eileen A. Ennis
Declarant

*Eileen A. Ennis*
Signature

SA2019104813
37053273.docx