IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RUSSELL FOUTS and TAN MIGUEL TOLENTINO,**<br><br>Plaintiffs,<br><br>v.<br><br>**ROB BONTA, in his official capacity as Attorney General of the State of California,**<br><br>Defendant. | Case No. 19-cv-1662-BEN (JLB)<br><br>**ORDER DENYING MOTION TO STRIKE AND OVERRULING OBJECTION**<br><br>**[Dkt. Nos. 68 and 75]** |

Plaintiffs filed a motion to strike (dkt. # 68) the declaration of professor Randolph Roth attached as an exhibit to Defendant's brief in response (filed February 10, 2023). Defendant objects (dkt. # 75) to Plaintiffs' notice of supplemental authority in the form of a paper authored by professors David Kopel and Joseph Greenlee (filed March 22, 2023).

Plaintiffs' motion to strike the Roth declaration is denied. Defendant's objection to the Kopel & Greenlee paper is overruled.

No further documents shall be filed by either party without leave after the date of this Order. The hearing set for Monday, April 24, 2023 is off calendar.

Dated: April 19, 2023

_____
ROGER T. BENITEZ
UNITED STATES DISTRICT JUDGE