ALAN ALEXANDER BECK
LAW OFFICE OF ALAN BECK
2692 HARCOURT DRIVE
SAN DIEGO, CA  92123
(619) 905-9105
STATE BAR NO. 276646
ALAN.ALEXANDER.BECK@GMAIL.COM
ATTORNEYS FOR PLAINTIFFS
RUSSELL FOUTS AND
TAN MIGUEL TOLENTINO

STEPHEN D. STAMBOULIEH
STAMBOULIEH LAW, PLLC
P.O. BOX 428
OLIVE BRANCH, MS  38654
(601) 852-3440
STEPHEN@SDSLAW.US
MS BAR NO. 102784
 *ADMITTED PRO HAC VICE

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RUSSELL FOUTS and TAN MIGUEL TOLENTINO,**<br><br>Plaintiffs,<br><br>**v.**<br><br>**ROB BONTA, in his official capacity as the Attorney General of the State of California,**<br><br>Defendant. | 19-cv-01662-BEN-JLB<br><br>**MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY**<br><br>Judge:   Hon. Roger T. Benitez<br>Courtroom:   5A<br>Action Filed:   September 1, 2019<br>Hearing Date:   July 17, 2023 10:30AM<br>Courtroom 5A |

Plaintiffs Russell Fouts and Tan Tolentino respectfully move for leave of Court to file the attached stipulated permanent injunction which was entered *in Yukutake et. al. v. Anne Lopez in her official capacity as the Attorney General of the State of Hawai'i* 1:22-cv-00323-JAO-WRP. Pursuant to this Court's April 19th, 2023 Order, "[n]o further documents shall be filed by either party without leave after the date of this Order". *See* Doc. No. [19].  Good cause exists for this Court to grant Plaintiffs

leave to file the following document. This Court previously listed the state of Hawaii as one of the states where carrying a billy is prohibited: "In addition, it was unlawful in Hawaii for a person to be "found armed with any . . . billy."" *Fouts v. Bonta*, 561 F. Supp. 3d 941, 957 (S.D. Cal. 2021). *See also Id.* at n.44. Hawaii Stat. § 134-51 is the portion of Hawaii law which prohibited the carrying of billy clubs. On May 23, 2023, the State of Hawaii entered into a stipulated permanent injunction which enjoined Hawaii Stat. § 134-51 to the extent that it prohibited the carrying of billy clubs.

A copy of the stipulated injunction is attached to this motion and is the document which Plaintiffs wish for leave to file. This Court should grant Plaintiffs leave to file because this Court should have notice of the aforementioned injunction so that it be apprised of the current state of Hawaii law with respect to billy clubs.

Plaintiffs requested Defendant's position on the relief requested in this Motion, and Defendant stated that he opposes this Motion.

Respectfully Submitted,


Dated: June 7, 2023

*/s/ Alan Alexander Beck*               */s/ Stephen D. Stamboulieh*
Alan Alexander Beck                      Stephen D. Stamboulieh