Rob Bonta
Attorney General of California
R. Matthew Wise
Supervising Deputy Attorney General
John D. Echeverria
Deputy Attorney General
Christina R.B. López
Deputy Attorney General
State Bar No. 312610
  300 South Spring Street, Suite 1702
  Los Angeles, CA  90013-1230
  Telephone:  (213) 269-6106
  Fax:  (916) 324-8835
  E-mail:  Christina.Lopez@doj.ca.gov
*Attorneys for Defendant Rob Bonta, in his official capacity as Attorney General of the State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

CIVIL DIVISION

| | |
|---|---|
| **RUSSELL FOUTS et al.,**<br><br>Plaintiff,<br><br>v.<br><br>**ROB BONTA, in his official capacity as Attorney General of the State of California,**<br><br>Defendant. | 3:19-cv-01662-BEN-JLB<br><br>**RESPONSE IN OPPOSITION TO MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY**<br><br>Courtroom: 5A<br>Judge: The Honorable Roger T. Benitez<br>Hearing Date: July 17, 2023, 10:30 am<br>Action Filed: September 1, 2019 |

In accordance with Local Rule 7.1(f)(3)(a), and in an abundance of caution, Defendant Rob Bonta, in his official capacity as Attorney General of the State of California, files this response in opposition to Plaintiffs' Motion for Leave to File Supplemental Authority.  Dkt. No. 78.

Plaintiffs' proposed "supplemental authority" is not authority at all.  A judgment negotiated by the parties to resolve a separate action involving another

1

state's law is not a newly decided case or enacted law, and thus should have no impact on the outcome in this matter.

Parties negotiate judgments for any number of reasons. Hawai'i's reasons for stipulating to a judgment—one that, by its terms, "shall not be construed to apply to or affect in any way any other case that is or may be pending pertaining to issues involving the Second Amendment to the United States Constitution," Dkt. No. 78-1, ¶ 7—are its own. They are not for this Court, or any other, to speculate. Moreover, the proposed "supplemental authority" expressly states that it "shall not be construed as an admission of a violation of any right by or on the part of Defendant with respect to any person," and is not an admission of liability. Dkt. No. 78-1, ¶ 11. Both as a matter of logic and by its plain terms, the proposed "supplemental authority" says nothing about the merits of Hawai'i's law, let alone California's separate law.

Plaintiffs' Motion for Leave to File Supplemental Authority, Dkt. No. 78, should be denied.

Dated: July 3, 2023

Respectfully submitted,

ROB BONTA
Attorney General of California
R. MATTHEW WISE
Supervising Deputy Attorney General
JOHN D. ECHEVERRIA
Deputy Attorney General

*s/ Christina R.B. López*
CHRISTINA R.B. LÓPEZ
Deputy Attorney General
*Attorneys for Defendant Rob Bonta, in his official capacity as Attorney General of the State of California*