

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Russell Fouts ; Tan Miguel Tolentino | Civil Action No. 19-cv-01662-BEN-JLB |
| **Plaintiff,** | |
| V. | |
| Rob Bonta, in his offical capacity as Attorney General of the State of California | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Summary judgment is entered for Plaintiffs. Defendant Attorney General Rob Bonta, and his officers, agents, servants, employees, and attorneys, and those persons in active concert or participation with him, and those duly sworn state peace officers and federal law enforcement officers who gain knowledge of this injunction order or know of the existence of this injunction order, are enjoined from implementing or enforcing California Penal Code § 22210 as it applies to a billy. Case is closed.

**Date:** 2/23/24

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ D.Frank

D.Frank, Deputy