ROB BONTA
Attorney General of California
R. MATTHEW WISE
Supervising Deputy Attorney General
CHRISTINA R.B. LÓPEZ
KATRINA UYEHARA
Deputy Attorneys General
JOHN D. ECHEVERRIA
Deputy Attorney General
State Bar No. 268843
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 510-3479
 Fax:  (415) 703-1234
 Email:  John.Echeverria@doj.ca.gov
*Attorneys for Defendant Rob Bonta,*
*in his official capacity as Attorney General*
*of the State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

CIVIL DIVISION

| | |
|---|---|
| **RUSSELL FOUTS et al.,**<br><br>Plaintiff,<br><br>**v.**<br><br>**ROB BONTA, in his official capacity as Attorney General of the State of California,**<br><br>Defendant. | Case No. 3:19-cv-01662-BEN-JLB<br><br>**REPRESENTATION STATEMENT**<br><br>**[Fed. R. App. P. 12(b)]**<br><br>Courtroom:    5A<br>Judge:           Hon. Roger T. Benitez<br>Action Filed:  September 1, 2019 |

Pursuant to Federal Rule of Appellate Procedure 12(b) and Ninth Circuit Rule 3-2(b), Defendant-Appellant Rob Bonta, in his official capacity as Attorney General of the State of California, hereby submits the following Representation Statement identifying all parties to the action along with the names, addresses, and telephone numbers of their respective counsel:

1

*Defendant-Appellant:*

R. Matthew Wise (matthew.wise@doj.ca.gov)
John D. Echeverria (john.echeverria@doj.ca.gov)
Christina R.B. López (christina.lopez@doj.ca.gov)
Katrina Uyehara (katrina.uyehara@doj.ca.gov)
Office of the California Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA  94102-7004
Telephone:  (415) 510-3479
Fax:  (415) 703-1234

*Plaintiffs-Appellees:*

Alan Alexander Beck (alan.alexander.beck@gmail.com)
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA  92123
Telephone:  (619) 905-9105

Stephen D. Stamboulieh (stephen@sdslaw.us)
Stamboulieh Law, PLLC
P.O. Box 428
Olive Branch, MS  38654
Telephone:  (601) 852-3440

Dated:  February 26, 2024          Respectfully submitted,

ROB BONTA
Attorney General of California
R. MATTHEW WISE
Supervising Deputy Attorney General
CHRISTINA R.B. LÓPEZ
KATRINA UYEHARA
Deputy Attorneys General


*s/ John D. Echeverria*

JOHN D. ECHEVERRIA
Deputy Attorney General
*Attorneys for Defendant Rob Bonta,*
*in his official capacity as Attorney General*
*of the State of California*

2

Defendant's Representation Statement (3:19-cv-01662-BEN-JLB)