ALAN ALEXANDER BECK
LAW OFFICE OF ALAN BECK
2692 HARCOURT DRIVE
SAN DIEGO, CA 92123
(619) 905-9105
STATE BAR NO. 276646
ALAN.ALEXANDER.BECK@GMAIL.COM
ATTORNEYS FOR PLAINTIFFS
RUSSELL FOUTS AND
TAN MIGUEL TOLENTINO

STEPHEN D. STAMBOULIEH
STAMBOULIEH LAW, PLLC
P.O. BOX 428
OLIVE BRANCH, MS 38654
(601) 852-3440
STEPHEN@SDSLAW.US
MS BAR NO. 102784
*ADMITTED PRO HAC VICE

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RUSSELL FOUTS and TAN MIGUEL TOLENTINO,**<br><br>Plaintiffs,<br><br>v.<br><br>**ROB BONTA, in his official capacity as the Attorney General of the State of California,**<br><br>Defendant. | 19-cv-01662-BEN-JLB<br><br>**JOINT MOTION TO STAY LITIGATION OF ATTORNEYS' FEES AND COSTS PENDING APPEAL**<br><br>Judge:        Hon. Roger T. Benitez<br>Courtroom:  5A<br>Action Filed: September 1, 2019<br>Judgment:    February 23, 2024 |

COME NOW THE PARTIES, Plaintiffs Russell Fouts and Tan Tolentino and Defendant Rob Bonta, in his official capacity as the Attorney General of the State of California (collectively, the "Parties"), by and through their respective counsel, respectfully move this Court for an Order staying all proceedings regarding attorneys' fees and/or costs in this action until 30 days after completion of all

1

appellate proceedings. The Parties' joint request is based on the good cause shown below.

On February 23, 2024, this Court entered summary judgment in favor of Plaintiffs and enjoined California's enforcement of California Penal Code § 22210, as it applies to a "billy." ECF #86. This Court entered judgment on the same day. ECF #87. Defendant Bonta appealed this Court's Decision and Judgment to the Ninth Circuit Court of Appeals on February 26, 2024. ECF #88.

Under Rule 54(d) of the Federal Rules of Civil Procedure, a claim for attorneys' fees and costs must be filed no later than 14 days after the entry of judgment, "[u]nless . . . a statute or a court order provides otherwise." A district court may, however, defer litigation of attorneys' fees and costs until a pending appeal has been decided. *See* Fed. R. Civ. P. 54 cmt. (1993 amend.) ("If an appeal on the merits of the case is taken, the court may rule on the claim for fees, may defer its ruling on the motion, or may deny the motion without prejudice, directing under subdivision (d)(2)(B) a new period for filing after the appeal has been resolved."). As this language suggests, the decision to stay costs and fees litigation "is a matter within the court's discretion." *Lasic v. Moreno*, No. 05-0161, 2007 WL 4180655, at *1 (E.D. Cal. Nov. 21, 2007) (citing *Ass'n of Mex.-Am. Educs. v. California*, 231 F.3d 572, 591-92 (9th Cir. 2000)).

Here, judgment has been entered, and an appeal has been filed. The Parties request that the Court enter an order staying proceedings in the district court relating

to attorneys' fees and costs of suit. Granting the requested stay would preserve judicial resources and the Parties' resources and allow the parties to focus on preparing the merits appeal for the Ninth Circuit. Litigating the issue of attorneys' fees and costs now would require the Court and the Parties to expend resources that may be wasted in the event Defendant succeeds on appeal. *See e.g.*, *Lasic* 2007 WL 4180655, at *2-3 (finding that it was in the interests of judicial economy, to defer ruling on attorneys' fees and costs until the pending appeal was disposed). Indeed, "[i]t would be an inefficient use of judicial resources to rule on [costs and fees] at this time, and then to later re-evaluate the issue after the appeal is completed." *Id.*

The Parties thus agree that good cause exists for an order staying litigation of attorneys' fees and costs during the pendency of Defendant's appeal of this Court's decision. And, based on that good cause, the Parties request that the Court grant this joint motion for an order staying all proceedings regarding attorneys' fees or costs in this action until 30 days after the completion of all appellate proceedings.

Respectfully Submitted,

Dated: February 27, 2024

*/s/ Alan Alexander Beck*          */s/ Stephen D. Stamboulieh*
Alan Alexander Beck                 Stephen D. Stamboulieh

| | |
|---|---|
| 1 | ROB BONTA |
| 2 | Attorney General of California |
|   | R. MATTHEW WISE |
| 3 | Supervising Deputy Attorney General |
| 4 | JOHN D. ECHEVERRIA |
|   | CHRISTINA R.B. LÓPEZ |
| 5 | KATRINA KEIKO UYEHARA |
| 6 | Deputy Attorneys General |
|   | 455 Golden Gate Avenue, Suite 11000 |
| 7 | San Francisco, CA 94102-7004 |

*/s/ John D. Echeverria*
JOHN D. ECHEVERRIA
Deputy Attorney General
*Attorneys for Defendant Rob Bonta, in his official capacity as Attorney General of the State of California*

## ATTESTATION OF E-FILED SIGNATURES

I, Alan Beck, am the ECF User whose ID and password are being used to file this JOINT MOTION TO STAY LITIGATION OF ATTORNEYS' FEES AND COSTS PENDING APPEAL.  In compliance with Southern District of California Electronic Case Filing Administrative Policies and Procedures Section 2(f)(4), I attest that all signatories have concurred in this filing.

Dated: February 27, 2024                            */s/ Alan Beck*
                                                                          Alan Beck

# CERTIFICATE OF SERVICE
## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

Case Name: *Fouts, et al. v. Bonta*
Case No.: 19-cv-01662-BEN-JLB

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, declare under penalty of perjury that I am a citizen of the United States over 18 years of age. My business address is 2692 HARCOURT DRIVE, SAN DIEGO, CA 92123. I am not a party to the above-entitled action.

I have caused service of the following documents, described as:

**JOINT MOTION TO STAY LITIGATION OF ATTORNEYS' FEES AND COSTS PENDING APPEAL**

on the following parties by electronically filing the foregoing on February 27, 2024, with the Clerk of the District Court using its ECF System, which electronically notifies them.

Rob Bonta
Attorney General of California
 R. MATTHEW WISE
 Supervising Deputy Attorney General
 JOHN D. ECHEVERRIA
 CHRISTINA R.B. LÓPEZ
 KATRINA KEIKO UYEHARA
 Deputy Attorneys General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA 94102-7004
 *Attorneys for Defendant*

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 27, 2024, at San Diego, CA.

*/s/ Alan Beck*
Alan Beck