# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL FOUTS, et al.,<br><br>　　　　　　　　　Plaintiffs,<br><br>v.<br><br>ROB BONTA, in his official capacity as Attorney General of the State of California,<br><br>　　　　　　　　　Defendant. | Case No.: 19-cv-1662-BEN-JLB<br><br>**Order to Stay** |

　　The Joint Motion to Stay Litigation of Attorneys' Fees and Costs Pending Appeal (Dkt. No. 89) is granted. All proceedings regarding attorneys' fees or costs in this action are stayed until 30 days after the completion of all appellate proceedings.

**IT IS SO ORDERED.**

Dated: February 28, 2024

_____
**HON. ROGER T. BENITEZ**
Senior United States District Judge